UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL P. D'ALESSIO, | Case No.: 18-22552 (RDD) |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL PAUL ENTERPRISES LLC, | Case No.: 18-20004 (RDD) |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| 184 EAST 64TH STREET HOLDING LLC, | Case No.: 18-22886 (RDD) |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| 184 EAST 64TH STREET ASSOCIATES LLC, | Case No.:18-22887 (RDD) |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| BLUESTONE 184 LLC, | Case No.: 18-22888 (RDD) |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| BLUESTONE 67 LLC, | Case No.: 18-22889 (RDD) |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| 227 E 67TH STREET ASSOCIATES LLC, | Case No.:18-22890 (RDD) |
| Debtor. | |

------------------------------------------------------------x

```
---------------------------------------------------------------x
In re:                                                           Chapter 7

227 E 67TH STREET HOLDING LLC,                                   Case No.:18-22891 (RDD)

        Debtor.
---------------------------------------------------------------x
In re:                                                           Chapter 7

145-147 EAST 62ND STREET ASSOCIATES LLC,                         Case No.:18-22892 (RDD)

        Debtor.
---------------------------------------------------------------x
In re:                                                           Chapter 7

BLUESTONE 163-165 LLC,                                           Case No.: 18-22893 (RDD)

        Debtor.
---------------------------------------------------------------x
In re:                                                           Chapter 7

163-165 EAST 62ND STREET ASSOCIATES LLC,                         Case No.:18-22894 (RDD)

        Debtor.
---------------------------------------------------------------x
In re:                                                           Chapter 7

163-165 EAST 62ND STREET HOLDING LLC,                            Case No.:18-22895 (RDD)

        Debtor.
---------------------------------------------------------------x
In re:                                                           Chapter 7

145-147 EAST 62ND STREET HOLDING LLC,                            Case No.:18-20005 (RDD)

        Debtor.
---------------------------------------------------------------x
In re:                                                           Chapter 7

3 SANDPIPER COURT HOLDING LLC,                                   Case No.:18-22904 (RDD)

        Debtor.
---------------------------------------------------------------x
```

```
-------------------------------------------------------------x
In re:                                              Chapter 7

45 MIDDLE POND ROAD ASSOCIATES LLC,                 Case No.:18-22909 (RDD)

        Debtor.
-------------------------------------------------------------x
In re:                                              Chapter 7

43 MIDDLE POND ROAD ASSOCIATES LLC,                 Case No.:18-22910 (RDD)

        Debtor.
-------------------------------------------------------------x
In re:                                              Chapter 7

41 MIDDLE POND ROAD ASSOCIATES LLC,                 Case No.:18-22911 (RDD)

        Debtor.
-------------------------------------------------------------x
In re:                                              Chapter 7

43 MIDDLE POND ROAD HOLDING LLC,                    Case No.:18-22952 (RDD)

        Debtor.
-------------------------------------------------------------x
In re:                                              Chapter 7

41-45 MPR HOLDING LLC,                              Case No.:18-22953 (RDD)

        Debtor.
-------------------------------------------------------------x
In re:                                              Chapter 7

BLUESTONE SANDPIPER LLC,                            Case No.: 18-22954 (RDD)

        Debtor.
-------------------------------------------------------------x
In re:                                              Chapter 7

3 SANDPIPER COURT LLC,                              Case No.: 18-22955 (RDD)

        Debtor.
-------------------------------------------------------------x
```

```
-------------------------------------------------------------x
In re:                                              Chapter 7

15-17 CIRCLE HOLDING LLC,                           Case No.:18-22965 (RDD)

        Debtor.
-------------------------------------------------------------x
In re:                                              Chapter 7

MBI PARTNERS LLC,                                   Case No.: 18-22967 (RDD)

        Debtor.
-------------------------------------------------------------x
In re:                                              Chapter 7

15 CIRCLE RD-MBI LLC,                               Case No.: 18-22991 (RDD)

        Debtor.
-------------------------------------------------------------x
In re:                                              Chapter 7

17 CIRCLE RD-MBI LLC,                               Case No.: 18-22992 (RDD)

        Debtor.
-------------------------------------------------------------x
```

**ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING JOINT ADMINISTRATION OF <u>CHAPTER 7 CASES</u>**

Upon the application, dated July 13, 2018 ("Application") of Marianne T. O'Toole, as Chapter 7 trustee ("Trustee") of the estates of Michael P. D'Alessio, Michael Paul Enterprises LLC, 184 East 64th Street Holding LLC, 184 East 64th Street Associates LLC, Bluestone 184 LLC, Bluestone 67 LLC, 227 E 67th Street Associates LLC, 227 E 67th Street Holding LLC, 145-147 East 62nd Street Associates LLC, Bluestone 163 - 165 LLC, 163 - 165 East 62nd Street Associates LLC, 163 - 165 East 62nd Street Holding LLC, 145-147 East 62nd Street Holding LLC, 3 Sandpiper Court Holding LLC, 45 Middle Pond Road Associates LLC, 43 Middle Pond Road Associates LLC, 41 Middle Pond Road Associates LLC, 43 Middle Pond Road Holding LLC, 41-45 MPR Holding LLC, Bluestone Sandpiper LLC, 3 Sandpiper Court LLC, 15-17

Circle Holding LLC, MBI Partners LLC, 15 Circle RD-MBI LLC and 17 Circle RD-MBI LLC (collectively, the "Debtors" and each a "Debtor"), seeking entry of an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), authorizing the joint administration of the Debtors' chapter 7 cases for procedural purposes only; and the Court having jurisdiction to decide the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that the relief sought in the Application is in the best interests of the Debtors, their estates, and creditors, and all parties in interest and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and no additional notice or hearing being required and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Application is granted; and it is further

ORDERED, that the above-captioned chapter 7 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED, that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases or Debtors; and it is further

ORDERED, that the caption of the jointly administered cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                              Chapter 7

MICHAEL P. D'ALESSIO, et al.,                                       Case No.: 18-22552 (RDD)

5

                                               Debtors.                        (Jointly Administered)

-----------------------------------------------------------------x

; and it is further

      ORDERED, that a docket entry shall be made in each Debtor's chapter 7 case substantially as follows:

> *An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 7 cases of Michael P. D'Alessio, Michael Paul Enterprises LLC, 184 East 64th Street Holding LLC, 184 East 64th Street Associates LLC, Bluestone 184 LLC, Bluestone 67 LLC, 227 E 67th Street Associates LLC, 227 E 67th Street Holding LLC, 145-147 East 62nd Street Associates LLC, Bluestone 163 - 165 LLC, 163 - 165 East 62nd Street Associates LLC, 163 - 165 East 62nd Street Holding LLC, 145-147 East 62nd Street Holding LLC, 3 Sandpiper Court Holding LLC, 45 Middle Pond Road Associates LLC, 43 Middle Pond Road Associates LLC, 41 Middle Pond Road Associates LLC, 43 Middle Pond Road Holding LLC, 41-45 MPR Holding LLC, Bluestone Sandpiper LLC, 3 Sandpiper Court LLC, 15-17 Circle Holding LLC, MBI Partners LLC, 15 Circle RD-MBI LLC and 17 Circle RD-MBI LLC. The docket in the Michael P. D'Alessio case (Case No. No.: 18-22552 (RDD)) should be consulted for all matters affecting these cases.*

; and it is further

      ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: July 16, 2018
       White Plains, New York                                  /s/Robert D. Drain
                                                            Hon. Robert D. Drain
                                                            United States Bankruptcy Judge