**Fill in this information to identify your case:**

Debtor 1    **Michael P. D'Alessio**
First Name            Middle Name                Last Name

Debtor 2
(Spouse if, filing)    First Name            Middle Name                Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number    **18-22552**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    **Summarize Your Assets**

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
|  | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................... | $            0.00 |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $        23,350.00 |
|  | 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $        23,350.00 |

**Part 2:**    **Summarize Your Liabilities**

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|  | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $      1,265,857.73 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
|  | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $          7,200.00 |
|  | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $    163,733,051.02 |
|  | **Your total liabilities** | $    165,006,108.75 |

**Part 3:**    **Summarize Your Income and Expenses**

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $            0.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $        10,926.00 |

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Debtor 1    **Michael P. D'Alessio**                                        Case number *(if known)*  **18-22552**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ _____ 0.00

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 7,200.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 7,200.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Michael P. D'Alessio** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | **18-22552** |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No. Go to Part 2.
☐ Yes.  Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................................=>

| |
|---|
| **$0.00** |

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| Furniture, linens and kitchenware | $12,500.00 |
|---|---|

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                    Case number *(if known)*    **18-22552**

| | |
|---|---|
| 4 TV's, 2 computers,2 printer and 1 cell phone | $3,800.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Golf clubs and tennis racquet | $600.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Kahr - 40 Caliber - model D40<br>Seecamp - 32 Caliber - model LWC<br>Glock 9mm - model 19<br>Ruger - 22 Caliber - model 182<br>SW - 357 Caliber - model 340PD<br>Seecamp - 32 Caliber - model LWS | Unknown |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| Everyday clothes, suits and shoes | $500.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| 3 watches - Stainless Steel Blancpain, Stainless Steel Cartier, Stainless Steel Rolex | Unknown |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................

| |
|---|
| $17,400.00 |

**Part 4:**   Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**                                    **Current value of the**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

portion you own?
Do not deduct secured
claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.
   ■ No
   ☐ Yes.......................        Institution name:

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................        Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ■ Yes.  Give specific information about them...................

   | Name of entity: | | % of ownership: | |
   | --- | --- | --- | --- |
   | **See attached.** | | **%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
   Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
   Type of account:        Institution name:

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☐ No
   ■ Yes. ....................        Institution name or individual:

   | | |
   | --- | --- |
   | **Townhouse Company II LLC** | **$5,950.00** |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                    Case number *(if known)*    **18-22552**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                          Beneficiary:                     Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................    **$5,950.00**

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

Debtor 1    **Michael P. D'Alessio**                                          Case number *(if known)*    **18-22552**

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here  ...................................    **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ...................................................................................................    **$0.00**

56. **Part 2: Total vehicles, line 5**                                    **$0.00**
57. **Part 3: Total personal and household items, line 15**              **$17,400.00**
58. **Part 4: Total financial assets, line 36**                          **$5,950.00**
59. **Part 5: Total business-related property, line 45**                 **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**        **$0.00**
61. **Part 7: Total other property not listed, line 54**              +  **$0.00**

62. **Total personal property.** Add lines 56 through 61...    **$23,350.00**    Copy personal property total    **$23,350.00**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62                                            **$23,350.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

**Michael P. D'Alessio**
**Attachment to Schedule A/B: Property**
**Part 4 No. 19**

## List of Corp & LLC

| Name of Entity | % of Ownership | Approx.Value |
|---|---|---|
| 161 - 167 East 62nd Street Holding LLC | 100.00% | 0.00 |
| 163 - 165 East 62nd Street Holding LLC | 50.59% | 0.00 |
| 167 East 62nd Street Associates LLC | 100.00% | 0.00 |
| 184 East 64th Street Holding LLC | 1.50% | 0.00 |
| 225 East 81 Street Associates, LLC | 100.00% | 0.00 |
| 227 E 67PH LLC | 100.00% | 0.00 |
| 2299 W Silver Palm Holding, LLC | 100.00% | 0.00 |
| 230 E 63rd  Associates LLC | 25.00% | 0.00 |
| 2627 Webster Ave Holdings LLC | 100.00% | 0.00 |
| 2667 N Ocean Boulevard I201 LLC | 100.00% | 0.00 |
| 2667 N Ocean Boulevard I203 LLC | 100.00% | 0.00 |
| 2667 N Ocean Boulevard I208 LLC | 100.00% | 0.00 |
| 2701 N Ocean Boulevard E605 LLC | 100.00% | 0.00 |
| 2707 N Ocean Boulevard D405 LLC | 16.70% | 0.00 |
| 3100 Tremont Associates Inc | 100.00% | 0.00 |
| 3219 Tremont Corp. | 100.00% | 0.00 |
| 3225 East Tremont Holding, LLC | 100.00% | 0.00 |
| 327 West 4th Street Associates, LLC | 100.00% | 0.00 |
| 327 West 4th Street Holding, LLC | 100.00% | 0.00 |
| 3800 Tremont Assocaites LLC | 100.00% | 0.00 |
| 39 Middle Pond Road Holding, LLC | 100.00% | 600,000.00 |
| 39-43 Middle Pond Road Associates, LLC | 100.00% | 0.00 |
| 39-43 Middle Pond Road Holding, LLC | 100.00% | 0.00 |
| 41-43 Middle Pond Road Holding LLC | 100.00% | 0.00 |
| 41-45 MPR Holding LLC | 97.20% | 0.00 |
| 43 Middle Pond Road Holding LLC | 89.00% | 0.00 |
| 4300 Purchase Associates LLC | 100.00% | 0.00 |
| 554 E 82nd Associates LLC | 50.00% | 0.00 |
| 5D Freestyle Circle Associates LLC | 100.00% | 0.00 |
| 69 Little Neck Road Holding LLC | 100.00% | 0.00 |
| 69 Little Neck Road LLC | 100.00% | 0.00 |
| A & G Realty Consultants, LLC | 100.00% | 0.00 |
| Beechwood 5 Associates LLC | 100.00% | 0.00 |
| Bella Condo 830 LLC | 100.00% | 0.00 |
| Blue Lilly 4 LLC | 100.00% | 0.00 |
| Blue Maize 44 LLC | 100.00% | 0.00 |
| Bluestone 145 E 62 LLC | 100.00% | 0.00 |
| Bluestone 145-147 LLC | 100.00% | 0.00 |
| Bluestone 161 -167 LLC | 100.00% | 0.00 |

| | | |
|---|---|---|
| Bluestone 163 - 165 LLC | 95.34% | 0.00 |
| Bluestone 184 LLC | 50.00% | 0.00 |
| Bluestone 28 Middle Pond , LLC | 100.00% | 0.00 |
| Bluestone 3225, LLC | 100.00% | 0.00 |
| Bluestone 327, LLC | 100.00% | 0.00 |
| Bluestone 41-45 LLC | 100.00% | 0.00 |
| Bluestone 53, LLC | 50.00% | 0.00 |
| Bluestone 54 LLC | 100.00% | 0.00 |
| Bluestone 59 LLC | 100.00% | 0.00 |
| Bluestone 67 LLC | 98.50% | 0.00 |
| Bluestone Boca, LLC | 100.00% | 0.00 |
| Bluestone Capital LLC | 100.00% | 0.00 |
| Bluestone Equity Partners LLC | 100.00% | 0.00 |
| Bluestone Little Neck LLC | 100.00% | 0.00 |
| Bluestone LRF LLC | 100.00% | 0.00 |
| Bluestone Sandpiper LLC | 100.00% | 0.00 |
| Bruckner East LLC | 100.00% | 0.00 |
| Bruckner Transport LLC | 100.00% | 0.00 |
| CMF Associates LLC | 100.00% | 0.00 |
| D'Alessio Enterprises LLC | 100.00% | 0.00 |
| FCP 145 Holding LLC | 100.00% | 0.00 |
| Halsey South Asociates, LLC | 50.00% | 0.00 |
| Katsura Consulting Group LLC | 100.00% | 0.00 |
| Little Rest Farm LLC | 100.00% | 0.00 |
| LRF Holding, LLC | 100.00% | 0.00 |
| LRF Services LLC | 100.00% | 0.00 |
| Michael Paul Enterprises, LLC | 100.00% | 0.00 |
| Office Suites NYC, LLC | 100.00% | 0.00 |
| RDR Park Drive LLC | 100.00% | 0.00 |
| RMD Racing Stable LLC | 100.00% | 0.00 |
| Rose Hill Holding,, LLC | 50.00% | 0.00 |
| Saturn Equity Partners LLC | 100.00% | 0.00 |
| Ski Ya Later Inc | 100.00% | 15,000.00 |
| Sky Meadow Farm LLC | 100.00% | 0.00 |
| The Water Mill Club, LLC | 100.00% | 0.00 |

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Michael P. D'Alessio** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | 18-22552 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Furniture, linens and kitchenware**<br>Line from *Schedule A/B*: **6.1** | $12,500.00 | ■ $12,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **4 TV's, 2 computers,2 printer and 1 cell phone**<br>Line from *Schedule A/B*: **7.1** | $3,800.00 | ■ $2,375.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(6) |
| **Golf clubs and tennis racquet**<br>Line from *Schedule A/B*: **9.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Everyday clothes, suits and shoes**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $125.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Everyday clothes, suits and shoes**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■ $375.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                                          Case number (if known)    **18-22552**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **3 watches - Stainless Steel Blancpain, Stainless Steel Cartier, Stainless Steel Rolex**<br>Line from *Schedule A/B*: **12.1** | **Unknown** | ■           **$1,600.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Townhouse Company II LLC**<br>Line from *Schedule A/B*: **22.1** | **$5,950.00** | ■           **$5,950.00**<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐  No

       ☐  Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael P. D'Alessio** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | 18-22552 |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Throgs Neck Debt LLC**<br>Creditor's Name<br><br>**c/o Bluestone Group**<br>**225 Broadway, 32nd Fl.**<br>**New York, NY 10007**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**Stock certificates for 3100 Tremont Associates & 3219 Tremont Corp.**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,265,857.73 | $0.00 | $1,265,857.73 |

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,265,857.73 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,265,857.73 |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Kriss & Feuerstein LLP**
**360 Lexington Avenue**
**Suite 1200**
**New York, NY 10017**

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael P. D'Alessio** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | 18-22552 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Carolyn D'Alessio** | Last 4 digits of account number _____ | $7,200.00 | $7,200.00 | $0.00 |
| | Priority Creditor's Name | | | | |
| | **21 D'Alessio Court** | When was the debt incurred?    03/20/2001 | | | |
| | **Scarsdale, NY 10583** | | | | |
| | Number Street City State ZIp Code | As of the date you file, the claim is: Check all that apply | | | |
| | **Who incurred the debt? Check one.** | ☐ Contingent | | | |
| | ■ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ■ Domestic support obligations | | | |
| | ☐ **Check if this claim is for a community debt** | ☐ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | | | | |

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1   **Michael P. D'Alessio**

Case number *(if know)*   18-22552

---

**4.1**

**1516 Realty Group LLC**
Nonpriority Creditor's Name
**97-77 Queens Blvd., TWR 3**
**Rego Park, NY 11374**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$93,000.00**

When was the debt incurred?   **05/09/2015**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty  - 184 East 64th Street Holding LLC**

---

**4.2**

**1516 Realty Group LLC**
Nonpriority Creditor's Name
**97-77 Queens Blvd., TWR 3**
**Rego Park, NY 11374**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____   **$150,000.00**

When was the debt incurred?   **5/9/2015**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

**4.3**

**323 E 53rd Street Lender LLC**
Nonpriority Creditor's Name
**c/o Maverick RE Partners LLC**
**370 Lexington Ave Suite 1812**
**New York, NY 10017**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **0058**   **$6,500,000.00**

When was the debt incurred?   _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 323 East 53rd Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

| 4.4 | **Adam Cohen** | Last 4 digits of account number _____ | $186,000.00 |

Nonpriority Creditor's Name

**48 Everett Road**
**Demarest, NJ 07627**

When was the debt incurred?   **4/30/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☑ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 | **Adam Cohen** | Last 4 digits of account number _____ | $134,000.00 |

Nonpriority Creditor's Name

**48 Everett Road**
**Demarest, NJ 07627**

When was the debt incurred?   **10/28/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☑ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.6 | **Adam Fields** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name

**9769 Apricot Lane**
**Beverly Hills, CA 90210**

When was the debt incurred?   **7/30/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☑ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**

Case number (if know)    **18-22552**

---

| 4.7 | **Adam Fields** | Last 4 digits of account number _____ | **$93,000.00** |

Nonpriority Creditor's Name
**9769 Apricot Lane**
**Beverly Hills, CA 90210**
Number Street City State Zip Code

When was the debt incurred?    **5/2/2015**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.8 | **Adam Fields** | Last 4 digits of account number _____ | **$67,000.00** |

Nonpriority Creditor's Name
**9769 Apricot Lane**
**Beverly Hills, CA 90210**
Number Street City State Zip Code

When was the debt incurred?    **10/29/2014**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.9 | **Adam Fields** | Last 4 digits of account number _____ | **$105,600.00** |

Nonpriority Creditor's Name
**9769 Apricot Lane**
**Beverly Hills, CA 90210**
Number Street City State Zip Code

When was the debt incurred?    **3/5/2015**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Michael P. D'Alessio**                                   Case number (if know)  **18-22552**

---

| 4.1 0 | | | |
|---|---|---|---|

**Adam Leitman Bailey PC**

Nonpriority Creditor's Name

**One Battery Park**
**New York, NY 10271**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   **3002**                    **$60,446.42**

**When was the debt incurred?**    **9/1/2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Legal fees**

---

| 4.1 1 | | | |
|---|---|---|---|

**Adam Leitman Bailey PC**

Nonpriority Creditor's Name

**One Battery Park**
**New York, NY 10271**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   **3003**                    **$52,199.31**

**When was the debt incurred?**    **7/1/2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Legal fees**

---

| 4.1 2 | | | |
|---|---|---|---|

**Adam Leitman Bailey PC**

Nonpriority Creditor's Name

**One Battery Park**
**New York, NY 10271**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**   **3004**                    **$760.00**

**When was the debt incurred?**    **7/1/2017**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Legal fees**

---

Debtor 1   **Michael P. D'Alessio**      Case number (if know)    **18-22552**

---

| 4.1 3 | | | |
|---|---|---|---|

**Adam Leitman Bailey PC**

Nonpriority Creditor's Name

**One Battery Park**
**New York, NY 10271**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3005**      **$6,216.00**

When was the debt incurred?    **7/1/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Legal fees**

---

| 4.1 4 | | | |
|---|---|---|---|

**AirSeal Insulation Systems**

Nonpriority Creditor's Name

**1961 Utica Ave**
**Brooklyn, NY 11234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number      **$9,900.00**

When was the debt incurred?    **2/21/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises LLC**
**323 East 53rd Associates LLC**

---

| 4.1 5 | | | |
|---|---|---|---|

**AirSeal Insulation Systems**

Nonpriority Creditor's Name

**1961 Utica Ave**
**Brooklyn, NY 11234**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number      **$19,100.00**

When was the debt incurred?    **2/21/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises LLC**
**323 East 53rd Associates LLC**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

**4.1 6**

**Alan Snider, Trustee of the Alan Snider**
Nonpriority Creditor's Name
**800 Central Park Ave**
**Suite 201**
**Scarsdale, NY 10583**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$67,000.00**

When was the debt incurred?    **10/27/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty -  227 E 67th Street Holding LLC**

---

**4.1 7**

**All Star Security & Communications Inc**
Nonpriority Creditor's Name
**P.O. Box 494**
**Fishkill, NY 12524**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$14,233.09**

When was the debt incurred?    **3/23/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises LLC & 323 East 53rd Associates LLC**

---

**4.1 8**

**All Star Security & Communications Inc**
Nonpriority Creditor's Name
**P.O. Box 494**
**Fishkill, NY 12524**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$6,213.91**

When was the debt incurred?    **3/23/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises LLC**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Michael P. D'Alessio**                                        Case number (if know)   **18-22552**

---

**4.19**

**Allan Miller**                                        Last 4 digits of account number                    **$50,000.00**
Nonpriority Creditor's Name
**12 North Lane Drive**                                  When was the debt incurred?   **11/30/2016**
**Armonk, NY 10504**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
                                                         **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another                ☐ Student loans
☐ **Check if this claim is for a community               ☐ Obligations arising out of a separation agreement or divorce that you did not
  debt**                                                   report as priority claims
Is the claim subject to offset?                          ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                                                      **Guaranty - 43 Middle Pond Road Holding**
                                                         ■ Other. Specify   **LLC**
☐ Yes

---

**4.20**

**Allan Miller**                                        Last 4 digits of account number                    **$100,000.00**
Nonpriority Creditor's Name
**12 North Lane Drive**                                  When was the debt incurred?   **6/27/2016**
**Armonk, NY 10504**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
                                                         **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another                ☐ Student loans
☐ **Check if this claim is for a community               ☐ Obligations arising out of a separation agreement or divorce that you did not
  debt**                                                   report as priority claims
Is the claim subject to offset?                          ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                                                      **Guaranty - 163-165 East 62nd St Holding**
                                                         ■ Other. Specify   **LLC**
☐ Yes

---

**4.21**

**Allan Miller**                                        Last 4 digits of account number                    **$67,000.00**
Nonpriority Creditor's Name
**12 North Lane Drive**                                  When was the debt incurred?   **11/4/2014**
**Armonk, NY 10504**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                          ☐ Contingent
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
                                                         **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another                ☐ Student loans
☐ **Check if this claim is for a community               ☐ Obligations arising out of a separation agreement or divorce that you did not
  debt**                                                   report as priority claims
Is the claim subject to offset?                          ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                                                      **Guaranty -  227 E 67 Street Holding LLC**
                                                         ■ Other. Specify
☐ Yes

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 2 | **Allan Miller** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**12 North Lane Drive**
**Armonk, NY 10504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **8/22/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.2 3 | **Allstate Sprinkler Corp** | Last 4 digits of account number | | $32,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1869 White Plains Road**
**Bronx, NY 10462-1489**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **7/27/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises LLC**
**& 323 East 53rd Associates LLC**

---

| 4.2 4 | **Allstate Sprinkler Corp** | Last 4 digits of account number | | $2,500.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1869 White Plains Road**
**Bronx, NY 10462-1489**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **10/2/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises LLC**
**& 163-165 East 62nd Street Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

**4.2 5**

**Ally**
Nonpriority Creditor's Name
**PO Box 9001948**
**Louisville, KY 40290**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____                          **$11,996.41**

When was the debt incurred?    **6/29/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Auto Lease t - Michael Paul Enterprises LLC**

---

**4.2 6**

**Alyse Lefton**
Nonpriority Creditor's Name
**181 East 73rd Street**
**Apt 4A New York, NY 10021**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____                          **$50,000.00**

When was the debt incurred?    **12/23/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

**4.2 7**

**Alyse Lefton**
Nonpriority Creditor's Name
**181 East 73rd Street**
**Apt 4A New York, NY 10021**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____                          **$50,000.00**

When was the debt incurred?    **7/7/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 8 | **Alyse Lefton** | Last 4 digits of account number | | $93,000.00 |

Nonpriority Creditor's Name

**181 East 73rd Street**
**Apt 4A New York, NY 10021**

When was the debt incurred?    **4/30/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

                                                   ☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify    **Guaranty - 184 East 64th Street Holding**
                                                                       **LLC**

---

| 4.2 9 | **Alyse Lefton** | Last 4 digits of account number | | $33,500.00 |

Nonpriority Creditor's Name

**181 East 73rd Street**
**Apt 4A New York, NY 10021**

When was the debt incurred?    **11/4/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

                                                   ☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.3 0 | **Alyse Lefton** | Last 4 digits of account number | | $52,800.00 |

Nonpriority Creditor's Name

**181 East 73rd Street**
**Apt 4A New York, NY 10021**

When was the debt incurred?    **3/12/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

                                                   ☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**
                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

| 4.3 | | | |
|---|---|---|---|
| 1 | **American Express** | Last 4 digits of account number  **1005** | **$8,351.52** |

Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit card purchases**

---

| 4.3 | | | |
|---|---|---|---|
| 2 | **American Express** | Last 4 digits of account number  **1002** | **$1,000.00** |

Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit card purchases**

---

| 4.3 | | | |
|---|---|---|---|
| 3 | **American Express** | Last 4 digits of account number  **1000** | **$5,000.00** |

Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit card purchases**

---

Debtor 1    **Michael P. D'Alessio**

Case number (if know)    **18-22552**

---

| 4.3 4 | | | |
|---|---|---|---|

**American Express**
Nonpriority Creditor's Name
**PO Box 981535**
**El Paso, TX 79998**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1004**                    **$3,100.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.3 5 | | | |
|---|---|---|---|

**Andres Bogebjerg**
Nonpriority Creditor's Name
**Group Palmera**
**Plaza Shopping Bavaro #225**
**Bavaro**
**Dominican Republic**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                        **$32,257.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.3 6 | | | |
|---|---|---|---|

**Andrew West**
Nonpriority Creditor's Name
**33 Gateway Drive**
**Great Neck, NY 11021**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                        **$200,000.00**

When was the debt incurred?    **8/8/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd St Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                    Case number (*if know*)   **18-22552**

---

| 4.3 7 | **Angelo Spray Foam Corp** | Last 4 digits of account number _____ | $10,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**21 Sherman Avenue Suite 4L**
**New York, NY 10040**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/12/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises LLC 17 Circle Rd - MBI LLC**

---

| 4.3 8 | **Anita Gupta** | Last 4 digits of account number _____ | $50,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2123 Williamsbridge Road**
**Bronx, NY 10461**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **6/29/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 3 Sandpiper Court Holding LLC**

---

| 4.3 9 | **Anita Gupta** | Last 4 digits of account number _____ | $150,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**2123 Williamsbridge Road**
**Bronx, NY 10461**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **7/31/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

**4.40**

**Anita Gupta**
Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **$93,000.00**

When was the debt incurred?   **5/5/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

**4.41**

**Anita Gupta**
Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **$67,000.00**

When was the debt incurred?   **10/30/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

**4.42**

**Anthony Bastone**
Nonpriority Creditor's Name
**1913 Bronxdale Ave**
**Bronx, NY 10462**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____     **$200,000.00**

When was the debt incurred?   **11/4/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.4 3 | **Anthony Sr Bonomo** | Last 4 digits of account number _____ | **$450,000.00** |

Nonpriority Creditor's Name
**10 Walter Lane**
**Manhasset, NY 11030**

When was the debt incurred?   **8/6/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Stret Holding LLC**

---

| 4.4 4 | **Anthony Sr Bonomo** | Last 4 digits of account number _____ | **$279,000.00** |

Nonpriority Creditor's Name
**10 Walter Lane**
**Manhasset, NY 11030**

When was the debt incurred?   **5/4/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.4 5 | **Anthony, Jr. Bonomo** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**10 Walter Lane**
**Manhasset, NY 11030**

When was the debt incurred?   **8/6/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 6 | **Anthony, Jr. Bonomo** | Last 4 digits of account number _____ | **$93,000.00** |

Nonpriority Creditor's Name
**10 Walter Lane**
**Manhasset, NY 11030**

When was the debt incurred?    **5/4/2015**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.4 7 | **Antonia Polcini** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**10 Green Place**
**New Rochelle, NY 10801**

When was the debt incurred?    **4/12/2017**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.4 8 | **Antonio Zaino** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**7 South Ridge Road**
**Brookfield, CT 06804**

When was the debt incurred?    **5/16/2016**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 9 | **Arlene Blatt** | | Last 4 digits of account number | | | $93,000.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**25 Sutton Place South**
**Apt 3N New York, NY 10022**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?    **4/30/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 0 | **Arnold Waldman** | | Last 4 digits of account number | | | $50,000.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**581 Leheigh Lane**
**Woodmere, NY 11598**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?    **7/12/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 1 | **Arnold Waldman** | | Last 4 digits of account number | | | $93,000.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**581 Leheigh Lane**
**Woodmere, NY 11598**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?    **5/7/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                    Case number (if know)    **18-22552**

---

| 4.5 2 | | |
|---|---|---|

**Arnold Waldman**                                    Last 4 digits of account number _____         **$67,000.00**

Nonpriority Creditor's Name
**581 Leheigh Lane**                                  **When was the debt incurred?**    **10/29/2014**
**Woodmere, NY 11598**

Number Street City State ZIp Code                     **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                       ☐ Contingent

☐ Debtor 2 only                                       ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ☐ Disputed

■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**           ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.5 3 | | |
|---|---|---|

**Attis Properties Inc**                              Last 4 digits of account number _____         **$200,000.00**

Nonpriority Creditor's Name
**Attn: Michael Kohn**                                **When was the debt incurred?**    **7/18/2016**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**

Number Street City State ZIp Code                     **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                       ☐ Contingent

☐ Debtor 2 only                                       ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ☐ Disputed

■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**           ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                      ■ Other. Specify   **Guaranty - 163-165 East 62nd Street**
☐ Yes                                                 **Holding LLC**

---

| 4.5 4 | | |
|---|---|---|

**Attis Properties Inc**                              Last 4 digits of account number _____         **$50,000.00**

Nonpriority Creditor's Name
**Attn: Michael Koh**                                 **When was the debt incurred?**    **10/13/2016**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**

Number Street City State ZIp Code                     **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                       ☐ Contingent

☐ Debtor 2 only                                       ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ☐ Disputed

■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**           ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify   **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                       Case number (if know)    **18-22552**

---

| 4.5 5 | **Attis Properties Inc** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Michael Koh**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**

When was the debt incurred?    **10/13/2016**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ■ Other. Specify    **Guaranty - 145-147 East 62nd Street**
☐ Yes                                                        **Holding LLC**

---

| 4.5 6 | **Attis Properties Inc** | Last 4 digits of account number | | $250,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Michael Koh**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**

When was the debt incurred?    **3/8/2017**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**
☐ Yes

---

| 4.5 7 | **Attis Properties Inc** | Last 4 digits of account number | | $250,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Michael Koh**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**

When was the debt incurred?    **4/4/2017**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only             ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                         ■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**
☐ Yes

---

Debtor 1  **Michael P. D'Alessio**                         Case number (if know)  **18-22552**

---

| 4.5 8 | **Attis Properties Inc** | Last 4 digits of account number _____ | $150,000.00 |

Nonpriority Creditor's Name
**Attn: Michael Koh**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**
Number Street City State Zip Code

When was the debt incurred?  **6/21/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty - Bluestone 163-165 LLC**

---

| 4.5 9 | **Attis Properties Inc** | Last 4 digits of account number _____ | $200,000.00 |

Nonpriority Creditor's Name
**Attn: Michael Koh**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**
Number Street City State Zip Code

When was the debt incurred?  **9/5/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.6 0 | **Attis Properties Inc** | Last 4 digits of account number _____ | $67,000.00 |

Nonpriority Creditor's Name
**Attn: Michael Koh**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**
Number Street City State Zip Code

When was the debt incurred?  **9/5/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                     Case number (if know)  **18-22552**

---

4.6 | **Attis Ventures LLC** | Last 4 digits of account number | $200,000.00
1 |

Nonpriority Creditor's Name
**Attn: Michael Koh**                          When was the debt incurred?  **9/15/2017**
**500 Mamaroneck Ave**
**Suite 320**
**Harrison, NY 10528**

Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify  **Guaranty - 41-45 MPR Holding LLC**

---

4.6 | **B.A.T. Man LLC** | Last 4 digits of account number | $300,000.00
2 |

Nonpriority Creditor's Name
**1 Edgewater Street**                        When was the debt incurred?  **8/11/2017**
**Suite 704 Staten Island, NY 10305**

Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify  **Guaranty - 2800 Bruckner Holding LLC**

---

4.6 | **B.E. Kopaskie** | Last 4 digits of account number | $200,000.00
3 |

Nonpriority Creditor's Name
**20290 Lorencita Drive**                     When was the debt incurred?  **8/24/2017**
**Covina, CA 91724**

Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify  **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                    Case number (if know)    **18-22552**

---

| 4.6 4 | |
|---|---|

**Bank of America**
Nonpriority Creditor's Name
**PO Box 982234**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **5968**                    **$195,000.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases and cash advances**

---

| 4.6 5 | |
|---|---|

**Bank of America**
Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **9236**                    **$16,066.73**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases and cash advances**

---

| 4.6 6 | |
|---|---|

**Bank of America**
Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **2929**                    **$19,066.38**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases and cash advances**

---

Debtor 1    **Michael P. D'Alessio**                                            Case number (if know)    **18-22552**

---

| 4.6 7 | | | |
|---|---|---|---|

**Bank of America**

Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **3190**              $42,230.51

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases and cash advances**

---

| 4.6 8 | | | |
|---|---|---|---|

**Bank of America**

Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **6849**              $27.09

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases and cash advances**

---

| 4.6 9 | | | |
|---|---|---|---|

**Bank of America**

Nonpriority Creditor's Name
**PO Box 982238**
**El Paso, TX 79998**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **4839**              $26,288.85

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases and cash advances - Michael Paul Enterprises**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)  **18-22552**

---

| 4.7 0 | **Bank of America** | Last 4 digits of account number | **2066** | **$4,915.06** |

Nonpriority Creditor's Name
**PO Box 982234**
**El Paso, TX 79998**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases and cash advances**

---

| 4.7 1 | **Barbara J. Fiederlein Trust for David, D** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name
**56 Majestic Ridge**
**Carmel, NY 10512**
Number Street City State Zip Code

When was the debt incurred?  **7/31/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.7 2 | **Barbara J. Fiederlein Trust for David, D** | Last 4 digits of account number | | **$93,000.00** |

Nonpriority Creditor's Name
**56 Majestic Ridge**
**Carmel, NY 10512**
Number Street City State Zip Code

When was the debt incurred?  **5/5/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

| 4.7 3 | **Barbara J. Fiederlein Trust for David, D** | Last 4 digits of account number _____ | **$52,800.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**56 Majestic Ridge**
**Carmel, NY 10512**
Number Street City State ZIp Code

When was the debt incurred?   **2/26/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.7 4 | **Barbara Vega** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**61-27 70th Street**
**Floor 2 Middle Village, NY 11379**
Number Street City State ZIp Code

When was the debt incurred?   **1/19/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty- 43 Middle Pond Road Holding LLC**

---

| 4.7 5 | **Barry Blitstein** | Last 4 digits of account number _____ | **$100,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**55 Ocean Ave #6B**
**Monmouth Beach, NJ 07750**
Number Street City State ZIp Code

When was the debt incurred?   **4/7/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.7 6 | **Barry Blitstein** | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name

**55 Ocean Ave #6B**
**Monmouth Beach, NJ 07750**

When was the debt incurred?    **7/31/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

                                                   ☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**
**debt**

☐ Student loans

Is the claim subject to offset?                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.7 7 | **Barry Drucker** | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name

**20 Long Ledge Dr**
**Rye Brook, NY 10573**

When was the debt incurred?    **6/25/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

                                                   ☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**
**debt**

☐ Student loans

Is the claim subject to offset?                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.7 8 | **Barry Ipp** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name

**27 West Rock Trail**
**Stamford, CT 06902**

When was the debt incurred?    **8/7/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

                                                   ☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**
**debt**

☐ Student loans

Is the claim subject to offset?                    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                            Case number (if know)   **18-22552**

---

| 4.7 9 | **Barry Ipp** | Last 4 digits of account number | $100,000.00 |

Nonpriority Creditor's Name

**27 West Rock Trail**
**Stamford, CT 06902**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **3/16/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

| 4.8 0 | **Beverly Griffith** | Last 4 digits of account number | $33,500.00 |

Nonpriority Creditor's Name

**16 Crystal Lake Drive**
**Weston, CT 06883**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **10/27/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.8 1 | **Beverly Griffith** | Last 4 digits of account number | $52,800.00 |

Nonpriority Creditor's Name

**16 Crystal Lake Drive**
**Weston, CT 06883**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **4/8/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)   **18-22552**

---

| 4.8 2 | |
|---|---|

**Beverly Hazelkorn**
Nonpriority Creditor's Name
**92 Radcliff Ave**
**Port Washington, NY 11050**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $93,000.00

**When was the debt incurred?**   **4/30/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.8 3 | |
|---|---|

**Beverly Hazelkorn**
Nonpriority Creditor's Name
**92 Radcliff Ave**
**Port Washington, NY 11050**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $50,000.00

**When was the debt incurred?**   **7/7/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty -  3 Sandpiper Court Holding LLC**

---

| 4.8 4 | |
|---|---|

**Beverly Hazelkorn**
Nonpriority Creditor's Name
**92 Radcliff Ave**
**Port Washington, NY 11050**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____   $33,500.00

**When was the debt incurred?**   **11/4/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty -  227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.8 5 | **Bianca D'Alessio** | Last 4 digits of account number | | **$50,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**340 East 51st Street #3A**
**New York, NY 10022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    **12/20/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Bluestone 163-165 LLC**

---

| 4.8 6 | **Blackman Plumbing** | Last 4 digits of account number    **5343** | | **$9,209.34** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 9400**
**Uniondale, NY 11555-9400**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    **11/8/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt**

---

| 4.8 7 | **Blue Tarp Financial Inc** | Last 4 digits of account number    **1329** | | **$2,801.56** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 105525**
**Atlanta, GA 30348**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    **1/29/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.8 8 | **BMG Consulting Group LLC** | Last 4 digits of account number | | $279,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**340 East 51st Street #3A**
**Attn: Bianca D'Alessio**
**New York, NY 10022**

When was the debt incurred?    **10/20/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.8 9 | **Bonni Stanley** | Last 4 digits of account number | | $67,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**45 Jackson Road**
**Bedford, NY 10506**

When was the debt incurred?    **10/23/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty -  227 E 67th Street Holding LLC**

---

| 4.9 0 | **Boston Road Equipment Rental** | Last 4 digits of account number | 1800 | $724.84 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3211 Boston Post Road**
**Bronx, NY 10469**

When was the debt incurred?    **11/6/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt**

---

Debtor 1    **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

| 4.9 1 | | | |
|---|---|---|---|

**Braga Hardwood Flooring Inc**                    Last 4 digits of account number _____            **$7,768.59**
Nonpriority Creditor's Name
**89 Trenton Avenue**                                When was the debt incurred?    **5/8/2017**
**Bronx, NY 10469**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
                                                     Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another
                                                     ☐ Student loans
☐ **Check if this claim is for a community**
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.9 2 | | | |
|---|---|---|---|

**Bridgehampton National Bank**                      Last 4 digits of account number    **7309**            **$527,886.00**
Nonpriority Creditor's Name
**2200 Montauk Highway**                              When was the debt incurred?    _____
**Bridgehampton, NY 11932**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
                                                     Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another
                                                     ☐ Student loans
☐ **Check if this claim is for a community**
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify    **Guaranty - Schurz Avenue Development LLC**

---

| 4.9 3 | | | |
|---|---|---|---|

**Bridgehampton National Bank**                      Last 4 digits of account number    **6168**            **$3,234,975.00**
Nonpriority Creditor's Name
**2200 Montauk Highway**                              When was the debt incurred?    _____
**Bridgehampton, NY 11932**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
                                                     Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another
                                                     ☐ Student loans
☐ **Check if this claim is for a community**
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify    **Line of credit - Michael Paul Enterprises, LLC**

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

| 4.9 4 | **Bruce Azus** | Last 4 digits of account number _____ | $67,000.00 |

**Bruce Azus**
Nonpriority Creditor's Name
**9 Bensin Drive**
**Melville, NY 11747**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **10/27/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty -  227 E 67th Street Holding LLC**

$67,000.00

---

| 4.9 5 |

**Bruce Azus**
Nonpriority Creditor's Name
**9 Bensin Drive**
**Melville, NY 11747**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **2/24/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

$105,600.00

---

| 4.9 6 |

**Bruce Azus**
Nonpriority Creditor's Name
**9 Bensin Drive**
**Melville, NY 11747**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **4/28/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

$93,000.00

---

Debtor 1   **Michael P. D'Alessio**                                              Case number (if know)    **18-22552**

| 4.9 7 | **Bruce Azus** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**9 Bensin Drive**
**Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?    **8/5/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.9 8 | **Bruce Azus** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**9 Bensin Drive**
**Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?    **6/17/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

| 4.9 9 | **Bruce Azus** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**9 Bensin Drive**
**Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?    **4/26/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                Case number (if know)    **18-22552**

---

| 4.1 00 | **Cancos Tile and Stone** | Last 4 digits of account number | **4956** | **$34,237.40** |

Nonpriority Creditor's Name
**1085 Portion Road**
**Farmingville, NY 11738**
Number Street City State Zip Code

When was the debt incurred?    **6/1/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt**

---

| 4.1 01 | **Cancos Tile and Stone** | Last 4 digits of account number | **4956** | **$19,981.35** |

Nonpriority Creditor's Name
**1085 Portion Road**
**Farmingville, NY 11738**
Number Street City State Zip Code

When was the debt incurred?    **10/18/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt**

---

| 4.1 02 | **Canzone Contracting Corp** | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name
**218 W. Lincoln Ave**
**Mt. Vernon, NY 10550**
Number Street City State Zip Code

When was the debt incurred?    **8/7/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

| 4.1 03 | **Capital Industries Corp** | | | **$4,553.91** |

Nonpriority Creditor's Name

**555 Saw Mill River Rd**
**Yonkers, NY 10701**

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?**   **2/20/2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - Michael Paul Enterprises LLC**

---

| 4.1 04 | **Carefree Air & Water Management Inc** | | | **$160,500.00** |

Nonpriority Creditor's Name

**199 Merrick Road**
**Lynbrook, NY 11563**

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?**   **1/27/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.1 05 | **Carefree Air & Water Management Inc** | | | **$31,201.17** |

Nonpriority Creditor's Name

**199 Merrick Road**
**Lynbrook, NY 11563**

Number Street City State Zip Code

**Last 4 digits of account number** _____

**When was the debt incurred?**   **8/11/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1   **Michael P. D'Alessio**                                   Case number (if know)   **18-22552**

---

**4.1 06**

**Carefree Air & Water Management Inc**

Nonpriority Creditor's Name

**199 Merrick Road**
**Lynbrook, NY 11563**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$33,636.25**

When was the debt incurred?   **8/11/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

**4.1 07**

**Carl Bonomo**

Nonpriority Creditor's Name

**49 Harvard Drive**
**Plainview, NY 11803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$50,000.00**

When was the debt incurred?   **4/26/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

**4.1 08**

**Carl Bonomo**

Nonpriority Creditor's Name

**49 Harvard Drive**
**Plainview, NY 11803**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$100,000.00**

When was the debt incurred?   **8/8/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                          Case number (if know)   **18-22552**

---

**4.1**
**09**

**Carmine Lippolis**
Nonpriority Creditor's Name
**25 Seventh Street**
**Pelham, NY 10803**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                          **$100,000.00**

When was the debt incurred?   **4/29/2015**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

**4.1**
**10**

**Carol Merkel**
Nonpriority Creditor's Name
**323 Polaris Street**
**Dauphin Island, AL 36528**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                          **$100,000.00**

When was the debt incurred?   **9/15/2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 41-45 MPR Holding LLC**

---

**4.1**
**11**

**Carol Merkel**
Nonpriority Creditor's Name
**323 Polaris Street**
**Dauphin Island, AL 36528**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                          **$50,000.00**

When was the debt incurred?   **1/13/2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**

Case number (if know)  **18-22552**

---

| 4.1 12 | **Carol Merkel** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name

**323 Polaris Street**
**Dauphin Island, AL 36528**

When was the debt incurred?  **8/8/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 13 | **Carol Merkel** | Last 4 digits of account number | | **$93,000.00** |

Nonpriority Creditor's Name

**323 Polaris Street**
**Dauphin Island, AL 36528**

When was the debt incurred?  **4/29/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.1 14 | **Carol Merkel** | Last 4 digits of account number | | **$134,000.00** |

Nonpriority Creditor's Name

**323 Polaris Street**
**Dauphin Island, AL 36528**

When was the debt incurred?  **10/30/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1 15 | **Carol Merkel** | Last 4 digits of account number _____ | **$52,800.00** |

Nonpriority Creditor's Name
**323 Polaris Street**
**Dauphin Island, AL 36528**
Number Street City State Zip Code

When was the debt incurred?    **3/3/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.1 16 | **Carol Scibelli** | Last 4 digits of account number _____ | **$200,000.00** |

Nonpriority Creditor's Name
**350 East 79th Street Apt 7D**
**New York, NY 10075**
Number Street City State Zip Code

When was the debt incurred?    **8/29/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.1 17 | **Caroline Graves** | Last 4 digits of account number _____ | **$67,000.00** |

Nonpriority Creditor's Name
**2928 Fairway Drive**
**Birmingham, AL 35213**
Number Street City State Zip Code

When was the debt incurred?    **11/3/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty -  227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1 18 | **Caroline Graves** | Last 4 digits of account number _____ | $52,800.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2928 Fairway Drive**
**Birmingham, AL 35213**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2/26/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd  Holding LLC**

---

| 4.1 19 | **Case's Creek** | Last 4 digits of account number _____ | $121,295.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 56**
**Jamesport, NY 11947**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **9/19/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.1 20 | **Celtic Services NYC Inc** | Last 4 digits of account number _____ | $150,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**156 Mt. Vernon Avenue**
**Suite 210 Mt. Vernon, NY 10550**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **9/10/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

| 4.1 21 | **Chantal Pick** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**866 Evergreen Drive**
**West Hempstead, NY 11552**
Number Street City State Zip Code

When was the debt incurred?   **8/11/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 22 | **Chantal Pick** | Last 4 digits of account number | | $93,000.00 |

Nonpriority Creditor's Name
**866 Evergreen Drive**
**West Hempstead, NY 11552**
Number Street City State Zip Code

When was the debt incurred?   **5/5/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.1 23 | **Chantal Pick** | Last 4 digits of account number | | $52,800.00 |

Nonpriority Creditor's Name
**866 Evergreen Drive**
**West Hempstead, NY 11552**
Number Street City State Zip Code

When was the debt incurred?   **3/18/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Michael P. D'Alessio**                                        Case number (if know)  **18-22552**

---

| 4.1 24 | **Charles Barovian** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**1763 West 9th Street**
**Brooklyn, NY 11223**
Number Street City State Zip Code

**When was the debt incurred?**  **4/27/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty - 15-17 Circle Holding LLC**

---

| 4.1 25 | **Charles Barovian** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**1763 West 9th Street**
**Brooklyn, NY 11223**
Number Street City State Zip Code

**When was the debt incurred?**  **12/1/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 26 | **Chase Card** | Last 4 digits of account number  7724 | $110,000.00 |

Nonpriority Creditor's Name
**PO Box 5298**
**Willimgton, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit card purchases and cash advances**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)   **18-22552**

---

| 4.1 27 | **Chase Card** | | Last 4 digits of account number | **2329** | **$50,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 5298**
**Willimgton, DE 19850**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**             ☐ Student loans
**debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ■ Other. Specify   **Credit card purchases and cash advances**

---

| 4.1 28 | **Chase Card** | | Last 4 digits of account number | **2034** | **$40,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 5298**
**Wilmington, DE 19850**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Debtor 1 only
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ■ Other. Specify   **Credit card purchases and cash advances**

---

| 4.1 29 | **Chris Canzone** | | Last 4 digits of account number | | **$33,500.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**53 Noble Ave**
**Bronxville, NY 10708**

Number Street City State Zip Code

**When was the debt incurred?**   **10/28/2014**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Debtor 1 only
☐ Debtor 2 only                                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                             ☐ Disputed
■ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**             ☐ Student loans
**debt**
                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                      report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                   ■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                           Case number (if know)    **18-22552**

---

| 4.1 30 | **Christine Phillips** | Last 4 digits of account number | | **$150,000.00** |

Nonpriority Creditor's Name
**124 Charles Avenue**
**Massapequa Park, NY 11762**
Number Street City State Zip Code

When was the debt incurred?    **8/24/2017**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.1 31 | **Citi Card** | Last 4 digits of account number    **9194** | | **$100,000.00** |

Nonpriority Creditor's Name
**PO Box 6500**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit card purchases and cash advances**

---

| 4.1 32 | **City Ironsmith Corp** | Last 4 digits of account number | | **$79,000.00** |

Nonpriority Creditor's Name
**131-41  Sanford Avenue**
**Flushing, NY 11355**
Number Street City State Zip Code

When was the debt incurred?    **10/17/2016**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

**4.1 33**

**City Ironsmith Corp**
Nonpriority Creditor's Name
**131-41  Sanford Avenue**
**Flushing, NY 11355**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____         **$103,612.00**

When was the debt incurred?    **5/21/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

**4.1 34**

**Clifford & Gail Bassett**
Nonpriority Creditor's Name
**535 East 86th Street #6J**
**New York, NY 10028**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____         **$50,000.00**

When was the debt incurred?    **8/4/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

**4.1 35**

**Clifford & Gail Bassett**
Nonpriority Creditor's Name
**535 East 86th Street #6J**
**New York, NY 10028**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____         **$50,000.00**

When was the debt incurred?    **4/17/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1 36 | **Cohen Children Trust** | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**David Cohen Trustee**
**1875 Julian Lane**
**Merrick, NY 11566**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **8/6/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 37 | **Conrad Strohl** | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2 Larch Lane**
**Malboro, NJ 07746**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **8/4/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 38 | **Consolidated Scaffold & Bridge Corp** | Last 4 digits of account number | | $12,825.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**3969 Merritt Avenue**
**Bronx, NY 10466**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **1/29/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1  **Michael P. D'Alessio**                                                  Case number (if know)  **18-22552**

---

| 4.1 39 | **Consolidated Scaffold & Bridge Corp** | | **Michael Paul Enterprises, LLC** | | **$46,163.48** |

Nonpriority Creditor's Name

**3969 Merritt Avenue**
**Bronx, NY 10466**

Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?  **2/27/2018**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.1 40 | **Costello & Goldan LLC** | | | | **$50,000.00** |

Nonpriority Creditor's Name

**106 Labaw Court**
**Attn: Mary Lisa Costello**
**Hillsborough, NJ 08844**

Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?  **4/7/2017**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Guaranty - 15-17 Circle Holding LLC**

---

| 4.1 41 | **Cuddy & Feder LLP** | | | | **$40,920.47** |

Nonpriority Creditor's Name

**445 Hamilton Avenue**
**14th Floor  White Plains, NY 10601**

Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Legal fees**

---

Debtor 1   **Michael P. D'Alessio**                                              Case number (if know)   **18-22552**

---

| 4.1 42 | **Cy Blanco** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**104 Mildred Parkway**
**New Rochelle, NY 10804**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   **5/2/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 43 | **Cynthia Petretti** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**4 North Lane**
**Mahopac, NY 10541**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   **7/31/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 44 | **Daimler Construction LLC** | Last 4 digits of account number | | $30,500.00 |

Nonpriority Creditor's Name
**155 Fox Hill Drive**
**Hackettstown, NJ 07840**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?   **8/11/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC & 17 Circle Rd - MBI LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1 45 | | | |
|---|---|---|---|

**Daimler Construction LLC**

Nonpriority Creditor's Name

**155 Fox Hill Drive**
**Hackettstown, NJ 07840**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                            **$10,880.00**

When was the debt incurred?    **1/29/2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC - 64th**

---

| 4.1 46 | | | |
|---|---|---|---|

**Daimler Construction LLC**

Nonpriority Creditor's Name

**155 Fox Hill Drive**
**Hackettstown, NJ 07840**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                            **$8,860.00**

When was the debt incurred?    **1/29/2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC - 53rd**

---

| 4.1 47 | | | |
|---|---|---|---|

**Daniel Rifkin**

Nonpriority Creditor's Name

**P.O. Box 9338**
**Bardonia, NY 10954**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                            **$100,000.00**

When was the debt incurred?    **5/5/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**      Case number (if know)    **18-22552**

---

| 4.1 48 | **Daniel Rifkin** | Last 4 digits of account number _____ | $93,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 9338**
**Bardonia, NY 10954**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **5/5/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.1 49 | **Danisi Energy Company** | Last 4 digits of account number _____ | $13,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**3205 Route 112**
**Medford, NY 11763**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **12/23/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.1 50 | **Darren Kay** | Last 4 digits of account number _____ | $50,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**19 Fells Drive**
**Manalapan, NJ 07726**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **7/30/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                   Case number (if know)   **18-22552**

---

| 4.1 51 | | |
|---|---|---|

**Darren Kay**
Nonpriority Creditor's Name
**19 Fells Drive**
**Manalapan, NJ 07726**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____                         **$105,600.00**

**When was the debt incurred?**   **2/26/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.1 52 | | |
|---|---|---|

**David & Rita Levy**
Nonpriority Creditor's Name
**25 Wren Drive**
**Roslyn, NY 11576**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____                         **$93,000.00**

**When was the debt incurred?**   **5/5/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.1 53 | | |
|---|---|---|

**David & Rita Levy**
Nonpriority Creditor's Name
**25 Wren Drive**
**Roslyn, NY 11576**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** _____                         **$50,000.00**

**When was the debt incurred?**   **6/22/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Guaranty -  3 Sandpiper Court Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (*if know*)    **18-22552**

---

| 4.1 54 | | | |
|---|---|---|---|

**David & Susan Diamond**

Last 4 digits of account number _____    **$200,000.00**

Nonpriority Creditor's Name
**3677 East Tremont Ave**
**Bronx, NY 10465**

When was the debt incurred?    **12/30/2015**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 55 | | | |
|---|---|---|---|

**David & Susan Diamond**

Last 4 digits of account number _____    **$316,800.00**

Nonpriority Creditor's Name
**3677 East Tremont Ave**
**Bronx, NY 10465**

When was the debt incurred?    **2/23/2015**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.1 56 | | | |
|---|---|---|---|

**David & Susan Diamond**

Last 4 digits of account number _____    **$150,000.00**

Nonpriority Creditor's Name
**3677 East Tremont Ave**
**Bronx, NY 10465**

When was the debt incurred?    **8/19/2017**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.1 57 | **David Azus** | Last 4 digits of account number _____ | $52,800.00 |

Nonpriority Creditor's Name
**37 East Mall Drive**
**Melville, NY 11767**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**   **3/3/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.1 58 | **David Bauer** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**31 Deepwood Road**
**Wilton, CT 06897**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**   **8/6/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 59 | **David Cohen** | Last 4 digits of account number _____ | $33,500.00 |

Nonpriority Creditor's Name
**1875 Julian Lane**
**Merrick, NY 11566**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**When was the debt incurred?**   **10/28/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**      Case number (if know)    **18-22552**

---

| 4.1 60 | **David Cohen** | Last 4 digits of account number | | $52,800.00 |

Nonpriority Creditor's Name

**1875 Julian Lane**
**Merrick, NY 11566**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **3/23/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.1 61 | **David Katz** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name

**19 Cob Drive**
**Westport, CT 06880**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **7/31/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 62 | **David Levy** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name

**25 Wren Drive**
**Roslyn, NY 11576**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **8/24/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.1 63 | **David Levy** | Last 4 digits of account number | | $33,500.00 |

Nonpriority Creditor's Name
**25 Wren Drive**
**Roslyn, NY 11576**
Number Street City State Zip Code

When was the debt incurred?    **10/29/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.1 64 | **David Miller** | Last 4 digits of account number | | $67,000.00 |

Nonpriority Creditor's Name
**1 Iris Lane**
**Chappaqua, NY 10514**
Number Street City State Zip Code

When was the debt incurred?    **11/4/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty -  227 E 67th Street Holding LLC**

---

| 4.1 65 | **David Miller** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**1 Iris Lane**
**Chappaqua, NY 10514**
Number Street City State Zip Code

When was the debt incurred?    **8/22/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                            Case number (if know)   **18-22552**

---

| 4.1 66 | **David S. Cohen** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**c/o David Cohen**
**48 Chester Ct.**
**Cortlandt Manor, NY 10567**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **4/17/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| 4.1 67 | **David S. Cohen** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**c/o David Cohen**
**48 Chester Ct.**
**Cortlandt Manor, NY 10567**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2/5/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 68 | **David Samuels** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**47 Hardscrabble Hill**
**Chappaqua, NY 10514**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **1/26/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 43 Middle Pond Road Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.1 69 | | | |
|---|---|---|---|

**David Samuels**                          Last 4 digits of account number  _____          **$67,000.00**

Nonpriority Creditor's Name

**47 Hardscrabble Hill**                    When was the debt incurred?  **10/30/2014**
**Chappaqua, NY 10514**

Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                             ☐ Contingent

☐ Debtor 2 only                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                ☐ Disputed

■ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify   **Guaranty -  227 E 67th Street Holding LLC**

---

| 4.1 70 | | | |
|---|---|---|---|

**David Tesser**                           Last 4 digits of account number  _____          **$100,000.00**

Nonpriority Creditor's Name

**1800 Merrick Road**                       When was the debt incurred?  **8/4/2015**
**Merrick, NY 11566**

Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                             ☐ Contingent

☐ Debtor 2 only                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                ☐ Disputed

■ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify   **Guaranty - 163-165 East 62nd Street**
                                            **Holding LLC**

---

| 4.1 71 | | | |
|---|---|---|---|

**David Tesser**                           Last 4 digits of account number  _____          **$93,000.00**

Nonpriority Creditor's Name

**1800 Merrick Road**                       When was the debt incurred?  **5/26/2015**
**Merrick, NY 11566**

Number Street City State Zip Code           As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                             ☐ Contingent

☐ Debtor 2 only                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                ☐ Disputed

■ At least one of the debtors and another   Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community** ☐ Student loans
**debt**                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**         report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify   **Guaranty - 184 East 64th Street Holding**
                                            **LLC**

---

Debtor 1    **Michael P. D'Alessio**                                   Case number (if know)    **18-22552**

---

| 4.1 72 | **Decorama Building & Plumbing Supply Inc** | Last 4 digits of account number | **1270** | $10,430.87 |

Nonpriority Creditor's Name
**1233 Metropolitan Avenue**
**Brooklyn, NY 11237**
Number Street City State Zip Code

When was the debt incurred?    **12/20/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Trade debt**

---

| 4.1 73 | **Denise Zollo** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**88 Dawson Circle**
**Staten Island, NY 10314**
Number Street City State Zip Code

When was the debt incurred?    **8/17/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.1 74 | **Dennis Korchinski** | Last 4 digits of account number | | $150,000.00 |

Nonpriority Creditor's Name
**38 Red Oak Road**
**Fairfield, CT 06824**
Number Street City State Zip Code

When was the debt incurred?    **10/7/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                    Case number (if know)    **18-22552**

---

| 4.1 75 | **Despatch of Southampton M & S LLC** | Last 4 digits of account number _____ | $898.87 |
|---|---|---|---|

Nonpriority Creditor's Name

**370 County Road 39, Suite A**
**Southampton, NY 11968**

Number Street City State Zip Code

When was the debt incurred?    **4/3/2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt**

---

| 4.1 76 | **Diamond Enterprises LLC** | Last 4 digits of account number _____ | $350,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**3677 East Tremont Ave**
**Bronx, NY 10465**

Number Street City State Zip Code

When was the debt incurred?    **4/13/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.1 77 | **Diamond Enterprises LLC** | Last 4 digits of account number _____ | $850,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**3677 East Tremont Ave**
**Bronx, NY 10465**

Number Street City State Zip Code

When was the debt incurred?    **4/23/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**

Case number (if know)    **18-22552**

---

| 4.1 78 | **Diamond Enterprises LLC** | Last 4 digits of account number _____ | $186,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**3677 East Tremont Ave**
**Bronx, NY 10465**

Number Street City State Zip Code

**When was the debt incurred?    4/23/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.1 79 | **Diamond Enterprises LLC** | Last 4 digits of account number _____ | $335,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**3677 East Tremont Ave**
**Bronx, NY 10465**

Number Street City State Zip Code

**When was the debt incurred?    10/30/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.1 80 | **Diamond Enterprises LLC** | Last 4 digits of account number _____ | $150,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**3677 East Tremont Ave**
**Bronx, NY 10465**

Number Street City State Zip Code

**When was the debt incurred?    8/19/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty -2800 Bruckner Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**               Case number (if know)    **18-22552**

---

| 4.1 81 | **Diane Rosenberg** | Last 4 digits of account number | **$150,000.00** |

Nonpriority Creditor's Name
**402 Stoney Way**
**New Fairfield, CT 06812**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **9/25/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 41-45 MPR Holding LLC**

---

| 4.1 82 | **Dodd Farber** | Last 4 digits of account number | **$100,000.00** |

Nonpriority Creditor's Name
**27 Wampus Lake Drive**
**Armonk, NY 10504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **7/6/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 83 | **Domenick Schettino** | Last 4 digits of account number | **$100,000.00** |

Nonpriority Creditor's Name
**1 Lowell Drive**
**Purchase, NY 10577**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2/22/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Bluestone 163-165 LLC**

---

Debtor 1   **Michael P. D'Alessio**                                      Case number (if know)   **18-22552**

---

| 4.1 84 | **Dominick R. Pilla Associates PC** | Last 4 digits of account number _____ | $56,582.92 |

Nonpriority Creditor's Name
**23 Depew Avenue**
**Nyack, NY 10960**
Number Street City State Zip Code

When was the debt incurred?   **15-Oct**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt - 163-165 East 62nd Street Associates LLC**

---

| 4.1 85 | **Dominick R. Pilla Associates PC** | Last 4 digits of account number _____ | $7,893.86 |

Nonpriority Creditor's Name
**23 Depew Avenue**
**Nyack, NY 10960**
Number Street City State Zip Code

When was the debt incurred?   **17-Apr**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt - 3 Sandpiper Court LLC**

---

| 4.1 86 | **Dominick R. Pilla Associates PC** | Last 4 digits of account number _____ | $1,355.55 |

Nonpriority Creditor's Name
**23 Depew Avenue**
**Nyack, NY 10960**
Number Street City State Zip Code

When was the debt incurred?   **18-Mar**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt - 323 East 53rd Street Associates LLC**

---

Debtor 1   **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.1 87 | **Donald Konrad** | Last 4 digits of account number | $50,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**68 Pearl Farm Road**
**Stamford, CT 06902**

When was the debt incurred?   **7/12/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                ☐ Contingent

☐ Debtor 1 and Debtor 2 only               ☐ Unliquidated

                                            ☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**                    ☐ Student loans

**Is the claim subject to offset?**           ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 88 | **Donato Ciaccia** | Last 4 digits of account number | $50,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**7406 Avenue V**
**Brooklyn, NY 11234**

When was the debt incurred?   **11/21/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                ☐ Contingent

☐ Debtor 1 and Debtor 2 only               ☐ Unliquidated

                                            ☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**                    ☐ Student loans

**Is the claim subject to offset?**           ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.1 89 | **Donato Ciaccia** | Last 4 digits of account number | $50,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**7406 Avenue V**
**Brooklyn, NY 11234**

When was the debt incurred?   **3/29/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                ☐ Contingent

☐ Debtor 1 and Debtor 2 only               ☐ Unliquidated

                                            ☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**                    ☐ Student loans

**Is the claim subject to offset?**           ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

Debtor 1    **Michael P. D'Alessio**    Case number (if know)    **18-22552**

---

| 4.1 90 | **Douglas & Diane Simon** | Last 4 digits of account number _____ | $52,800.00 |

Nonpriority Creditor's Name

**20 Clinton Ave**
**Maplewood, NJ 07040**

When was the debt incurred?    **3/18/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.1 91 | **Douglas Scibelli** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name

**124 Ludlow Street #4C**
**New York, NY 10002**

When was the debt incurred?    **12/11/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.1 92 | **Dov Kesselman** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name

**317 Chestnut Street**
**W. Hempstead, NY 11552**

When was the debt incurred?    **8/8/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.1 93 | **DWS Interiors Inc** | | Last 4 digits of account number _____ | **$59,000.00** |

Nonpriority Creditor's Name

**P.O. Box 2 Water Mill**
**Water Mill, NY 11976**

When was the debt incurred?   **1/19/2018**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC - 53rd**

---

| 4.1 94 | **DWS Interiors Inc** | | Last 4 digits of account number _____ | **$16,700.00** |

Nonpriority Creditor's Name

**P.O. Box 2 Water Mill**
**Water Mill, NY 11976**

When was the debt incurred?   **2/13/2018**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC - 17 Circle**

---

| 4.1 95 | **Dynaire Corporation** | | Last 4 digits of account number _____ | **$67,000.00** |

Nonpriority Creditor's Name

**Attn: Marc Soffler**
**134 Herricks Road**
**Mineola, NY 11501**

When was the debt incurred?   **10/30/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.1 96 | **Dynaire Corporation** | Last 4 digits of account number _____ | $25,000.00 |

Nonpriority Creditor's Name
**Attn: Marc Soffler**
**134 Herricks Road**
**Mineola, NY 11501**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Trade**

---

| 4.1 97 | **EAA Investments** | Last 4 digits of account number _____ | $33,500.00 |

Nonpriority Creditor's Name
**Attn: Evan Steinbach**
**575 Underhill Blvd**
**Suite 205 Syosset, NY 11791**

When was the debt incurred?   **10/28/2014**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.1 98 | **East 64th Street Realty Partners LLC** | Last 4 digits of account number _____ | $1,860,000.00 |

Nonpriority Creditor's Name
**c/o Cornell Pace Inc**
**542 Main Street**
**2nd Floor**
**New Rochelle, NY 10801**

When was the debt incurred?   **5/7/2015**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

■ At least one of the debtors and another
**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)   **18-22552**

---

| 4.1 99 | **East End Country Kitchens Cabinets Inc** | | | **$55,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**121 Edwards Avenue**
**Calverton, NY 11933**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.2 00 | **Eastern Metal Works Inc** | | | **$13,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**333 Woodmont Road**
**Milford, CT 06460**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   **10/3/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt - Michael Paul Enterprises LLC**

---

| 4.2 01 | **Ed Tesser** | | | **$50,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2536 Army Place**
**Bellmore, NY 11710**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   **8/11/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**

Case number (*if know*)    **18-22552**

---

**4.2
02**

**Edge & Corner Tile & Marble**

Nonpriority Creditor's Name

**362 Decatur Avenue
Shirley, NY 11967**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

$750.00

---

**4.2
03**

**Elizabeth Armstrong**

Nonpriority Creditor's Name

**10041 Sasser Lane
Mobile, AL 36695**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **3/3/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

$52,800.00

---

**4.2
04**

**Elizabeth Armstrong**

Nonpriority Creditor's Name

**10041 Sasser Lane
Mobile, AL 36695**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **3/23/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

$100,000.00

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 05 | **Elizabeth Armstrong** | | Last 4 digits of account number | | $67,000.00 |

Nonpriority Creditor's Name
**10041 Sasser Lane**
**Mobile, AL 36695**

When was the debt incurred?    **10/27/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

■ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a community debt**    Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

■ No    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.2 06 | **Elizabeth Canzone** | | Last 4 digits of account number | | $67,000.00 |

Nonpriority Creditor's Name
**58 Puritan Drive**
**Scarsdale, NY 10583**

When was the debt incurred?    **10/28/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

■ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a community debt**    Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

■ No    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty -227 E 67th Street Holding LLC**

---

| 4.2 07 | **Elizabeth Canzone** | | Last 4 digits of account number | | $52,800.00 |

Nonpriority Creditor's Name
**58 Puritan Drive**
**Scarsdale, NY 10583**

When was the debt incurred?    **2/23/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated

■ At least one of the debtors and another    ☐ Disputed

☐ **Check if this claim is for a community debt**    Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

■ No    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**

Case number (if know)    **18-22552**

---

| 4.2 08 | **Elizabeth Strange** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name

**48 Haywood Street**
**Staten Island, NY 10307**

Number Street City State Zip Code

When was the debt incurred?    **8/11/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.2 09 | **Ellen Goldstein Living Trust 11/30/10, E** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name

**3975 Sedgewick Ave Apt #4H**
**Bronx, NY 10563**

Number Street City State Zip Code

When was the debt incurred?    **12/27/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

☐ Other. Specify    **Guaranty -145-147 East 62nd Street Holding LLC**

---

| 4.2 10 | **Ellen Goldstein Living Trust 11/30/10, E** | Last 4 digits of account number _____ | $33,500.00 |

Nonpriority Creditor's Name

**3976 Sedgewick Ave Apt #4H**
**Bronx, NY 10563**

Number Street City State Zip Code

When was the debt incurred?    **10/21/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (*if know*)   **18-22552**

| | | | |
|---|---|---|---|
| 4.2<br>11 | **Ellen Goldstein Living Trust 11/30/10, E** | Last 4 digits of account number _____ | $52,800.00 |

Nonpriority Creditor's Name
**3977 Sedgewick Ave Apt #4H
Bronx, NY 10563**

When was the debt incurred?   **2/23/2015**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty -  323 East 53rd Holding LLC**

---

| | | | |
|---|---|---|---|
| 4.2<br>12 | **Ellen Goldstein Living Trust 11/30/10, E** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**3978 Sedgewick Ave Apt #4H
Bronx, NY 10563**

When was the debt incurred?   **8/22/2017**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| | | | |
|---|---|---|---|
| 4.2<br>13 | **Erin Diamond** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**3677 East Tremont Ave
Bronx, NY 10465**

When was the debt incurred?   **2/19/2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty -163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                                      Case number (if know)   **18-22552**

---

| 4.2 14 | **Erin Diamond** | Last 4 digits of account number | | | **$50,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3677 East Tremont Ave**
**Bronx, NY 10465**

When was the debt incurred?   **8/19/2017**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.2 15 | **Erwin & Bielinski, PLLC** | Last 4 digits of account number | | | **$825.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**37 West 39th Street Suite 1201**
**New York, NY 10018**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.2 16 | **Fairfield County Bank** | Last 4 digits of account number | **8075** | | **$715,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 2050**
**Ridgefield, CT 06877**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 15 Circle Rd - MBI LLC**

---

Debtor 1  **Michael P. D'Alessio**                                          Case number (if know)  **18-22552**

---

| 4.2 17 | **Fairfield County Bank** | Last 4 digits of account number **8992** | **$43,647.00** |

Nonpriority Creditor's Name
**PO Box 2050**
**Ridgefield, CT 06877**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty - 15 Circle Rd - MBI LLC**

---

| 4.2 18 | **Fairfield County Bank** | Last 4 digits of account number **9057** | **$715,000.00** |

Nonpriority Creditor's Name
**PO Box 2050**
**Ridgefield, CT 06877**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty - 17 Circle Rd - MBI LLC**

---

| 4.2 19 | **Fairfield County Bank** | Last 4 digits of account number **9130** | **$532,289.00** |

Nonpriority Creditor's Name
**PO Box 2050**
**Ridgefield, CT 06877**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Guaranty - 17 Circle Rd - MBI LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.2 20 | **Fallon Rose LLC** | | **$350,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**82 Wellington Road**
**Attn: Owen Grant**
**Garden City, NY 11530**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **9/17/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 21 | **Federlein Family 2012 Gift Trust, Barbar** | | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**56 Majestic Ridge**
**Carmel, NY 10512**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **7/31/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 22 | **Federlein Family 2012 Gift Trust, Barbar** | | **$93,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**56 Majestic Ridge**
**Carmel, NY 10512**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **5/5/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 23 | **Federlein Family 2012 Gift Trust, Barbar** | Last 4 digits of account number | | $52,800.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**56 Majestic Ridge**
**Carmel, NY 10512**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2/26/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty -  323 East 53rd Holding LLC**

---

| 4.2 24 | **Feldman Lumber** | Last 4 digits of account number    **0160** | | $2,261.76 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1281 Metropolitan Avenue**
**Brooklyn, NY 11237**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt**

---

| 4.2 25 | **Fiederlein Family LLC** | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**56 Majestic Ridge**
**Carmel, NY 10512**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **6/29/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2<br>26 | **Fiederlein Family LLC** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**56 Majestic Ridge**
**Carmel, NY 10512**
Number Street City State ZIp Code

When was the debt incurred?    **11/25/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                               ☐ Contingent

☐ Debtor 1 and Debtor 2 only                  ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**                ☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.2<br>27 | **Fiederlein Family LLC** | Last 4 digits of account number | | $93,000.00 |

Nonpriority Creditor's Name
**56 Majestic Ridge**
**Carmel, NY 10512**
Number Street City State ZIp Code

When was the debt incurred?    **5/5/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                               ☐ Contingent

☐ Debtor 1 and Debtor 2 only                  ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**                ☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.2<br>28 | **Fiederlein Family LLC** | Last 4 digits of account number | | $268,000.00 |

Nonpriority Creditor's Name
**56 Majestic Ridge**
**Carmel, NY 10512**
Number Street City State ZIp Code

When was the debt incurred?    **10/30/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                               ☐ Contingent

☐ Debtor 1 and Debtor 2 only                  ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**                ☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**        Case number (if know)   **18-22552**

---

**4.2 29**

**Fort Cica**
Nonpriority Creditor's Name
**720 East 141st Street**
**Bronx, NY 10454**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$8,500.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Trade debt - Michael Paul Enterprises, LLC - 184 East 64th Street Associates LLC**

---

**4.2 30**

**Fort Cica**
Nonpriority Creditor's Name
**720 East 141st Street**
**Bronx, NY 10454**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$10,000.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Trade debt - Michael Paul Enterprises, LLC**

---

**4.2 31**

**Francis Carbone**
Nonpriority Creditor's Name
**177 Spague Ave**
**Staten Island, NY 10307**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        **$600,000.00**

When was the debt incurred?  **8/11/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Guaranty -2800 Bruckner Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                Case number (if know)    **18-22552**

---

| 4.2<br>32 | **Francis Carbone** | Last 4 digits of account number | | $200,000.00 |

Nonpriority Creditor's Name
**177 Spague Ave**
**Staten Island, NY 10307**
Number Street City State Zip Code

**When was the debt incurred?**    **3/1/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.2<br>33 | **Frank Canzone** | Last 4 digits of account number | | $33,500.00 |

Nonpriority Creditor's Name
**53 Noble Ave**
**Bronxville, NY 10708**
Number Street City State Zip Code

**When was the debt incurred?**    **10/28/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.2<br>34 | **Frank Delucia** | Last 4 digits of account number | | $67,000.00 |

Nonpriority Creditor's Name
**15 Clearwater Ave**
**Massapequa, NY 11758**
Number Street City State Zip Code

**When was the debt incurred?**    **10/29/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                     Case number (if know)    **18-22552**

---

| 4.2 35 | **Friedricks Associates LTD** | | Last 4 digits of account number | | | **$100,000.00** |

Nonpriority Creditor's Name

**235 West 76th Street**
**Apt 5E**
**New York, NY 10023**

When was the debt incurred?    **8/20/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                   ☐ Contingent

☐ Debtor 1 and Debtor 2 only                      ☐ Unliquidated

■ At least one of the debtors and another         ☐ Disputed

☐ **Check if this claim is for a community**      Type of NONPRIORITY unsecured claim:
**debt**                                          ☐ Student loans

Is the claim subject to offset?                   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 36 | **Frima Edelstein** | | Last 4 digits of account number | | | **$93,000.00** |

Nonpriority Creditor's Name

**2 Larch Lane**
**Malboro, NJ 07746**

When was the debt incurred?    **5/7/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                   ☐ Contingent

☐ Debtor 1 and Debtor 2 only                      ☐ Unliquidated

■ At least one of the debtors and another         ☐ Disputed

☐ **Check if this claim is for a community**      Type of NONPRIORITY unsecured claim:
**debt**                                          ☐ Student loans

Is the claim subject to offset?                   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.2 37 | **Gabor M. Szakal Consulting Engineers, P.** | | Last 4 digits of account number | | | **$4,000.00** |

Nonpriority Creditor's Name

**54 West 21st Street**
**New York 10010**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                   ☐ Contingent

☐ Debtor 1 and Debtor 2 only                      ☐ Unliquidated

■ At least one of the debtors and another         ☐ Disputed

☐ **Check if this claim is for a community**      Type of NONPRIORITY unsecured claim:
**debt**                                          ☐ Student loans

Is the claim subject to offset?                   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify    **Trade debt - Michael Paul Enterprises LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number *(if know)*    **18-22552**

---

| 4.2 38 | **Gabriel Carbone** | Last 4 digits of account number | | | $100,000.00 |

Nonpriority Creditor's Name

**177 Spague Ave**
**Staten Island, NY 10307**

Number Street City State Zip Code

When was the debt incurred?    **8/18/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**    ☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.2 39 | **Gabriel E. Senor, P.C.** | Last 4 digits of account number | | | $11,900.00 |

Nonpriority Creditor's Name

**90 North Central Avenue**
**Suite 104**
**Hartsdale, NY 10530**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**    ☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.2 40 | **Gamor Company LLC** | Last 4 digits of account number | | | $93,000.00 |

Nonpriority Creditor's Name

**c/o Jamie Heiberger**
**589 Eight Ave**
**10th Floor New York, NY 10018**

Number Street City State Zip Code

When was the debt incurred?    **5/7/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                         Case number (if know)    **18-22552**

---

| 4.2 41 | **GC Warehouse LLC** | Last 4 digits of account number | **312** | **$2,484.53** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**515 S 4th Avenue**
**Mt. Vernon, NY 10550**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt**

---

| 4.2 42 | **Gene Greenfest** | Last 4 digits of account number | | **$100,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Anchin Block & Anchin LLP**
**1375 Broadway 17th Floor**
**New York, NY 10018**

When was the debt incurred?    **8/24/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.2 43 | **GeoLand Corp** | Last 4 digits of account number | | **$3,600.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1317 Park Avenue**
**New Hyde Pk, NY 11040**

When was the debt incurred?    **12/21/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - 163-165 East 62nd Street Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**      Case number (*if know*)    **18-22552**

---

| 4.2 44 | **Gerald Dolman** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**215 Montecito Crescent**
**Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?    **11/25/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.2 45 | **Gerald Levy** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**c/o Neil Levy 36 Woodmont Road**
**Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?    **8/7/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 46 | **Gerald Levy** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**c/o Neil Levy 36 Woodmont Road**
**Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?    **6/22/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.2 47 | **Gerald Levy** | Last 4 digits of account number _____ | **$93,000.00** |

Nonpriority Creditor's Name
**c/o Neil Levy 36 Woodmont Road Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?   **5/7/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.2 48 | **Gerald Levy** | Last 4 digits of account number _____ | **$67,000.00** |

Nonpriority Creditor's Name
**c/o Neil Levy 36 Woodmont Road Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?   **10/29/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.2 49 | **Gerald Levy** | Last 4 digits of account number _____ | **$52,800.00** |

Nonpriority Creditor's Name
**c/o Neil Levy 36 Woodmont Road Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?   **2/20/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                     Case number (if know)    **18-22552**

---

| 4.2 50 | **Gianbattista Davi** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1462 Bay Ridge Parkway**

**Brooklyn, NY 11228**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3/29/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.2 51 | **Glen Feller** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**8 Jazz Way**

**Mount Laurel, NJ 08054**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12/28/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 145-147 East 62nd Street Holding LLC**

---

| 4.2 52 | **Glen Irwin** | Last 4 digits of account number _____ | **$105,600.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 707**

**Pt. Lookout, NY 11569**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **3/5/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 53 | |
|---|---|

**Glenn Messinger**

Nonpriority Creditor's Name

**5 Clipper Way**
**Marblehead, MA 01945**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                $100,000.00

When was the debt incurred?    **4/4/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.2 54 | |
|---|---|

**Glenn Messinger**

Nonpriority Creditor's Name

**5 Clipper Way**
**Marblehead, MA 01945**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                $50,000.00

When was the debt incurred?    **7/31/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 55 | |
|---|---|

**GM Financial Leasing**

Nonpriority Creditor's Name

**PO Box 100**
**Williamsville, KY 14231**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                $24,633.36

When was the debt incurred?    **12/8/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Auto Lease - Michael Paul Enterprises, LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

| 4.2 56 | | | |
|---|---|---|---|

**GM Financial Leasing**

Last 4 digits of account number _____

$11,795.16

Nonpriority Creditor's Name
**PO Box 100**
**Williamsville, KY 14231**

When was the debt incurred?   **1/29/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Auto Lease - Michael Paul Enterprises, LLC**

---

| 4.2 57 | | | |
|---|---|---|---|

**GM Financial Leasing**

Last 4 digits of account number _____

$20,868.48

Nonpriority Creditor's Name
**PO Box 100**
**Williamsville, KY 14231**

When was the debt incurred?   **4/4/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Auto Lease - Michael Paul Enterprises, LLC**

---

| 4.2 58 | | | |
|---|---|---|---|

**Golden Touch Investments, LLC**

Last 4 digits of account number _____

$1,100,000.00

Nonpriority Creditor's Name
**343 Sperry Road**
**Bethany, CT 06524**

When was the debt incurred?   **1/15/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)      **18-22552**

---

| 4.2 59 | **Golden Touch Investments, LLC** | Last 4 digits of account number _____ | **$134,000.00** |

Nonpriority Creditor's Name
**343 Sperry Road**
**Bethany, CT 06524**
Number Street City State Zip Code

When was the debt incurred?   **10/31/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.2 60 | **Golden Touch Investments, LLC** | Last 4 digits of account number _____ | **$105,600.00** |

Nonpriority Creditor's Name
**343 Sperry Road**
**Bethany, CT 06524**
Number Street City State Zip Code

When was the debt incurred?   **2/27/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.2 61 | **Golden Touch Investments, LLC** | Last 4 digits of account number _____ | **$1,000,000.00** |

Nonpriority Creditor's Name
**343 Sperry Road**
**Bethany, CT 06524**
Number Street City State Zip Code

When was the debt incurred?   **2/23/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - Bluestone 53 LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 62 | **Golden Touch Investments, LLC** | | | **$1,500,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**343 Sperry Road**
**Bethany, CT 06524**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **4/20/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Guaranty - Bluestone 184 LLC**

---

| 4.2 63 | **Golenbock, Eiseman, Assor, Bell & Peskoe** | | | **$420,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**711 Third Ave**
**New York, NY 10017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Michael D'Alessio**

---

| 4.2 64 | **Grant & Fox LLC** | | | **$600,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**139 Fulton Street Rm 907**
**New York, NY 10038**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**    **1/26/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 65 | | |
|---|---|---|

**Grazia DeFranco**                                    Last 4 digits of account number _____    **$50,000.00**
Nonpriority Creditor's Name
**27 Valley Terrace**                                  When was the debt incurred?   **3/16/2017**
**Rye Brook, NY 10573**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**            ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

| 4.2 66 | | |
|---|---|---|

**Greater Hudson Bank**                                Last 4 digits of account number   **2297**    **$507,549.99**
Nonpriority Creditor's Name
**715 E. Route 304**                                   When was the debt incurred? _____
**Bardonia, NY 10954**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**            ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Guaranty - Schurz 9 LLC**

---

| 4.2 67 | | |
|---|---|---|

**Greater Hudson Bank**                                Last 4 digits of account number   **2296**    **$2,250,000.00**
Nonpriority Creditor's Name
**715 E. Route 304**                                   When was the debt incurred? _____
**Bardonia, NY 10954**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**            ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Line of credit**

---

Debtor 1    **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.2 68 | | | |
|---|---|---|---|

**Gregory Calabro**                                          Last 4 digits of account number _____                            **$50,000.00**

Nonpriority Creditor's Name
**22 Essex Road**
**Maplewood, NJ 07040**                                      When was the debt incurred?    **8/6/2015**

Number Street City State Zip Code
Who incurred the debt? Check one.                            As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                              ☐ Contingent
☐ Debtor 1 and Debtor 2 only                                 ☐ Unliquidated
                                                             ☐ Disputed
■ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                 ☐ Student loans
**debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                        ■ Other. Specify    **Guaranty - 163-165 East 62nd Street**
                                                             **Holding LLC**

---

| 4.2 69 | | | |
|---|---|---|---|

**Gregory Calabro**                                          Last 4 digits of account number _____                            **$93,000.00**

Nonpriority Creditor's Name
**22 Essex Road**
**Maplewood, NJ 07040**                                      When was the debt incurred?    **5/8/2015**

Number Street City State Zip Code
Who incurred the debt? Check one.                            As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                              ☐ Contingent
☐ Debtor 1 and Debtor 2 only                                 ☐ Unliquidated
                                                             ☐ Disputed
■ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                 ☐ Student loans
**debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                        ■ Other. Specify    **Guaranty - 184 East 64th Street Holding**
                                                             **LLC**

---

| 4.2 70 | | | |
|---|---|---|---|

**Gregory Calabro**                                          Last 4 digits of account number _____                            **$105,600.00**

Nonpriority Creditor's Name
**22 Essex Road**
**Maplewood, NJ 07040**                                      When was the debt incurred?    **3/10/2015**

Number Street City State Zip Code
Who incurred the debt? Check one.                            As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                                              ☐ Contingent
☐ Debtor 1 and Debtor 2 only                                 ☐ Unliquidated
                                                             ☐ Disputed
■ At least one of the debtors and another                    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                 ☐ Student loans
**debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims

■ No                                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                        ■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 71 | **Harrilyn Dolman** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**215 Montecito Crescent**
**Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?    **4/5/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| 4.2 72 | **Harrilyn Dolman** | Last 4 digits of account number _____ | **$200,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**215 Montecito Crescent**
**Melville, NY 11747**
Number Street City State Zip Code

When was the debt incurred?    **8/8/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 73 | **Harvey Stevens** | Last 4 digits of account number _____ | **$100,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**8 East 83rd Street Apt 10F**
**NY 10028**
Number Street City State Zip Code

When was the debt incurred?    **8/1/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.2 74 | **Herbert Ash** | Last 4 digits of account number | | | $67,000.00 |

Nonpriority Creditor's Name

**111 Reni Road**
**Manhasset, NY 11030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/3/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.2 75 | **Herminio Torres** | Last 4 digits of account number | | | $50,000.00 |

Nonpriority Creditor's Name

**6916  58th Road**
**Maspeth, NY 11378**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/21/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.2 76 | **Herminio Torres** | Last 4 digits of account number | | | $100,000.00 |

Nonpriority Creditor's Name

**6916  58th Road**
**Maspeth, NY 11378**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **12/4/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.2 77 | **Herminio Torres** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name

**6916  58th Road**
**Maspeth, NY 11378**

Number Street City State Zip Code

**When was the debt incurred?**    **10/6/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.2 78 | **Hewlett Trading Co. LLC** | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name

**3421 Hewlett Ave**
**Attn: Richard Berman**
**Merrick, NY 11566**

Number Street City State Zip Code

**When was the debt incurred?**    **5/9/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 79 | **Hilti Inc** | Last 4 digits of account number | **6413** | **$1,474.37** |

Nonpriority Creditor's Name

**P.O. Box 11870**
**Neward, NJ 07101-8800**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 80 | **Infiniti Financial Services** | Last 4 digits of account number _____ | $18,525.00 |

Nonpriority Creditor's Name
**PO Box 740596**
**Cincinnati, OH 45274**

Number Street City State Zip Code

When was the debt incurred?    **7/18/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Auto Lease - Michael Paul Enterprises, LLC**

---

| 4.2 81 | **Integrated Electronic Solutions Inc** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**1053 Saw Mill River Road**
**Yonkers, NY 10710**

Number Street City State Zip Code

When was the debt incurred?    **8/4/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 82 | **Integrated Electronic Solutions Inc** | Last 4 digits of account number _____ | $52,800.00 |

Nonpriority Creditor's Name
**1053 Saw Mill River Road**
**Yonkers, NY 10710**

Number Street City State Zip Code

When was the debt incurred?    **2/26/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.2 83 | |
|---|---|

**Ira Gordon**
Nonpriority Creditor's Name
**154 Mason Street**
**Staten Island, NY 10304**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$67,000.00**

**When was the debt incurred?**   **11/7/2014**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.2 84 | |
|---|---|

**Ira Gordon**
Nonpriority Creditor's Name
**154 Mason Street**
**Staten Island, NY 10304**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$52,800.00**

**When was the debt incurred?**   **3/13/2015**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.2 85 | |
|---|---|

**Irene D'Alessio**
Nonpriority Creditor's Name
**55 North Broadway Apt 2-9**
**White Plains, NY 10601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____     **$334,929.09**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Promissory Note**

---

Debtor 1   **Michael P. D'Alessio**      Case number (if know)    **18-22552**

---

**4.2 86**

**Irwin Associates Inc**      Last 4 digits of account number \_\_\_\_\_      **$13,063.12**

Nonpriority Creditor's Name

**247 West 37th Street - 12th floor**
**New York, NY 10018**      When was the debt incurred?

Number Street City State ZIp Code

Who incurred the debt? Check one.      As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only      ☐ Contingent

☐ Debtor 1 and Debtor 2 only      ☐ Unliquidated

     ☐ Disputed

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

     ■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

**4.2 87**

**J.S.K. Construction Corp**      Last 4 digits of account number \_\_\_\_\_      **$29,000.00**

Nonpriority Creditor's Name

**130-26 Atlantic Ave S.**
**Richmond Hill, NY 11419**      When was the debt incurred?

Number Street City State ZIp Code

Who incurred the debt? Check one.      As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only      ☐ Contingent

☐ Debtor 1 and Debtor 2 only      ☐ Unliquidated

     ☐ Disputed

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

     ■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

**4.2 88**

**Jack Perlman**      Last 4 digits of account number \_\_\_\_\_      **$200,000.00**

Nonpriority Creditor's Name

**35 West 94th Street**
**New York, NY 10025**      When was the debt incurred?    **10/13/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.      As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only      ☐ Contingent

☐ Debtor 1 and Debtor 2 only      ☐ Unliquidated

     ☐ Disputed

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**    **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

     ■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.2 89 | **Jaclyn Bonomo** | | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**10 Walter Lane**
**Manhasset, NY 11030**

When was the debt incurred?    **8/6/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.2 90 | **Jaclyn Bonomo** | | Last 4 digits of account number | | $93,000.00 |

Nonpriority Creditor's Name
**10 Walter Lane**
**Manhasset, NY 11030**

When was the debt incurred?    **5/4/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.2 91 | **Jacqueline Martinez** | | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**9 Thomas Drive**
**Hauppauge, NY 11788**

When was the debt incurred?    **12/11/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.2 92 | **James Slattery** | | Last 4 digits of account number | _____ | **$33,500.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**583 Ocean Ave**
**Massapequa, NY 11758**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **11/5/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.2 93 | **Janovic** | | Last 4 digits of account number | **7298** | **$248.98** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**888 Lexington Avenue**
**New York, NY 10065**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Trade debt**

---

| 4.2 94 | **Jason Griffith** | | Last 4 digits of account number | _____ | **$50,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**66 Hillside Crescent**
**New Rochelle, NY 10804**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **6/21/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio** _____   Case number (if know)   **18-22552**

---

| 4.2 95 | **Jason Griffith** | Last 4 digits of account number _____ | $93,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**66 Hillside Crescent**
**New Rochelle, NY 10804**

When was the debt incurred?   **4/25/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.2 96 | **Jason Griffith** | Last 4 digits of account number _____ | $33,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**66 Hillside Crescent**
**New Rochelle, NY 10804**

When was the debt incurred?   **10/29/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.2 97 | **Jason Lieberman** | Last 4 digits of account number _____ | $33,500.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**28 Birch Drive**
**Thiells, NY 10984**

When was the debt incurred?   **11/4/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

| 4.2 98 | | | |
|---|---|---|---|

**Jason Lieberman**

Nonpriority Creditor's Name

**28 Birch Drive**
**Thiells, NY 10984**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$52,800.00**

When was the debt incurred?   **3/26/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.2 99 | | | |
|---|---|---|---|

**Jeffrey Mortman**

Nonpriority Creditor's Name

**2 Stratton Drive**
**Wayne, NJ 07470**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$50,000.00**

When was the debt incurred?   **8/14/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 00 | | | |
|---|---|---|---|

**Jeffrey Mortman**

Nonpriority Creditor's Name

**2 Stratton Drive**
**Wayne, NJ 07470**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$33,500.00**

When was the debt incurred?   **11/18/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.3 01 | |
|---|---|

**Jeffrey Pinsky**                                          Last 4 digits of account number _____           **$100,000.00**

Nonpriority Creditor's Name
**22 Highfield Ave**                                         When was the debt incurred?   **7/7/2016**
**Port washington, NY 11050**
Number Street City State Zip Code                           **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent

☐ Debtor 2 only                                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                ☐ Disputed

■ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**           ☐ Student loans

**Is the claim subject to offset?**                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 02 | |
|---|---|

**Jeffrey Rosenthal**                                       Last 4 digits of account number _____           **$50,000.00**

Nonpriority Creditor's Name
**15 Blair Road**                                           When was the debt incurred?   **8/23/2017**
**Armonk, NY 10504**
Number Street City State Zip Code                           **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent

☐ Debtor 2 only                                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                ☐ Disputed

■ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**           ☐ Student loans

**Is the claim subject to offset?**                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 03 | |
|---|---|

**Jeffrey T. Butler, P.E. P.C.**                            Last 4 digits of account number _____           **$1,250.00**

Nonpriority Creditor's Name
**206 Lincoln Street**                                      When was the debt incurred?   **1/13/2018**
**Riverhead, NY 11901**
Number Street City State Zip Code                           **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent

☐ Debtor 2 only                                             ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                ☐ Disputed

■ At least one of the debtors and another                   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**           ☐ Student loans

**Is the claim subject to offset?**                         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify   **Trade debt - 3 Sandpiper Court LLC**

---

Debtor 1   **Michael P. D'Alessio**                                                Case number (if know)   **18-22552**

---

**4.3 04**

**Jeffrey T. Butler, P.E. P.C.**                                   Last 4 digits of account number _____                        **$25,170.00**
Nonpriority Creditor's Name
**206 Lincoln Street**                                            When was the debt incurred?   **1/3/2018**
**Riverhead, NY 11901**
Number Street City State Zip Code                                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                                   ☐ Contingent

☐ Debtor 2 only                                                   ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                      ☐ Disputed

■ At least one of the debtors and another                         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**                      ☐ Student loans
**debt**
**Is the claim subject to offset?**                               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                                  report as priority claims
■ No
                                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                                  ■ Other. Specify   **Trade debt - 41-45 MPR Holding LLC**

---

**4.3 05**

**Jennifer Chervin**                                              Last 4 digits of account number _____                        **$50,000.00**
Nonpriority Creditor's Name
**1636 Wenonah Trail**                                            When was the debt incurred?   **9/7/2017**
**Mohegan Lake, NY 10547**
Number Street City State Zip Code                                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                                   ☐ Contingent

☐ Debtor 2 only                                                   ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                      ☐ Disputed

■ At least one of the debtors and another                         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**                      ☐ Student loans
**debt**
**Is the claim subject to offset?**                               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                                  report as priority claims
■ No
                                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                                  ■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

**4.3 06**

**Jerry Pinsky**                                                  Last 4 digits of account number _____                        **$200,000.00**
Nonpriority Creditor's Name
**163 Pondview Drive**                                            When was the debt incurred?   **7/25/2015**
**Port Washington, NY 11050**
Number Street City State Zip Code                                 As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                                   ☐ Contingent

☐ Debtor 2 only                                                   ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                      ☐ Disputed

■ At least one of the debtors and another                         **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**                      ☐ Student loans
**debt**
**Is the claim subject to offset?**                               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                                  report as priority claims
■ No
                                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                                                  ■ Other. Specify   **Guaranty - 163-165 East 62nd Street**
                                                                  **Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**

Case number (if know)    **18-22552**

---

| 4.3<br>07 | **Jerry Pinsky** | Last 4 digits of account number _____ | $67,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**163 Pondview Drive**
**Port Washington, NY 11050**

When was the debt incurred?    **10/29/2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.3<br>08 | **Jet Blue** | Last 4 digits of account number  **9467** | $6,700.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 8801**
**Wilmington, DE 19899**

When was the debt incurred?    _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit card purchases and cash advances**

---

| 4.3<br>09 | **Jilco Window Corp** | Last 4 digits of account number  **0606** | $171,565.79 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O.Box 1  135 Mahopac Ave**
**Granite Springs, NY 10527**

When was the debt incurred?    _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

| 4.3<br>10 | **Joanna Blum** | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**5 Sherman Ave**
**White Plains, NY 10605**
Number Street City State Zip Code

When was the debt incurred?   **3/28/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

| 4.3<br>11 | **John & Catherine Strange Irrevocable** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Trust**
**10 Cotswold Circle**
**Manalapan, NY 07726**
Number Street City State Zip Code

When was the debt incurred?   **8/23/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3<br>12 | **John Bonito** | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**9 Halock Drive**
**Greenwich, CT 06831**
Number Street City State Zip Code

When was the debt incurred?   **7/27/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**

Case number (if know)    **18-22552**

---

| 4.3 13 | | | |
|---|---|---|---|

**John Cannon**
Nonpriority Creditor's Name
**15 Farmington Lane**
**Melville, NY 11747**
Number Street City State Zlp Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **$50,000.00**

When was the debt incurred?    **8/7/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 14 | | | |
|---|---|---|---|

**John Cannon**
Nonpriority Creditor's Name
**15 Farmington Lane**
**Melville, NY 11747**
Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **$93,000.00**

When was the debt incurred?    **4/30/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.3 15 | | | |
|---|---|---|---|

**John Ernenwein**
Nonpriority Creditor's Name
**51 Osborne Road**
**Garden City, NY 11530**
Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **$50,000.00**

When was the debt incurred?    **8/10/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.3 16 | **John Ernenwein** | | Last 4 digits of account number | | **$93,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**51 Osborne Road**
**Garden City, NY 11530**

When was the debt incurred?    **5/4/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.3 17 | **John Ernenwein** | | Last 4 digits of account number | | **$67,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**51 Osborne Road**
**Garden City, NY 11530**

When was the debt incurred?    **10/30/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.3 18 | **John Ernenwein** | | Last 4 digits of account number | | **$105,600.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**51 Osborne Road**
**Garden City, NY 11530**

When was the debt incurred?    **2/26/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                                   Case number *(if know)*    **18-22552**

---

| 4.3 19 | **John Pantanelli** | Last 4 digits of account number _____ | **$2,000,000.00** |

Nonpriority Creditor's Name
**150 Old Mamaroneck Road**
**White Plains, NY 10605**
Number Street City State Zip Code

When was the debt incurred?    **2/9/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 145-147 East 62nd Street Holding LLC**

---

| 4.3 20 | **John Pantanelli** | Last 4 digits of account number _____ | **$1,200,000.00** |

Nonpriority Creditor's Name
**150 Old Mamaroneck Road**
**White Plains, NY 10605**
Number Street City State Zip Code

When was the debt incurred?    **11/27/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 937 Post Road Holding LLC**

---

| 4.3 21 | **John Quattrochi** | Last 4 digits of account number _____ | **$200,000.00** |

Nonpriority Creditor's Name
**5629 Passion Flower Way**
**The Villages, FL 32163**
Number Street City State Zip Code

When was the debt incurred?    **8/21/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 22 | | | |
|---|---|---|---|

**John Strange**

Nonpriority Creditor's Name

**48 Haywood Street**
**Staten Island, NY 10307**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$50,000.00**

When was the debt incurred?    **8/11/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 23 | | | |
|---|---|---|---|

**Joint Venture MBP, LLC**

Nonpriority Creditor's Name

**42 Bayview Ave**
**Attn: Charles Hirsch**
**Manhasset, NY 11030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$528,000.00**

When was the debt incurred?    **3/12/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.3 24 | | | |
|---|---|---|---|

**Jon Hansburg**

Nonpriority Creditor's Name

**19 Smith Farm Road**
**Bedford, NY 10506**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____     **$50,000.00**

When was the debt incurred?    **8/12/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                     Case number (if know)   **18-22552**

---

| 4.3 25 | | |
|---|---|---|

**Joseph Breda**                                    Last 4 digits of account number _____            **$300,000.00**

Nonpriority Creditor's Name
**438 5th Avenue**                                  When was the debt incurred?   **7/20/2016**
**Pelham, NY 10803**

Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ☐ Disputed

■ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community**        ☐ Student loans
**debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                    ■ Other. Specify   **Guaranty - 163-165 East 62nd Street**
☐ Yes                                                                  **Holding LLC**

---

| 4.3 26 | | |
|---|---|---|

**Joseph Crocco Architect PC**                      Last 4 digits of account number _____            **$5,220.50**

Nonpriority Creditor's Name
**4 MacDonald Avenue**                              When was the debt incurred?   **8/3/2016**
**Suite 5**
**Armonk, NY 10504**

Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ☐ Disputed

■ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community**        ☐ Student loans
**debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify   **Trade debt - 3 Sandpiper Court LLC**

---

| 4.3 27 | | |
|---|---|---|

**Joseph Crocco Architect PC**                      Last 4 digits of account number _____            **$25,003.25**

Nonpriority Creditor's Name
**4 MacDonald Avenue**                              When was the debt incurred?   **10/20/2017**
**Suite 5**
**Armonk, NY 10504**

Number Street City State Zip Code
Who incurred the debt? Check one.                   As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ☐ Disputed

■ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community**        ☐ Student loans
**debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify   **Trade debt - 41-45 MPR Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

**4.3 28**

| | |
|---|---|
| **Joseph Crocco Architect PC** | Last 4 digits of account number _____ **$30,000.00** |
| Nonpriority Creditor's Name | |
| **4 MacDonald Avenue** | When was the debt incurred? _____ |
| **suite 5** | |
| **Armonk, NY 10504** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a  community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Trade debt - Michael Paul Enterprises, LLC** |

---

**4.3 29**

| | |
|---|---|
| **Joseph Dinoia** | Last 4 digits of account number _____ **$93,000.00** |
| Nonpriority Creditor's Name | |
| **15833 Double Eagle Trail** | When was the debt incurred?   **5/5/2015** |
| **Delray Beach, FL 33446** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a  community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Guaranty - 184 East 64th Street Holding LLC** |

---

**4.3 30**

| | |
|---|---|
| **Joseph Dinoia** | Last 4 digits of account number _____ **$100,000.00** |
| Nonpriority Creditor's Name | |
| **15833 Double Eagle Trail** | When was the debt incurred?   **8/4/2015** |
| **Delray Beach, FL 33446** | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply |
| **Who incurred the debt?** Check one. | |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a  community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Guaranty - 163-165 East 62nd Street Holding LLC** |

---

Debtor 1    **Michael P. D'Alessio**

Case number (if know)    **18-22552**

---

| 4.3 31 | **Joseph Raab** | Last 4 digits of account number _____ | $67,000.00 |

Nonpriority Creditor's Name

**18 Oaks Lane**
**Boynton Beach, FL 33436**

When was the debt incurred?    **10/27/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.3 32 | **Josh Manson** | Last 4 digits of account number _____ | $150,000.00 |

Nonpriority Creditor's Name

**54 The Oaks**
**Roslyn, NY 11576**

When was the debt incurred?    **8/8/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 33 | **Joshua & Angie Brown** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name

**15 Tally Ho Lane**
**Stamford, CT 06905**

When was the debt incurred?    **1/14/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 145-147 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                   Case number (if know)   **18-22552**

---

| 4.3 34 | **Joshua & Angie Brown** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**15 Tally Ho Lane**
**Stamford, CT 06905**
Number Street City State Zip Code

**When was the debt incurred?**   **4/18/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| 4.3 35 | **Joshua & Angie Brown** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**15 Tally Ho Lane**
**Stamford, CT 06905**
Number Street City State Zip Code

**When was the debt incurred?**   **6/10/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 36 | **Joshua & Angie Brown** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**15 Tally Ho Lane**
**Stamford, CT 06905**
Number Street City State Zip Code

**When was the debt incurred?**   **8/19/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.3 37 | | |
|---|---|---|

**Judah Hammer**                                           Last 4 digits of account number _____            **$100,000.00**
Nonpriority Creditor's Name
**301 Eastwood Road**                                      When was the debt incurred?    **8/4/2015**
**Woodmere, NY 11598**
Number Street City State Zlp Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
                                                           **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another                  ☐ Student loans
☐ **Check if this claim is for a community
debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**                        ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                                                        **Guaranty - 163-165 East 62nd Street**
☐ Yes                                                      ■ Other. Specify   **Holding LLC**

---

| 4.3 38 | | |
|---|---|---|

**Judah Hammer**                                           Last 4 digits of account number _____            **$52,800.00**
Nonpriority Creditor's Name
**301 Eastwood Road**                                      When was the debt incurred?    **4/1/2015**
**Woodmere, NY 11598**
Number Street City State Zlp Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
                                                           **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another                  ☐ Student loans
☐ **Check if this claim is for a community
debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**                        ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes                                                      ■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.3 39 | | |
|---|---|---|

**Julianne Bonomo**                                        Last 4 digits of account number _____            **$100,000.00**
Nonpriority Creditor's Name
**10 Walter Lane**                                         When was the debt incurred?    **8/6/2015**
**Manhasset, NY 11030**
Number Street City State Zlp Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
                                                           **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another                  ☐ Student loans
☐ **Check if this claim is for a community
debt**                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
**Is the claim subject to offset?**                        ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                                                        **Guaranty - 163-165 East 62nd Street**
☐ Yes                                                      ■ Other. Specify   **Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 40 | **Julianne Bonomo** | Last 4 digits of account number _____ | $93,000.00 |

Nonpriority Creditor's Name

**10 Walter Lane**
**Manhasset, NY 11030**

When was the debt incurred?    **5/4/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.3 41 | **Karen Greenbaum** | Last 4 digits of account number _____ | $500,000.00 |

Nonpriority Creditor's Name

**29 Flamingo Road North**
**Roslyn, NY 11576**

When was the debt incurred?    **8/21/2017**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 42 | **Karen Greenbaum** | Last 4 digits of account number _____ | $200,000.00 |

Nonpriority Creditor's Name

**29 Flamingo Road North**
**Roslyn, NY 11576**

When was the debt incurred?    **3/28/2017**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

Debtor 1    **Michael P. D'Alessio**                                Case number (if know)    **18-22552**

---

| 4.3 43 | **Keith Hummel** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**10 Carriage Hill Road**
**West Harrison, NY 10604**

When was the debt incurred?    **6/16/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                        ☐ Contingent

☐ Debtor 1 and Debtor 2 only                          ☐ Unliquidated

☐ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

| 4.3 44 | **Keith Hummel** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**10 Carriage Hill Road**
**West Harrison, NY 10604**

When was the debt incurred?    **12/16/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                        ☐ Contingent

☐ Debtor 1 and Debtor 2 only                          ☐ Unliquidated

☐ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.3 45 | **Keith Hummel** | Last 4 digits of account number _____ | $150,000.00 |

Nonpriority Creditor's Name
**10 Carriage Hill Road**
**West Harrison, NY 10604**

When was the debt incurred?    **8/6/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                        ☐ Contingent

☐ Debtor 1 and Debtor 2 only                          ☐ Unliquidated

☐ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                   Case number (if know)    **18-22552**

---

| 4.3 46 | **Keith Hummel** | Last 4 digits of account number | _____ | $134,000.00 |

Nonpriority Creditor's Name
**10 Carriage Hill Road**
**West Harrison, NY 10604**
Number Street City State Zip Code

When was the debt incurred?    **6/13/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.3 47 | **Keith Hummel** | Last 4 digits of account number | _____ | $100,000.00 |

Nonpriority Creditor's Name
**10 Carriage Hill Road**
**West Harrison, NY 10604**
Number Street City State Zip Code

When was the debt incurred?    **8/16/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 48 | **Keith Hummel** | Last 4 digits of account number | _____ | $100,000.00 |

Nonpriority Creditor's Name
**10 Carriage Hill Road**
**West Harrison, NY 10604**
Number Street City State Zip Code

When was the debt incurred?    **3/16/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

Debtor 1    **Michael P. D'Alessio**                                         Case number (if know)    **18-22552**

---

| 4.3 49 | **KMT Group** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**Attn: Elliot Phillips**
**40 Daniel Street**
**Suite 7 Farmingdale, NY 11735**
Number Street City State Zip Code

**When was the debt incurred?**    **6/28/2017**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Bluestone 163-165 LLC**

---

| 4.3 50 | **Kuldeepak Acharya** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**338 Whiteman Street**
**Ft. Lee, NJ 07024**
Number Street City State Zip Code

**When was the debt incurred?**    **8/21/2017**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 51 | **Kurt Voellmicke** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**20 Belvedere Court**
**Ridgefield, CT 06877**
Number Street City State Zip Code

**When was the debt incurred?**    **9/9/2016**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

**4.3**
**52**

**Kurt Voellmicke**                                    Last 4 digits of account number _____                    **$100,000.00**
Nonpriority Creditor's Name
**20 Belvedere Court**                                When was the debt incurred?    **3/20/2017**
**Ridgefield, CT 06877**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
                                                     Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another            ☐ Student loans
**Check if this claim is for a community**           ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                             report as priority claims
**Is the claim subject to offset?**                  ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                                 ■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**
☐ Yes

---

**4.3**
**53**

**Lance Kuba**                                        Last 4 digits of account number _____                    **$100,000.00**
Nonpriority Creditor's Name
**50 Sagamore Drive**                                 When was the debt incurred?    **8/22/2017**
**Syosset, NY 11791**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
                                                     Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another            ☐ Student loans
☐ **Check if this claim is for a community**         ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                             report as priority claims
**Is the claim subject to offset?**                  ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                                 ■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**
☐ Yes

---

**4.3**
**54**

**Lance Kuba**                                        Last 4 digits of account number _____                    **$100,000.00**
Nonpriority Creditor's Name
**50 Sagamore Drive**                                 When was the debt incurred?    **3/30/2017**
**Syosset, NY 11791**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
                                                     Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another            ☐ Student loans
☐ **Check if this claim is for a community**         ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                             report as priority claims
**Is the claim subject to offset?**                  ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                                 ■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**
☐ Yes

---

Debtor 1  **Michael P. D'Alessio**                                          Case number (if know)  **18-22552**

---

| 4.3 55 | **Laurie Waters** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**25 Carrol Place**
**Greenlawn, NY 11740**
Number Street City State Zip Code

When was the debt incurred?   **3/24/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

| 4.3 56 | **Lawrence & Fara Tesser** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**1968 Melthew Ct.**
**Merrick, NY 11566**
Number Street City State Zip Code

When was the debt incurred?   **8/15/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 57 | **Lawrence Dolin** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**11 Sands Court**
**Port Washington, NY 11050**
Number Street City State Zip Code

When was the debt incurred?   **10/22/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.3 58 | **Lawrence Dolin** | Last 4 digits of account number _____ | **$93,000.00** |

Nonpriority Creditor's Name

**11 Sands Court**
**Port Washington, NY 11050**

When was the debt incurred?    **5/9/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.3 59 | **Lawrence Dolin** | Last 4 digits of account number _____ | **$33,500.00** |

Nonpriority Creditor's Name

**11 Sands Court**
**Port Washington, NY 11050**

When was the debt incurred?    **11/4/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.3 60 | **Lawrence Dolin** | Last 4 digits of account number _____ | **$105,600.00** |

Nonpriority Creditor's Name

**11 Sands Court**
**Port Washington, NY 11050**

When was the debt incurred?    **2/27/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

---

| 4.3 61 | **LDSP LLC Attn: Phil Healy** | Last 4 digits of account number | | $250,000.00 |

Nonpriority Creditor's Name
**12 Knoll Crest Drive**
**Bedford, NH 03110**
Number Street City State Zip Code

When was the debt incurred?    **9/15/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guaranty - 41-45 MPR Holding LLC**

---

| 4.3 62 | **Leiberts Royal Green** | Last 4 digits of account number    **1994** | | $11,570.43 |

Nonpriority Creditor's Name
**228 East Post Road**
**White Plains, NY 10601**
Number Street City State Zip Code

When was the debt incurred?    **8/11/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Trade debt**

---

| 4.3 63 | **Leonard Shendell** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**7 Sunrise Drive**
**Armond, NY 10504**
Number Street City State Zip Code

When was the debt incurred?    **6/22/2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- **☐ Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                   Case number (if know)    **18-22552**

---

| 4.3 64 | **Lillian Fazio** | | Last 4 digits of account number | _____ | **$50,000.00** |

Nonpriority Creditor's Name

**8716 Crystal Rock Lane**
**Laurel, MD 20708**

When was the debt incurred?    **12/6/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.3 65 | **Lillian Fazio** | | Last 4 digits of account number | _____ | **$50,000.00** |

Nonpriority Creditor's Name

**8716 Crystal Rock Lane**
**Laurel, MD 20708**

When was the debt incurred?    **8/4/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 66 | **Lillian Fazio** | | Last 4 digits of account number | _____ | **$67,000.00** |

Nonpriority Creditor's Name

**8716 Crystal Rock Lane**
**Laurel, MD 20708**

When was the debt incurred?    **11/5/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.3 67 | **Lippolis Electric Inc** | Last 4 digits of account number | | $77,448.00 |

Nonpriority Creditor's Name
**25 Seventh Street**
**Pelham, NY 10803**

When was the debt incurred?   **8/3/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.3 68 | **Lippolis Electric Inc** | Last 4 digits of account number | | $74,400.00 |

Nonpriority Creditor's Name
**25 Seventh Street**
**Pelham, NY 10803**

When was the debt incurred?   **8/24/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.3 69 | **Lippolis Electric Inc** | Last 4 digits of account number | | $15,058.00 |

Nonpriority Creditor's Name
**25 Seventh Street**
**Pelham, NY 10803**

When was the debt incurred?   **10/20/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

**4.3 70**

| **Lippolis Electric Inc** | Last 4 digits of account number | **$8,637.00** |

Nonpriority Creditor's Name
**25 Seventh Street**
**Pelham, NY 10803**
Number Street City State Zip Code

When was the debt incurred?    **10/20/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

**4.3 71**

| **Lippolis Electric Inc** | Last 4 digits of account number | **$1,950.00** |

Nonpriority Creditor's Name
**25 Seventh Street**
**Pelham, NY 10803**
Number Street City State Zip Code

When was the debt incurred?    **4/3/2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

**4.3 72**

| **Lisa West** | Last 4 digits of account number | **$100,000.00** |

Nonpriority Creditor's Name
**33 Gateway Drive**
**Great Neck, NY 11021**
Number Street City State Zip Code

When was the debt incurred?    **10/23/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only    ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes    ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

**4.3 73**

**Lisa West**
Nonpriority Creditor's Name
**33 Gateway Drive**
**Great Neck, NY 11021**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **$279,000.00**

When was the debt incurred?   **4/30/2015**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

**4.3 74**

**Lisa West**
Nonpriority Creditor's Name
**33 Gateway Drive**
**Great Neck, NY 11021**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **$134,000.00**

When was the debt incurred?   **10/30/2014**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

**4.3 75**

**Lisa West**
Nonpriority Creditor's Name
**33 Gateway Drive**
**Great Neck, NY 11021**
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number _____   **$105,600.00**

When was the debt incurred?   **4/1/2015**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.3 76 | **Luis Flores** | | **$200,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**11594 N.Quandry Drive**
**Tucson, AZ 85737**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **4/29/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 77 | **Luise Barrack** | | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**47 Beechwood Road**
**Irvington, NY 10533**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **11/4/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 78 | **Luise Barrack** | | **$200,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**47 Beechwood Road**
**Irvington, NY 10533**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **8/14/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.3 79 | | | |
|---|---|---|---|

**Macquesten Construction**                  Last 4 digits of account number _____          **$500,000.00**

Nonpriority Creditor's Name
**Management CB Pension Plan**          When was the debt incurred?   **11/16/2016**
**91 Lakeshore Dr.**
**Eastchester, NY 10709**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
■ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**      ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  **Guaranty - 145-147 East 62nd Street**
☐ Yes                                        ■ Other. Specify  **Holding LLC**

---

| 4.3 80 | | | |
|---|---|---|---|

**MAF Realty Ventures LLC**                  Last 4 digits of account number _____          **$500,000.00**

Nonpriority Creditor's Name
**8 Engineers Road**                          When was the debt incurred?   **12/19/2015**
**Roslyn Harbor, NY 11576**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
■ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**      ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                  **Guaranty - 163-165 East 62nd Street**
☐ Yes                                        ■ Other. Specify  **Holding LLC**

---

| 4.3 81 | | | |
|---|---|---|---|

**Marc Engel**                               Last 4 digits of account number _____          **$67,000.00**

Nonpriority Creditor's Name
**37 Innes Road**                             When was the debt incurred?   **11/5/2014**
**Tenafly, NJ 07670**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                   ☐ Contingent
☐ Debtor 2 only                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ☐ Disputed
■ At least one of the debtors and another         **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**      ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                        ■ Other. Specify  **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.3 82 | **Marc Engel** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**37 Innes Road**
**Tenafly, NJ 07670**

When was the debt incurred?    **10/1/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 3 Sandpiper Court Holding LLC**

---

| 4.3 83 | **Marc Engel** | Last 4 digits of account number _____ | **$52,800.00** |

Nonpriority Creditor's Name
**37 Innes Road**
**Tenafly, NJ 07670**

When was the debt incurred?    **3/16/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.3 84 | **Marc Strange** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**48 Haywood Street**
**Staten Island, NY 10307**

When was the debt incurred?    **8/11/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Michael P. D'Alessio**                    Case number (if know)    **18-22552**

---

| 4.3 85 | **Maria Pedersen** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**12 Byram Meadows**
**Chappaqua, NY 10514**
Number Street City State Zip Code

When was the debt incurred?    **5/8/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another ■

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 86 | **Marianne Tesler** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**17 West 67th Street Apt 9F**
**New York, NY 10023**
Number Street City State Zip Code

When was the debt incurred?    **9/12/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.3 87 | **Marianne Tesler** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**17 West 67th Street Apt 9F**
**New York, NY 10023**
Number Street City State Zip Code

When was the debt incurred?    **3/14/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

Debtor 1    **Michael P. D'Alessio**                                          Case number *(if know)*    **18-22552**

---

| 4.3 88 | **Marilyn Shendell** | | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name
**7 Sunrise Drive**
**Armonk, NY 10504**
Number Street City State Zip Code

When was the debt incurred?    **11/11/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 145-147 East 62nd Street Holding LLC**

---

| 4.3 89 | **Marilyn Shendell** | | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name
**7 Sunrise Drive**
**Armonk, NY 10504**
Number Street City State Zip Code

When was the debt incurred?    **6/27/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.3 90 | **Marilyn Shendell** | | Last 4 digits of account number | | **$67,000.00** |

Nonpriority Creditor's Name
**7 Sunrise Drive**
**Armonk, NY 10504**
Number Street City State Zip Code

When was the debt incurred?    **10/24/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.3 91 | **Marilyn Shendell** | Last 4 digits of account number _____ | **$52,800.00** |

Nonpriority Creditor's Name
**7 Sunrise Drive**
**Armonk, NY 10504**
Number Street City State Zip Code

When was the debt incurred?    **2/23/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.3 92 | **Marilyn Yukelson** | Last 4 digits of account number _____ | **$93,000.00** |

Nonpriority Creditor's Name
**12 Angler Lane**
**Port Washington, NY 11050**
Number Street City State Zip Code

When was the debt incurred?    **5/2/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.3 93 | **Marina District Dev. Co. BHCS** | Last 4 digits of account number _____ | **$590,000.00** |

Nonpriority Creditor's Name
**Casino Depository Acct (Borgata Casino)**
**One Borgata Way**
**Atlantic City, NJ 08401**
Number Street City State Zip Code

**Michael D'Alessio**

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Line of credit**

---

Debtor 1    **Michael P. D'Alessio**

Case number (if know)    **18-22552**

---

**4.3 94**

**Mark Engel**
Nonpriority Creditor's Name
**1 Forest Drive**
**Sands Point, NY 11050**
Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$50,000.00**

When was the debt incurred?    **11/28/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

**4.3 95**

**Mark Engel**
Nonpriority Creditor's Name
**1 Forest Drive**
**Sands Point, NY 11050**
Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$50,000.00**

When was the debt incurred?    **6/22/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

**4.3 96**

**Mark Engel**
Nonpriority Creditor's Name
**1 Forest Drive**
**Sands Point, NY 11050**
Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$50,000.00**

When was the debt incurred?    **7/12/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                                  Case number (if know)    **18-22552**

---

**4.3 97**

| | |
|---|---|
| **Mark Engel** | |
| Nonpriority Creditor's Name | |
| **1 Forest Drive** | |
| **Sands Point, NY 11050** | |
| Number Street City State Zip Code | |

**Last 4 digits of account number** _____                          **$279,000.00**

**When was the debt incurred?**  **4/30/2015**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Guaranty - 184 East 64th Street Holding LLC**

---

**4.3 98**

| | |
|---|---|
| **Mark Engel** | |
| Nonpriority Creditor's Name | |
| **1 Forest Drive** | |
| **Sands Point, NY 11050** | |
| Number Street City State Zip Code | |

**Last 4 digits of account number** _____                          **$268,000.00**

**When was the debt incurred?**  **10/30/2014**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Guaranty - 227 E 67th Street Holding LLC**

---

**4.3 99**

| | |
|---|---|
| **Mark Engel** | |
| Nonpriority Creditor's Name | |
| **1 Forest Drive** | |
| **Sands Point, NY 11050** | |
| Number Street City State Zip Code | |

**Last 4 digits of account number** _____                          **$105,600.00**

**When was the debt incurred?**  **2/27/2015**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

| 4.4 00 | | | |
|---|---|---|---|

**Mary Middelton**
Nonpriority Creditor's Name
**3930 Grand Ave #308**
**Des Moines, IA 50312**
Number Street City State Zip Code

**Last 4 digits of account number** _____    **$50,000.00**

**When was the debt incurred?**   **12/16/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 01 | | | |
|---|---|---|---|

**Masters Exterminating & Pest Control Inc**
Nonpriority Creditor's Name
**10 Mineola Avenue**
**Roslyn Hghts, NY 11577**
Number Street City State Zip Code

**Last 4 digits of account number** _____    **$272.18**

**When was the debt incurred?**   **1/29/2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Associates LLC**

---

| 4.4 02 | | | |
|---|---|---|---|

**Matthew Engel**
Nonpriority Creditor's Name
**19 Soundview Lane**
**Sands Point, NY 11050**
Number Street City State Zip Code

**Last 4 digits of account number** _____    **$50,000.00**

**When was the debt incurred?**   **11/28/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 43 Middle Pond Road Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 03 | **Matthew Engel** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**19 Soundview Lane**
**Sands Point, NY 11050**
Number Street City State Zip Code

When was the debt incurred?   **6/22/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 3 Sandpiper Court Holding LLC**

---

| 4.4 04 | **Matthew Engel** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**19 Soundview Lane**
**Sands Point, NY 11050**
Number Street City State Zip Code

When was the debt incurred?   **7/12/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 05 | **Matthew Engel** | Last 4 digits of account number _____ | **$93,000.00** |

Nonpriority Creditor's Name
**19 Soundview Lane**
**Sands Point, NY 11050**
Number Street City State Zip Code

When was the debt incurred?   **5/8/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 06 | | |
|---|---|---|

**Matthew Engel**                                    Last 4 digits of account number _____    $134,000.00

Nonpriority Creditor's Name
**19 Soundview Lane**
**Sands Point, NY 11050**                            When was the debt incurred?    **10/31/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ☐ Disputed

■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**         ☐ Student loans
**debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 07 | | |
|---|---|---|

**Matthew Engel**                                    Last 4 digits of account number _____    $105,600.00

Nonpriority Creditor's Name
**19 Soundview Lane**
**Sands Point, NY 11050**                            When was the debt incurred?    **2/27/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ☐ Disputed

■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**         ☐ Student loans
**debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.4 08 | | |
|---|---|---|

**Matthew Levy**                                     Last 4 digits of account number _____    $33,500.00

Nonpriority Creditor's Name
**145 4th Avenue**
**Apt 5C New York, NY 10003**                        When was the debt incurred?    **10/30/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                     ☐ Contingent

☐ Debtor 2 only                                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ☐ Disputed

■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**         ☐ Student loans
**debt**
                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 09 | **Mautner-Glick Corp Profit Sharing Plan** | Last 4 digits of account number | | $279,000.00 |

Nonpriority Creditor's Name
**c/o David Parks**
**1345 Third Avenue**
**New York, NY 10021**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    5/6/2015

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.4 10 | **Mautner-Glick Corp Profit Sharing Plan** | Last 4 digits of account number | | $469,000.00 |

Nonpriority Creditor's Name
**c/o David Parks**
**1345 Third Avenue**
**New York, NY 10021**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    10/28/2014

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 11 | **Maxim Capital Group** | Last 4 digits of account number | 113 | $300,000.00 |

Nonpriority Creditor's Name
**660 Madison Avenue Suite 1700**
**New York, NY 10065**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 43 Middle Pond Road Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

| 4.4 12 | **Meir Milgraum** | Last 4 digits of account number | $105,600.00 |

Nonpriority Creditor's Name
**808 Columbus Ave Apt 9L**
**New York, NY 10025**

**When was the debt incurred?**    **3/19/2015**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only                            ☐ Contingent

☐ Debtor 1 and Debtor 2 only               ☐ Unliquidated

                                            ☐ Disputed

■ At least one of the debtors and another

                                            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans

**debt**

**Is the claim subject to offset?**         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.4 13 | **Melvin & Karen Adler** | Last 4 digits of account number | $50,000.00 |

Nonpriority Creditor's Name
**One Christie Place Apt 302W**
**Scarsdale, NY 10583**

**When was the debt incurred?**    **11/15/2016**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only                            ☐ Contingent

☐ Debtor 1 and Debtor 2 only               ☐ Unliquidated

                                            ☐ Disputed

■ At least one of the debtors and another

                                            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans

**debt**

**Is the claim subject to offset?**         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ☐ Other. Specify    **Guaranty - 145-147 East 62nd Street Holding LLC**

---

| 4.4 14 | **Mercedes Benz Financial Svc** | Last 4 digits of account number | $32,042.52 |

Nonpriority Creditor's Name
**PO Box 5209**
**Carol Stream, IL 60197**

**When was the debt incurred?**    **3/27/2017**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only                            ☐ Contingent

☐ Debtor 1 and Debtor 2 only               ☐ Unliquidated

                                            ☐ Disputed

■ At least one of the debtors and another

                                            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans

**debt**

**Is the claim subject to offset?**         ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                       ■ Other. Specify    **Auto Lease - Michael Paul Enterprises, LLC**

---

Debtor 1    **Michael P. D'Alessio**                              Case number (if know)    **18-22552**

---

| 4.4 15 | **Mercedes Benz Financial Svc** | Last 4 digits of account number | | $16,772.00 |

Nonpriority Creditor's Name
**PO Box 5209**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**When was the debt incurred?**    **7/31/2017**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Auto Lease - Michael Paul Enterprises, LLC**

---

| 4.4 16 | **Michael & Virginia Salvemini** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**51 Stoney Drive**
**Palm Beach Gardens, FL 33410**
Number Street City State Zip Code

**When was the debt incurred?**    **12/19/2016**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 17 | **Michael Burden** | Last 4 digits of account number | | $150,000.00 |

Nonpriority Creditor's Name
**45 Stonewall Circle**
**W. Harrison, NY 10604**
Number Street City State Zip Code

**When was the debt incurred?**    **7/31/2015**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                Case number (if know)   **18-22552**

---

| 4.4 18 | **Michael Burden** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**45 Stonewall Circle**
**W. Harrison, NY 10604**

When was the debt incurred?   **3/16/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**       ☐ Student loans
**debt**

**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

| 4.4 19 | **Michael Callari** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name
**138 Old Lyme Road**
**Purchase, NY 10577**

When was the debt incurred?   **12/1/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**

**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify   **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.4 20 | **Michael Callari** | Last 4 digits of account number _____ | **$105,600.00** |

Nonpriority Creditor's Name
**138 Old Lyme Road**
**Purchase, NY 10577**

When was the debt incurred?   **3/12/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**       ☐ Student loans
**debt**

**Is the claim subject to offset?**               ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                  report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 21 | **Michael Cirenza** | | Last 4 digits of account number | | **$100,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**20 East Drive**
**Garden City, NY 11530**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **8/23/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.4 22 | **Michael Eigner** | | Last 4 digits of account number | | **$50,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**3674 Toulouse Drive**
**Palm Beach Gardens, FL 33410**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **7/15/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 23 | **Michael Finamore** | | Last 4 digits of account number | | **$500,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**8 Engineers Road**
**Roslyn Harbor, NY 11576**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **4/30/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Bluestone Capital Partners LLC**

---

Debtor 1   **Michael P. D'Alessio**                           Case number (if know)   **18-22552**

---

**4.4 24**

**Michael Kesselman**
Nonpriority Creditor's Name
**317 Chestnut Street**
**W. Hempstead, NY 11552**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____          **$100,000.00**

When was the debt incurred?   **8/11/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

**4.4 25**

**Michael Kesselman**
Nonpriority Creditor's Name
**317 Chestnut Street**
**W. Hempstead, NY 11552**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____          **$93,000.00**

When was the debt incurred?   **5/5/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

**4.4 26**

**Michael Kesselman**
Nonpriority Creditor's Name
**317 Chestnut Street**
**W. Hempstead, NY 11552**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____          **$52,800.00**

When was the debt incurred?   **3/18/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)      **18-22552**

---

| | | |
|---|---|---|
| 4.4<br>27 | **Michael Klarman** | Last 4 digits of account number _____ | **$33,500.00** |

**Michael Klarman**
Nonpriority Creditor's Name
**16 Woodvalley Lane**
**Port Washington, NY 11050**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$33,500.00**

When was the debt incurred?    **10/28/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4<br>28 | **Michael Rothschild** | |

**Michael Rothschild**
Nonpriority Creditor's Name
**c/o AJ Clarke Real Estate  1881 Broadway**
**New York, NY 10023**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$93,000.00**

When was the debt incurred?    **5/7/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.4<br>29 | **Michael Shenker** | |

**Michael Shenker**
Nonpriority Creditor's Name
**113 Harrison Road**
**Wayne, NJ 07470**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$50,000.00**

When was the debt incurred?    **8/4/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                                     Case number (if know)    **18-22552**

---

| 4.4 30 | |
|---|---|

**Michael Strauss**                                     Last 4 digits of account number _____    **$67,000.00**

Nonpriority Creditor's Name
**205 Third Ave #14B**
**New York, NY 10003**                              When was the debt incurred?    **10/31/2014**

Number Street City State Zip Code
**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
                                                     **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another
                                                     ☐ Student loans
☐ **Check if this claim is for a community**
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 31 | |
|---|---|

**Michael Wurf**                                       Last 4 digits of account number _____    **$33,500.00**

Nonpriority Creditor's Name
**661 Ellen Place**
**Oradell, NJ 07649**                                When was the debt incurred?    **10/30/2014**

Number Street City State Zip Code
**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
                                                     **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another
                                                     ☐ Student loans
☐ **Check if this claim is for a community**
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 32 | |
|---|---|

**Michael Wurf**                                       Last 4 digits of account number _____    **$52,800.00**

Nonpriority Creditor's Name
**661 Ellen Place**
**Oradell, NJ 07649**                                When was the debt incurred?    **3/26/2015**

Number Street City State Zip Code
**Who incurred the debt?** Check one.                 **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only                                      ☐ Contingent
☐ Debtor 2 only                                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
                                                     **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another
                                                     ☐ Student loans
☐ **Check if this claim is for a community**
**debt**                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                              Case number (if know)   **18-22552**

---

| 4.4 33 | **Michele DeFranco** | | Last 4 digits of account number | _____ | **$50,000.00** |

Nonpriority Creditor's Name
**27 Valley Terrace**
**Rye Brook, NY 10573**

When was the debt incurred?   **8/11/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 34 | **Monica Spier as Trustee of the Monica** | | Last 4 digits of account number | _____ | **$50,000.00** |

Nonpriority Creditor's Name
**Spier Revocable Trust U/A 7-29-2014**
**120 Bennett Ave**
**Apt 4L New York, NY 10033**

When was the debt incurred?   **8/15/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 35 | **Monica Spier as Trustee of the Monica** | | Last 4 digits of account number | _____ | **$67,000.00** |

Nonpriority Creditor's Name
**Spier Revocable Trust U/A 7-29-2014**
**120 Bennett Ave**
**Apt 4L New York, NY 10033**

When was the debt incurred?   **10/31/2014**

Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.4 36 | **Mr. John Inc** | Last 4 digits of account number | **8536** | $643.74 |

Nonpriority Creditor's Name
**P.O. Box 130**
**Keansbey, NJ 08832**
Number Street City State Zip Code

When was the debt incurred?   **1/3/2018**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade debt**

---

| 4.4 37 | **Nadia Nedelcheva** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**835 Woodbine Ave**
**Mamaroneck, NY 10543**
Number Street City State Zip Code

When was the debt incurred?   **2/24/2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 38 | **Nathan & Pearl Halegua** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**c/o Jonis Realty  6 Grace Ave**
**4th Floor Great Neck, NY 11021**
Number Street City State Zip Code

When was the debt incurred?   **6/22/2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (*if know*)   **18-22552**

---

| 4.4 39 | **Nathan & Pearl Halegua** | | Last 4 digits of account number | | | $93,000.00 |

Nonpriority Creditor's Name

**c/o Jonis Realty  6 Grace Ave**
**4th Floor Great Neck, NY 11021**

When was the debt incurred?   **5/4/2015**

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.4 40 | **Neil Greenberg** | | Last 4 digits of account number | | | $50,000.00 |

Nonpriority Creditor's Name

**7 Meadow Wood Court**
**Huntington, NY 11743**

When was the debt incurred?   **11/18/2016**

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 145-147 East 62nd Street Holding LLC**

---

| 4.4 41 | **Neil Levy** | | Last 4 digits of account number | | | $50,000.00 |

Nonpriority Creditor's Name

**36 Woodmont Road**
**Melville, NY 11747**

When was the debt incurred?   **8/12/2015**

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.4 42 | | | |
|---|---|---|---|

**Neil Levy**                                               Last 4 digits of account number _____                    **$67,000.00**

Nonpriority Creditor's Name
**36 Woodmont Road**                                        When was the debt incurred?    **10/30/2014**
**Melville, NY 11747**
Number Street City State Zip Code                           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                            ☐ Contingent

☐ Debtor 2 only                                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                               ☐ Disputed

■ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a  community**                ☐ Student loans
**debt**
                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 43 | | | |
|---|---|---|---|

**Neil Ptashnik**                                          Last 4 digits of account number _____                   **$100,000.00**

Nonpriority Creditor's Name
**40 Forest Lake Drive**                                    When was the debt incurred?    **5/3/2017**
**West Harrison, NY 10604**
Number Street City State Zip Code                           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                            ☐ Contingent

☐ Debtor 2 only                                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                               ☐ Disputed

■ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**              ☐ Student loans
**debt**
                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.4 44 | | | |
|---|---|---|---|

**Neil Ptashnik**                                          Last 4 digits of account number _____                   **$150,000.00**

Nonpriority Creditor's Name
**40 Forest Lake Drive**                                    When was the debt incurred?    **7/29/2015**
**West Harrison, NY 10604**
Number Street City State Zip Code                           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                            ☐ Contingent

☐ Debtor 2 only                                            ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                               ☐ Disputed

■ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**              ☐ Student loans
**debt**
                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                           **Guaranty - 163-165 East 62nd Street**
☐ Yes                                  ■ Other. Specify    **Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.4 45 | **Neil Ptashnik** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**40 Forest Lake Drive**
**West Harrison, NY 10604**

When was the debt incurred?   **7/5/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - Bluestone 163-165 LLC**

---

| 4.4 46 | **Neil Ptashnik** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**40 Forest Lake Drive**
**West Harrison, NY 10604**

When was the debt incurred?   **3/9/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

| 4.4 47 | **Nellie Giblaint** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**10045 Waterford Way**
**Mobile, AL 36695**

When was the debt incurred?   **3/23/2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                          Case number (if know)    **18-22552**

---

**4.4 48**

**New Plumbing & Heating Corp**
Nonpriority Creditor's Name
**1536 Stillwell Avenue**
**Bronx, NY 10461**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $40,525.00

When was the debt incurred?    **12/16/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

**4.4 49**

**New Plumbing & Heating Corp**
Nonpriority Creditor's Name
**1536 Stillwell Avenue**
**Bronx, NY 10461**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $61,250.00

When was the debt incurred?    **12/16/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

**4.4 50**

**New Plumbing & Heating Corp**
Nonpriority Creditor's Name
**1536 Stillwell Avenue**
**Bronx, NY 10461**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    $22,500.00

When was the debt incurred?    **8/9/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1    **Michael P. D'Alessio**

Case number (if know)    **18-22552**

---

| 4.4 51 | **NFR/SO** | Last 4 digits of account number _____ | $4,750.00 |

Nonpriority Creditor's Name
**1560 Willow Drive East**
**Marion, NY 11939**
Number Street City State Zip Code

When was the debt incurred?    **11/22/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - 41-45 MPR**

---

| 4.4 52 | **Nicholas Guerriero** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**7 Baltusrol Drive**
**Purchase, NY 10577**
Number Street City State Zip Code

When was the debt incurred?    **1/19/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.4 53 | **Nicholas Guerriero** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**7 Baltusrol Drive**
**Purchase, NY 10577**
Number Street City State Zip Code

When was the debt incurred?    **10/1/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.4 54 | **P&R Family LLC** | Last 4 digits of account number | _____ | **$50,000.00** |

Nonpriority Creditor's Name

**P.O. Box 549**
**Attn: Rochelle Kesselman**
**West Hempstead, NY 11552**

When was the debt incurred?    **8/11/2015**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 55 | **P&R Family LLC** | Last 4 digits of account number | _____ | **$52,800.00** |

Nonpriority Creditor's Name

**P.O. Box 549**
**Attn: Rochelle Kesselman**
**West Hempstead, NY 11552**

When was the debt incurred?    **3/5/2015**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.4 56 | **P.S. Electrical Contracting Corp** | Last 4 digits of account number | _____ | **$13,630.00** |

Nonpriority Creditor's Name

**628 Waverly Avenue**
**Mamaroneck, NY 10543**

When was the debt incurred?    **11/22/2017**

Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 57 | | | |
|---|---|---|---|

**Paul Bunt**                                          Last 4 digits of account number _____                    **$50,000.00**
Nonpriority Creditor's Name
**21150 NE 38th Ave**                                  When was the debt incurred?    **12/11/2015**
**Apt #2901 Aventura, FL 33180**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community              ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                       **Guaranty - 163-165 East 62nd Street**
☐ Yes                                                  ■ Other. Specify  **Holding LLC**

---

| 4.4 58 | | | |
|---|---|---|---|

**PCJ Investments LLC**                                Last 4 digits of account number _____                   **$100,000.00**
Nonpriority Creditor's Name
**Attn: Greg Blatt**                                   When was the debt incurred?    **5/1/2015**
**26 Flower House Drive**
**Fairfield, CT 06824**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community              ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                       **Guaranty - 163-165 East 62nd Street**
☐ Yes                                                  ■ Other. Specify  **Holding LLC**

---

| 4.4 59 | | | |
|---|---|---|---|

**PCJ Investments LLC**                                Last 4 digits of account number _____                    **$52,800.00**
Nonpriority Creditor's Name
**Attn: Greg Blatt**                                   When was the debt incurred?    **3/18/2015**
**26 Flower House Drive**
**Fairfield, CT 06824**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                        ☐ Contingent

☐ Debtor 2 only                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                           ☐ Disputed

■ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:

**☐ Check if this claim is for a community              ☐ Student loans
debt**                                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                  ■ Other. Specify  **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                   Case number (if know)   **18-22552**

---

| 4.4 60 | | |
|---|---|---|

**Pearl Halegua Family Trust**

Last 4 digits of account number _____          **$52,800.00**

Nonpriority Creditor's Name

   **FBO Aaron Halegua**          When was the debt incurred?   **3/3/2015**
**c/o Jonis Realty**
**6 Grace Ave, 4th Floor**
**Great Neck, NY 11021**

Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**          ☐ Student loans
**debt**
          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.4 61 | | |
|---|---|---|

**Pearl Halegua Family Trust**

Last 4 digits of account number _____          **$52,800.00**

Nonpriority Creditor's Name

   **FBO Joshua Halegua**          When was the debt incurred?   **3/3/2015**
**c/o Jonis Realty**
**6 Grace Ave, 4th Floor**
**Great Neck, NY 11021**

Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**          ☐ Student loans
**debt**
          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.4 62 | | |
|---|---|---|

**Pensco Trust Company FBO
Howard Rosen**

Last 4 digits of account number _____          **$50,000.00**

Nonpriority Creditor's Name

**P.O. Box 173859**          When was the debt incurred?   **8/11/2015**
**Denver, CO 80217**

Number Street City State Zip Code          **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**          ☐ Student loans
**debt**
          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **Guaranty - 163-165 East 62nd Street
Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 63 | **Pensco Trust Company FBO Howard Rosen** | | **$93,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 173859**
**Denver, CO 80217**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **5/11/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.4 64 | **Pensco Trust Company FBO James Wacht** | | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**C/O James Wacht**
**600 Madison Ave**
**New York, NY 10022**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **8/6/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 65 | **Peter Dreyfuss** | | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**440 East 79th Street**
**Apt 12B New York, NY 10075**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **8/7/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 66 | **Peter Dreyfuss** | Last 4 digits of account number _____ | $52,800.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**440 East 79th Street**
**Apt 12B New York, NY 10075**
Number Street City State Zip Code

When was the debt incurred?    **3/3/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.4 67 | **Peter Rosenthal** | Last 4 digits of account number _____ | $50,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**23 Percheron Lane**
**Roslyn Heights, NY 11577**
Number Street City State Zip Code

When was the debt incurred?    **10/5/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 68 | **Peter Rosenthal** | Last 4 digits of account number _____ | $52,800.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**23 Percheron Lane**
**Roslyn Heights, NY 11577**
Number Street City State Zip Code

When was the debt incurred?    **3/9/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**

Case number (if know)  **18-22552**

---

| 4.4 69 | **Peter Rosenthal** | | Last 4 digits of account number | | | $50,000.00 |

Nonpriority Creditor's Name
**23 Percheron Lane**
**Roslyn Heights, NY 11577**

**When was the debt incurred?**  **9/2/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Guaranty - Bluestone Capital Partners LLC**

---

| 4.4 70 | **Phil Healy** | | Last 4 digits of account number | | | $250,000.00 |

Nonpriority Creditor's Name
**12 Knoll Crest Drive**
**Bedford, NH 03110**

**When was the debt incurred?**  **6/26/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Guaranty - Bluestone 163-165 LLC**

---

| 4.4 71 | **Philip Fiederlein** | | Last 4 digits of account number | | | $100,000.00 |

Nonpriority Creditor's Name
**4 North Lane**
**Mahopac, NY 10541**

**When was the debt incurred?**  **7/31/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**    Case number (if know)    **18-22552**

---

| 4.4 72 | **Philip Fiederlein** | Last 4 digits of account number _____ | $93,000.00 |

Nonpriority Creditor's Name
**4 North Lane**
**Mahopac, NY 10541**
Number Street City State Zip Code

**When was the debt incurred?**    **5/6/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.4 73 | **Philip Fiederlein** | Last 4 digits of account number _____ | $134,000.00 |

Nonpriority Creditor's Name
**4 North Lane**
**Mahopac, NY 10541**
Number Street City State Zip Code

**When was the debt incurred?**    **11/4/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 74 | **Philip Fiederlein** | Last 4 digits of account number _____ | $105,600.00 |

Nonpriority Creditor's Name
**4 North Lane**
**Mahopac, NY 10541**
Number Street City State Zip Code

**When was the debt incurred?**    **2/26/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                          Case number (if know)   **18-22552**

---

| 4.4 75 | **Philip Goldstein Living Trust 11/30/10** | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Philip Goldstein as Trustee**
**3975 Sedgewick Ave Apt #4H**
**Bronx, NY 10563**

When was the debt incurred?   **4/10/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| 4.4 76 | **Philip Goldstein Living Trust 11/30/10** | Last 4 digits of account number | | $50,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Philip Goldstein as Trustee**
**3975 Sedgewick Ave Apt #4H**
**Bronx, NY 10563**

When was the debt incurred?   **7/29/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 77 | **Philip Goldstein Living Trust 11/30/10** | Last 4 digits of account number | | $33,500.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Philip Goldstein as Trustee**
**3975 Sedgewick Ave Apt #4H**
**Bronx, NY 10563**

When was the debt incurred?   **10/21/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**      Case number (if know)    **18-22552**

---

| 4.4 78 | **Philip Iervolino** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name
**391 Titus Way**
**East Williston, NY 11596**
Number Street City State Zip Code

**When was the debt incurred?**   **4/26/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| 4.4 79 | **Philip Malakoff** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name
**23 Old Field Lane**
**Great Neck, NY 11020**
Number Street City State Zip Code

**When was the debt incurred?**   **2/16/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 80 | **Philip Malakoff** | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name
**23 Old Field Lane**
**Great Neck, NY 11020**
Number Street City State Zip Code

**When was the debt incurred?**   **9/14/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.4 81 | **Philippe Tesler** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**215 West Huron Street**
**Chicago, IL 60654**

When was the debt incurred?    **3/27/2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.4 82 | **Phyllis C. Cohen Irrevocable Trust,** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**David S. Cohen Trustee**
**c/o David Cohen**
**48 Chester Ct.**
**Cortlandt Manor, NY 10567**

When was the debt incurred?    **7/31/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.4 83 | **Pilot Real Estate Group** | Last 4 digits of account number | **N/A** | $1,400,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**10 Glenville St. Floor 1**
**Greenwich, CT 06831**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 3 Sandpiper Court LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.4 84 | **Planet Waste Services Inc** | Last 4 digits of account number | | $3,965.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**59-12 57th Street**
**Maspeth, NY 11378**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                          ☐ Contingent

☐ Debtor 1 and Debtor 2 only             ☐ Unliquidated

■ At least one of the debtors and another ☐ Disputed

**Check if this claim is for a community**   **Type of NONPRIORITY unsecured claim:**
**debt**                                     ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.4 85 | **Ponce DeLeon Bank** | Last 4 digits of account number | **0577** | $484,139.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2244 Westchester Avenue**
**Bronx, NY 10462**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                          ☐ Contingent

☐ Debtor 1 and Debtor 2 only             ☐ Unliquidated

■ At least one of the debtors and another ☐ Disputed

☐ **Check if this claim is for a community**  **Type of NONPRIORITY unsecured claim:**
**debt**                                     ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify   **Line of credit -Michael Paul Enterprises LLC**

---

| 4.4 86 | **Preferred Bank** | Last 4 digits of account number | **5379** | $19,855,536.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**41-60 Main Street**
**Flushing, NY 11355**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                          ☐ Contingent

☐ Debtor 1 and Debtor 2 only             ☐ Unliquidated

■ At least one of the debtors and another ☐ Disputed

☐ **Check if this claim is for a community**  **Type of NONPRIORITY unsecured claim:**
**debt**                                     ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify   **Guaranty - 227 East 67th Street Associates LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

| 4.4 87 | **Preferred Bank** | Last 4 digits of account number | **1082** | **$21,882,702.00** |

Nonpriority Creditor's Name
**41-60 Main Street**
**Flushing, NY 11355**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 184 East 64th Street Associates LLC**

---

| 4.4 88 | **Preferred Bank** | Last 4 digits of account number | **0920** | **$2,999,000.00** |

Nonpriority Creditor's Name
**41-60 Main Street**
**Flushing, NY 11355**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Line of credit - 39 Middle Pond Road Associates LLC**

---

| 4.4 89 | **Preferred Bank** | Last 4 digits of account number | **0922** | **$4,233,754.81** |

Nonpriority Creditor's Name
**41-60 Main Street**
**Flushing, NY 11355**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - Bruckner**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.4 90 | **Preferred Bank** | Last 4 digits of account number | **0918** | $2,600,000.00 |

Nonpriority Creditor's Name
**41-60 Main Street**
**Flushing, NY 11355**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only              ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                        ■ Other. Specify    **Line of credit - Katsura Consulting**

---

| 4.4 91 | **Pro Glass Solutions Corp** | Last 4 digits of account number | | $21,819.87 |

Nonpriority Creditor's Name
**53-16  39th Avenue**
**Woodside, NY 11377**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only              ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                        ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.4 92 | **R. W. Behan Contracting Inc** | Last 4 digits of account number | | $14,000.00 |

Nonpriority Creditor's Name
**35 Smith Street**
**Blue Point, NY 11715**
Number Street City State Zip Code

When was the debt incurred?    **3/9/2018**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only              ☐ Contingent

☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                        ■ Other. Specify    **Trade debt - 41 Middle Pond Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| | | | |
|---|---|---|---|
| 4.4 93 | **R. W. Behan Contracting Inc** | Last 4 digits of account number _____ | **$14,000.00** |

Nonpriority Creditor's Name
**35 Smith Street**
**Blue Point, NY 11715**

When was the debt incurred?    **3/9/2018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                                ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify    **Trade debt - 45 Middle Pond Associates LLC**

---

| | | | |
|---|---|---|---|
| 4.4 94 | **Ram Gupta** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**

When was the debt incurred?    **6/29/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                                ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

| | | | |
|---|---|---|---|
| 4.4 95 | **Ram Gupta** | Last 4 digits of account number _____ | **$250,000.00** |

Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**

When was the debt incurred?    **7/31/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                              ☐ Contingent

☐ Debtor 1 and Debtor 2 only                                ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**                          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.4 96 | | | |
|---|---|---|---|

**Ram Gupta**
Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$186,000.00**

**When was the debt incurred?**   **5/5/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.4 97 | | | |
|---|---|---|---|

**Ram Gupta**
Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$134,000.00**

**When was the debt incurred?**   **10/30/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.4 98 | | | |
|---|---|---|---|

**Ram Gupta**
Nonpriority Creditor's Name
**2123 Williamsbridge Road**
**Bronx, NY 10461**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____          **$105,600.00**

**When was the debt incurred?**   **3/3/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.4 99 | **Rebecca Levy** | Last 4 digits of account number _____ | **$33,500.00** |

Nonpriority Creditor's Name
**2 Columbus Ave  Apt 39B**
**New York, NY 10023**

When was the debt incurred?   **10/30/2014**

Number Street City State Zlp Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.5 00 | **Regional Testing Corp** | Last 4 digits of account number _____ | **$1,290.00** |

Nonpriority Creditor's Name
**1150 Close Avenue**
**Bronx, NY 10472**

When was the debt incurred?   **11/30/2017**

Number Street City State Zlp Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade debt - 163-165 East 62nd Street Associates LLC**

---

| 4.5 01 | **Rejis Realty LLC** | Last 4 digits of account number _____ | **$750,000.00** |

Nonpriority Creditor's Name
**c/o Mautner Glick Corp**
**Attn: David Parks**
**1345 Third Ave**
**New York, NY 10075**

When was the debt incurred?   **8/12/2015**

Number Street City State Zlp Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.5 02 | **Rella Fogliano** | Last 4 digits of account number | | **$1,000,000.00** |

Nonpriority Creditor's Name

**438 Fifth Avenue**
**Pelham, NY 10803**

When was the debt incurred?    **7/14/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 03 | **Richard Giliotti** | Last 4 digits of account number | | **$200,000.00** |

Nonpriority Creditor's Name

**7 Magnolia Drive**
**Purchase, NY 10577**

When was the debt incurred?    **1/21/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 04 | **Richard Giliotti** | Last 4 digits of account number | | **$211,200.00** |

Nonpriority Creditor's Name

**7 Magnolia Drive**
**Purchase, NY 10577**

When was the debt incurred?    **4/1/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

| 4.5 05 | **Rita Levy** | | Last 4 digits of account number | | $33,500.00 |

Nonpriority Creditor's Name

**25 Wren Drive**
**Roslyn, NY 11576**

Number Street City State Zip Code

When was the debt incurred?   **10/29/2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.5 06 | **RNG WEA LLC** | | Last 4 digits of account number | | $200,000.00 |

Nonpriority Creditor's Name

**Attn: Mitchell Newman**
**3 Oxford Court**
**Morganville, NJ 07751**

Number Street City State Zip Code

When was the debt incurred?   **8/5/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 07 | **Robert Blanda** | | Last 4 digits of account number | | $200,000.00 |

Nonpriority Creditor's Name

**24 Whistler Way**
**Marlboro, NJ 07746**

Number Street City State Zip Code

When was the debt incurred?   **8/18/2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**

Case number (if know)    **18-22552**

---

**4.5 08**

**Robert Blanda**
Nonpriority Creditor's Name
**24 Whistler Way**
**Marlboro, NJ 07746**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **$100,000.00**

When was the debt incurred?    **3/24/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

**4.5 09**

**Robert Cicero**
Nonpriority Creditor's Name
**1 Fox Ridge Drive**
**New Milford, CT 06776**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **$100,000.00**

When was the debt incurred?    **3/22/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

**4.5 10**

**Robert Cicero**
Nonpriority Creditor's Name
**1 Fox Ridge Drive**
**New Milford, CT 06776**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____    **$67,000.00**

When was the debt incurred?    **8/4/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 11 | **Robert Cicero** | Last 4 digits of account number _____ | **$100,000.00** |

Nonpriority Creditor's Name

**1 Fox Ridge Drive**
**New Milford, CT 06776**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **8/29/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.5 12 | **Robert Feldman** | Last 4 digits of account number _____ | **$300,000.00** |

Nonpriority Creditor's Name

**1249 Veeder Drive**
**Hewlett Bay Park, NY 11557**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **7/31/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 13 | **Robert Hochman** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name

**75 Maiden Lane**
**Suite 802 New York, NY 10038**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **12/1/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 14 | **Robert Palestra** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name

**7 Thornley Place**
**Holmdel, NJ 07733**

Number Street City State Zip Code

**When was the debt incurred?**    **9/8/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLLC**

---

| 4.5 15 | **Robert Palestra** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name

**7 Thornley Place**
**Holmdel, NJ 07733**

Number Street City State Zip Code

**When was the debt incurred?**    **3/29/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.5 16 | **Robert Rosen** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name

**1 Revere Lane Purchase**
**Purchase, NY 10577**

Number Street City State Zip Code

**When was the debt incurred?**    **11/11/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 145-147 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5<br>17 | **Robert Rosen** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**1 Revere Lane Purchase**
**Purchase, NY 10577**

When was the debt incurred?    **7/7/2016**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5<br>18 | **Robert Rosenthal** | Last 4 digits of account number _____ | $450,000.00 |

Nonpriority Creditor's Name
**1 Jericho Plaza Suite 201**
**Jericho, NY 11753**

When was the debt incurred?    **10/1/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5<br>19 | **Robert Rosenthal** | Last 4 digits of account number _____ | $186,000.00 |

Nonpriority Creditor's Name
**1 Jericho Plaza Suite 201**
**Jericho, NY 11753**

When was the debt incurred?    **5/4/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

Is the claim subject to offset?

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                          Case number (if know)   **18-22552**

---

| 4.5 20 | | |
|---|---|---|

**Robert Rosenthal**

Nonpriority Creditor's Name

**1 Jericho Plaza Suite 201**
**Jericho, NY 11753**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $158,400.00

When was the debt incurred?   **3/6/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.5 21 | | |
|---|---|---|

**Robert Rosenthal**

Nonpriority Creditor's Name

**1 Jericho Plaza Suite 201**
**Jericho, NY 11753**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $400,000.00

When was the debt incurred?   **8/25/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.5 22 | | |
|---|---|---|

**Robert Rosenthal**

Nonpriority Creditor's Name

**1 Jericho Plaza Suite 201**
**Jericho, NY 11753**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____          $150,000.00

When was the debt incurred?   **9/2/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - Bluestone Capital Partners LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 23 | **Rochelle Kesselman** | | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name
**317 Chestnut Street**
**W. Hempstead, NY 11552**

When was the debt incurred?   **8/11/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 24 | **Roger Colonna** | | Last 4 digits of account number | | **$200,000.00** |

Nonpriority Creditor's Name
**24 Basswood Drive**
**Denville, NJ 07834**

When was the debt incurred?   **1/12/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 25 | **Roger Schneier** | | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name
**8167 Valhalla Drive**
**Delray Beach, FL 33446**

When was the debt incurred?   **8/8/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**        Case number (if know)    **18-22552**

---

| 4.5 26 | **Roger Schneier** | Last 4 digits of account number | | **$93,000.00** |

Nonpriority Creditor's Name
**8167 Valhalla Drive**
**Delray Beach, FL 33446**

When was the debt incurred?    **5/7/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 27 | **Rogliano Construction** | Last 4 digits of account number | | **$6,000.00** |

Nonpriority Creditor's Name
**& Contracting Corp**
**67 Purdy Avenue**
**Port Chester, NY 10573**

When was the debt incurred?    **1/3/2018**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.5 28 | **Ronald & Irene D'Alessio** | Last 4 digits of account number | | **$400,000.00** |

Nonpriority Creditor's Name
**55 North Broadway**
**Apt 2-9**
**White Plains, NY 10601**

When was the debt incurred?    **11/4/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Bluestone 163-165 LLC**

---

Debtor 1  **Michael P. D'Alessio**                                                    Case number (if know)    **18-22552**

---

| 4.5<br>29 | **Ronald & Irene D'Alessio** | **Last 4 digits of account number** _____ | **$100,000.00** |

Nonpriority Creditor's Name
**55 North Broadway**
**Apt 2-9**
**White Plains, NY 10601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **4/30/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Bluestone Capital Partners LLC**

---

| 4.5<br>30 | **Ronald D'Alessio** | **Last 4 digits of account number** _____ | **$100,000.00** |

Nonpriority Creditor's Name
**4 Wendover Road**
**Eastchester, NY 10709**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **4/5/2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Promissory note - Michael D'Alessio**

---

| 4.5<br>31 | **Ronald Garfunkel** | **Last 4 digits of account number** _____ | **$150,000.00** |

Nonpriority Creditor's Name
**127 Church Hill Road**
**Washington, CT 06794**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **9/15/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 32 | **Ronald Garfunkel** | Last 4 digits of account number _____ | **$186,000.00** |

Nonpriority Creditor's Name
**127 Church Hill Road**
**Washington, CT 06794**
Number Street City State Zip Code

When was the debt incurred?    **5/8/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 33 | **Ronald Garfunkel** | Last 4 digits of account number _____ | **$105,600.00** |

Nonpriority Creditor's Name
**127 Church Hill Road**
**Washington, CT 06794**
Number Street City State Zip Code

When was the debt incurred?    **3/9/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.5 34 | **Ronald Marchand** | Last 4 digits of account number _____ | **$67,000.00** |

Nonpriority Creditor's Name
**160 Hicks Street**
**Westbury, NY 11590**
Number Street City State Zip Code

When was the debt incurred?    **10/29/2014**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

| | |
|---|---|
| 4.5 35 | **Rosenberg & Estis, P.C.** |

**Rosenberg & Estis, P.C.**
Nonpriority Creditor's Name
**733 Third Avenue**
**New York, NY 10017**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$89,465.39**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Legal fees - Michael Paul Enterprises, LLC**

---

| | |
|---|---|
| 4.5 36 | **Ross Epstein** |

**Ross Epstein**
Nonpriority Creditor's Name
**925 Monroe Lane**
**Hewlett Neck, NY 11598**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$50,000.00**

When was the debt incurred?    **8/11/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| | |
|---|---|
| 4.5 37 | **Ross Epstein** |

**Ross Epstein**
Nonpriority Creditor's Name
**925 Monroe Lane**
**Hewlett Neck, NY 11598**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$93,000.00**

When was the debt incurred?    **5/12/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.5 38 | **Ross Goldenberg** | | Last 4 digits of account number | _____ | **$50,000.00** |

Nonpriority Creditor's Name
**116 Storer Ave**
**New Rochelle, NY 10801**

When was the debt incurred?   **7/12/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 39 | **Ross Goldenberg** | | Last 4 digits of account number | _____ | **$33,500.00** |

Nonpriority Creditor's Name
**116 Storer Ave**
**New Rochelle, NY 10801**

When was the debt incurred?   **10/28/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.5 40 | **Ross Goldenberg** | | Last 4 digits of account number | _____ | **$52,800.00** |

Nonpriority Creditor's Name
**116 Storer Ave**
**New Rochelle, NY 10801**

When was the debt incurred?   **3/12/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

☐ Contingent
☐ Unliquidated
☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                      Case number (if know)   **18-22552**

---

| 4.5 41 | | | |
|---|---|---|---|

**Ross Weissman**                                          Last 4 digits of account number _____            **$250,000.00**

Nonpriority Creditor's Name

**4 Cypress Point Drive**                                  When was the debt incurred?   **3/28/2017**
**Purchase, NY 10577**

Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed

■ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community                   ☐ Student loans
debt**
                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| 4.5 42 | | | |
|---|---|---|---|

**Ross Weissman**                                          Last 4 digits of account number _____            **$200,000.00**

Nonpriority Creditor's Name

**4 Cypress Point Drive**                                  When was the debt incurred?   **8/11/2015**
**Purchase, NY 10577**

Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed

■ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community                 ☐ Student loans
debt**
                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify   **Guaranty - 163-165 East 62nd Street
                                                           Holding LLC**

---

| 4.5 43 | | | |
|---|---|---|---|

**Ross Weissman**                                          Last 4 digits of account number _____            **$100,000.00**

Nonpriority Creditor's Name

**4 Cypress Point Drive**                                  When was the debt incurred?   **3/10/2017**
**Purchase, NY 10577**

Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                              ☐ Disputed

■ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community                 ☐ Student loans
debt**
                                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                        report as priority claims

■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                      ■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

Debtor 1   **Michael P. D'Alessio**                                Case number (*if know*)   **18-22552**

---

| 4.5 44 | |
|---|---|

**Rufo A. Arias Corp**

Nonpriority Creditor's Name

**59 Hancock Street - #1**
**West Harrison, NY 10604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **$23,692.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.5 45 | |
|---|---|

**RVB Construction Inc**

Nonpriority Creditor's Name

**32 Pasadena Place**
**Mt Vernon, NY 10552**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **$152,525.00**

When was the debt incurred?   **12/20/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.5 46 | |
|---|---|

**RVB Construction Inc**

Nonpriority Creditor's Name

**32 Pasadena Place**
**Mt Vernon, NY 10552**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **$236,555.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1 **Michael P. D'Alessio**                                        Case number (if know) **18-22552**

---

| 4.5 47 | **S.R. Interiors, Inc** | Last 4 digits of account number _____ | **$11,620.00** |

Nonpriority Creditor's Name
**1051 Mile Square Road**
**Yonkers, NY 10704**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.5 48 | **S.T.V. Realty, LLC** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**Attn: Jeff Farkas**
**P.O. Box 750443**
**Forest Hills, NY 11375**
Number Street City State Zip Code

When was the debt incurred? **12/16/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.5 49 | **S.T.V. Realty, LLC** | Last 4 digits of account number _____ | **$186,000.00** |

Nonpriority Creditor's Name
**Attn: Jeff Farkas**
**P.O. Box 750443**
**Forest Hills, NY 11375**
Number Street City State Zip Code

When was the debt incurred? **5/12/2015**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Guaranty - 184 East 64th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.5 50 | | | |
|---|---|---|---|

**S.T.V. Realty, LLC**
Nonpriority Creditor's Name

**Attn: Jeff Farkas**
**P.O. Box 750443**
**Forest Hills, NY 11375**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          **$201,000.00**

**When was the debt incurred?**   **11/4/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.5 51 | | | |
|---|---|---|---|

**S.T.V. Realty, LLC**
Nonpriority Creditor's Name

**Attn: Jeff Farkas**
**P.O. Box 750443**
**Forest Hills, NY 11375**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          **$105,600.00**

**When was the debt incurred?**   **4/1/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.5 52 | | | |
|---|---|---|---|

**Salvatore Barone**
Nonpriority Creditor's Name

**69 Locust Avenue**
**Cortlandt Manor, NY 10567**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____          **$50,000.00**

**When was the debt incurred?**   **9/7/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1    **Michael P. D'Alessio** _____    Case number (if know)    **18-22552**

---

| 4.5 53 | | |
|---|---|---|

**Salvatore Como** _____    Last 4 digits of account number _____    **$100,000.00**

Nonpriority Creditor's Name
**144 Sandy Hollow Road**    When was the debt incurred?    **4/24/2017**
**Northport, NY 11768**
Number Street City State Zip Code
**Who incurred the debt?** Check one.    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only    ☐ Contingent
☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated
☐ Disputed
■ At least one of the debtors and another
    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**    ☐ Student loans
**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

| 4.5 54 | | |
|---|---|---|

**Salvatore Como** _____    Last 4 digits of account number _____    **$500,000.00**

Nonpriority Creditor's Name
**144 Sandy Hollow Road**    When was the debt incurred?    **12/20/2016**
**Northport, NY 11768**
Number Street City State Zip Code
**Who incurred the debt?** Check one.    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only    ☐ Contingent
☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated
☐ Disputed
■ At least one of the debtors and another
    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**    ☐ Student loans
**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify    **Guaranty - Bluestone 163-165 LLC**

---

| 4.5 55 | | |
|---|---|---|

**Salvatore Como** _____    Last 4 digits of account number _____    **$100,000.00**

Nonpriority Creditor's Name
**144 Sandy Hollow Road**    When was the debt incurred?    **2/20/2015**
**Northport, NY 11768**
Number Street City State Zip Code
**Who incurred the debt?** Check one.    As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only    ☐ Contingent
☐ Debtor 1 and Debtor 2 only    ☐ Unliquidated
☐ Disputed
■ At least one of the debtors and another
    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**    ☐ Student loans
**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ■ Other. Specify    **Guaranty - Bluestone 67 LLC**

---

Debtor 1   **Michael P. D'Alessio**                                           Case number (if know)   **18-22552**

---

| 4.5 56 | | |
|---|---|---|

**Salvatore Como**                                           Last 4 digits of account number _____          $100,000.00
Nonpriority Creditor's Name

**144 Sandy Hollow Road**                                   When was the debt incurred?   **8/31/2015**
**Northport, NY 11768**
Number Street City State Zip Code                            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
                                                            Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another
**☐ Check if this claim is for a community**               ☐ Student loans
**debt**                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify   **Guaranty - Bluestone Capital Partners LLC**

---

| 4.5 57 | | |
|---|---|---|

**Samantha West**                                          Last 4 digits of account number _____           $50,000.00
Nonpriority Creditor's Name

**33 Gateway Drive**                                        When was the debt incurred?   **4/6/2017**
**Great Neck, NY 11021**
Number Street City State Zip Code                            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
                                                            Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another
**☐ Check if this claim is for a community**               ☐ Student loans
**debt**                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                       ■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| 4.5 58 | | |
|---|---|---|

**Samantha West**                                          Last 4 digits of account number _____           $50,000.00
Nonpriority Creditor's Name

**33 Gateway Drive**                                        When was the debt incurred?   **1/30/2017**
**Great Neck, NY 11021**
Number Street City State Zip Code                            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
                                                            Type of NONPRIORITY unsecured claim:
■ At least one of the debtors and another
**☐ Check if this claim is for a community**               ☐ Student loans
**debt**                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                         report as priority claims

■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                            **Guaranty - 43 Middle Pond Road Holding**
☐ Yes                                                       ■ Other. Specify   **LLC**

---

Debtor 1   **Michael P. D'Alessio**      Case number (if know)    **18-22552**

---

| 4.5 59 | **Sanley Company** | Last 4 digits of account number | | | **$200,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Anchin Block & Anchin LLP**
**1375 Broadway 17th Floor**
**Attn: Gene Greenfest**
**New York, NY 10018**

When was the debt incurred?    **11/18/2016**

Number Street City State ZIp Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 145-147 East 62nd Street Holding LLC**

---

| 4.5 60 | **Sanley Company** | Last 4 digits of account number | | | **$250,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Anchin Block & Anchin LLP**
**1375 Broadway 17th Floor**
**Attn: Gene Greenfest**
**New York, NY 10018**

When was the debt incurred?    **4/12/2017**

Number Street City State ZIp Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| 4.5 61 | **Saulyco LLC** | Last 4 digits of account number | | | **$50,000.00** |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Issac Stern**
**220 Surrey Road**
**Hillside, NJ 07205**

When was the debt incurred?    **7/31/2015**

Number Street City State ZIp Code

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 62 | | | |
|---|---|---|---|

**Saulyco LLC**

Last 4 digits of account number _____    **$93,000.00**

Nonpriority Creditor's Name
**Attn: Issac Stern**
**220 Surrey Road**
**Hillside, NJ 07205**

When was the debt incurred?    **4/29/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

■ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 63 | | | |
|---|---|---|---|

**Scott & Ella Chick**

Last 4 digits of account number _____    **$93,000.00**

Nonpriority Creditor's Name
**206 Adams Street**
**Unit B Hoboken, NJ 07030**

When was the debt incurred?    **4/28/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 64 | | | |
|---|---|---|---|

**Scott DeCarolis**

Last 4 digits of account number _____    **$100,000.00**

Nonpriority Creditor's Name
**26 Oak Drive**
**Upper Saddle River, NJ 07458**

When was the debt incurred?    **1/19/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 65 | **Scott DeCarolis** | Last 4 digits of account number | | | $105,600.00 |

Nonpriority Creditor's Name

**26 Oak Drive**
**Upper Saddle River, NJ 07458**

Number Street City State Zip Code

When was the debt incurred?    **4/1/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.5 66 | **Scott Levine** | Last 4 digits of account number | | | $100,000.00 |

Nonpriority Creditor's Name

**2792 Judith Court**
**Bellmore, NY 11710**

Number Street City State Zip Code

When was the debt incurred?    **8/10/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.5 67 | **Scott Levine** | Last 4 digits of account number | | | $50,000.00 |

Nonpriority Creditor's Name

**2792 Judith Court**
**Bellmore, NY 11710**

Number Street City State Zip Code

When was the debt incurred?    **3/8/2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - Purchase Capital Partners LLC**

---

Debtor 1    **Michael P. D'Alessio**    Case number (if know)    **18-22552**

---

| 4.5 68 | | |
|---|---|---|

**Scott Silberman**
Nonpriority Creditor's Name
**25 Ely Road**
**Holmdel, NJ 07733**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$50,000.00**

When was the debt incurred?    **6/22/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

| 4.5 69 | | |
|---|---|---|

**Scott Silberman**
Nonpriority Creditor's Name
**25 Ely Road**
**Holmdel, NJ 07733**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$93,000.00**

When was the debt incurred?    **5/8/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 70 | | |
|---|---|---|

**Scott Silberman**
Nonpriority Creditor's Name
**25 Ely Road**
**Holmdel, NJ 07733**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$67,000.00**

When was the debt incurred?    **11/12/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)   **18-22552**

---

| 4.5 71 | | | |
|---|---|---|---|

**Sheldon Mann**

Nonpriority Creditor's Name

**600 S. Dixie Highway Apt 531**
**West Palm Beach, FL 33401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                              $67,000.00

When was the debt incurred?     **10/29/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.5 72 | | | |
|---|---|---|---|

**Sheri Daniels**

Nonpriority Creditor's Name

**2930 Bay Drive**
**Merrick, NY 11566**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                              $67,000.00

When was the debt incurred?     **10/30/2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 227 East 67th Street Holding LLC**

---

| 4.5 73 | | | |
|---|---|---|---|

**Shoshana Abramoff**

Nonpriority Creditor's Name

**4101 Pine Tree Drive Apt# 1726**
**Miami Beach, FL 33140**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                              $50,000.00

When was the debt incurred?     **8/11/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 74 | **Sierra Real Estate LLC** | | | **$465,000.00** |

Nonpriority Creditor's Name

**Attn: James Wacht**
**600 Madison Ave**
**New York, NY 10022**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **5/4/2015**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 75 | **Signature Bank** | | | **$2,912,643.00** |

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 3100 Tremont Associates Inc**

---

| 4.5 76 | **Signature Bank** | | | **$656,007.00** |

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **9**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 3100 Tremont Associates LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.5 77 | | |
|---|---|---|

**Signature Bank**

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1001**                    **$2,312,794.32**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 3200 Tremont Associates Inc**

---

| 4.5 78 | | |
|---|---|---|

**Signature Bank**

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9**                    **$676,616.79**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 3200 Tremont Associates**

---

| 4.5 79 | | |
|---|---|---|

**Signature Bank**

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9**                    **$4,157,567.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 3219 Tremont Corp.**

---

Debtor 1   **Michael P. D'Alessio**
_____

Case number (if know)   **18-22552**

---

| 4.5 80 | | |
|---|---|---|

**Signature Bank**
Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$364,448.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 3219 Tremont Corp.**

---

| 4.5 81 | | |
|---|---|---|

**Signature Bank**
Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9**   **$691,876.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty -  3225 East Tremont Associates LLC**

---

| 4.5 82 | | |
|---|---|---|

**Signature Bank**
Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9**   **$291,883.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 3225 East Tremont Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**

Case number (if know)    **18-22552**

---

| 4.5 83 | | |
|---|---|---|

**Signature Bank**

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **9**                          **$3,644,399.03**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 3600 Tremont Associates Inc**

---

| 4.5 84 | | |
|---|---|---|

**Signature Bank**

Nonpriority Creditor's Name

**68 South Service Road**
**Melville, NY 11747**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **9**                          **$821,606.10**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 3600 Tremont Associates**

---

| 4.5 85 | | |
|---|---|---|

**Six Six Holdings 62nd St LLC**

Nonpriority Creditor's Name

**49 East 21st Street Apt 9D**
**New York, NY 10010**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                          **$100,000.00**

When was the debt incurred?    **8/13/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

| 4.5 86 | **SLC Construction Inc** | Last 4 digits of account number | | $294,000.00 |

Nonpriority Creditor's Name

**79-01 Queens Blvd**
**Queens, NY 11373**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.5 87 | **Squires, Holden Weisenbacher** | Last 4 digits of account number | | $1,600.00 |

Nonpriority Creditor's Name

**& Smith**
**46 Jagger Lane**
**Southampton, NY 11968**

Number Street City State Zip Code

When was the debt incurred?   **12/22/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - 3 Sandpiper Court LLC**

---

| 4.5 88 | **Squires, Holden Weisenbacher** | Last 4 digits of account number | | $15,525.00 |

Nonpriority Creditor's Name

**& Smith**
**46 Jagger Lane**
**Southampton, NY 11968**

Number Street City State Zip Code

When was the debt incurred?   **12/21/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade debt - 41-45 MPR Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

| 4.5 89 | **SS&C Mortgage Service** | Last 4 digits of account number | **12** | $4,900,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1841 Broadway**
**Suite 400**
**New York, NY 10023**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty - 145-147 East 62nd Street Associates LLC**

---

| 4.5 90 | **Stacy Gendels** | Last 4 digits of account number | | $67,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**37 Soundview Drive**
**Westport, CT 06880**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **10/27/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.5 91 | **Stephanie Milo** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**88 Dawson Circle**
**Staten Island, NY 10314**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**   **8/18/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                            Case number (*if know*)   **18-22552**

---

| 4.5 92 | **Stephen Nardoni** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**305 East 24th Street  Apt LB**
**New York, NY 10010**

When was the debt incurred?   **8/6/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 93 | **Stephen Wolinetz** | Last 4 digits of account number _____ | **$50,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**900 Willis Ave**
**Albertson, NY 11507**

When was the debt incurred?   **7/12/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.5 94 | **Sterling National Bank** | Last 4 digits of account number   **3145** | **$1,381,410.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**1133 Westchester Ave. S-N224**
**NY 10604**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Line of credit**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 95 | **Steven & Lvana Alesio** | Last 4 digits of account number _____ | **$264,000.00** |

Nonpriority Creditor's Name
**262 Central Park West**
**New York, NY 10026**

When was the debt incurred?    **2/26/2015**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only                          ☐ Contingent

☐ Debtor 1 and Debtor 2 only             ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.5 96 | **Steven Engel** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**3817 Woodley Road NW**
**Washington, DC 20016**

When was the debt incurred?    **12/1/2016**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only                          ☐ Contingent

☐ Debtor 1 and Debtor 2 only             ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify    **Guaranty - 43 Middle Pond Road Holding LLC**

---

| 4.5 97 | **Steven Engel** | Last 4 digits of account number _____ | **$50,000.00** |

Nonpriority Creditor's Name
**3817 Woodley Road NW**
**Washington, DC 20016**

When was the debt incurred?    **6/22/2016**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only                          ☐ Contingent

☐ Debtor 1 and Debtor 2 only             ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**    ☐ Student loans

**Is the claim subject to offset?**    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify    **Guaranty - 3 Sandpiper Court Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.5 98 | **Steven Engel** | Last 4 digits of account number _____ | $93,000.00 |

Nonpriority Creditor's Name
**3817 Woodley Road NW**
**Washington, DC 20016**

When was the debt incurred?    **5/9/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only        ☐ Unliquidated

☐ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                    ☑ Other. Specify    **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.5 99 | **Steven Engel** | Last 4 digits of account number _____ | $67,000.00 |

Nonpriority Creditor's Name
**3817 Woodley Road NW**
**Washington, DC 20016**

When was the debt incurred?    **10/28/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only        ☐ Unliquidated

☐ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                    ☑ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.6 00 | **Steven Engel** | Last 4 digits of account number _____ | $105,600.00 |

Nonpriority Creditor's Name
**3817 Woodley Road NW**
**Washington, DC 20016**

When was the debt incurred?    **3/12/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only        ☐ Unliquidated

☐ Disputed

☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                    ☑ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.6 01 | | |
|---|---|---|

**Steven Gutenplan**                            Last 4 digits of account number _____            $67,000.00
Nonpriority Creditor's Name
**c/o Affiliated Adjustment Group**            When was the debt incurred?    **10/27/2014**
**3000 Marcus Ave**
**Lake Success, NY 11042**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.6 02 | | |
|---|---|---|

**Steven Hertz**                               Last 4 digits of account number _____            $67,000.00
Nonpriority Creditor's Name
**17 Linden Lane Merrick**                      When was the debt incurred?    **10/31/2014**
**Merrick, NY 11566**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ■ Other. Specify    **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.6 03 | | |
|---|---|---|

**Steven Napoli**                              Last 4 digits of account number _____            $50,000.00
Nonpriority Creditor's Name
**66 Tintern Lane**                             When was the debt incurred?    **8/6/2015**
**Scarsdale, NY 10583**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**            report as priority claims
■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                ■ Other. Specify    **Guaranty - 163-165 East 62nd Street**
☐ Yes                                          **Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

---

| 4.6 04 | | | |
|---|---|---|---|

**Steven Napoli**                                   Last 4 digits of account number _____        **$67,000.00**
Nonpriority Creditor's Name
**66 Tintern Lane**                                 When was the debt incurred?   **10/23/2014**
**Scarsdale, NY 10583**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**         ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify   **Guaranty - 227 E 67th Sreet Holding LLC**

---

| 4.6 05 | | | |
|---|---|---|---|

**Steven Napoli**                                   Last 4 digits of account number _____        **$52,800.00**
Nonpriority Creditor's Name
**66 Tintern Lane**                                 When was the debt incurred?   **2/23/2015**
**Scarsdale, NY 10583**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**         ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.6 06 | | | |
|---|---|---|---|

**Steven Napoli**                                   Last 4 digits of account number _____        **$50,000.00**
Nonpriority Creditor's Name
**66 Tintern Lane**                                 When was the debt incurred?   **8/22/2017**
**Scarsdale, NY 10583**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community**         ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims

■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                               ■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

<table>
<tr><td>4.6<br>07</td><td colspan="2"></td></tr>
</table>

**Steven Samuels**

Nonpriority Creditor's Name

**8 The Mews Westport**
**Westport, CT 06880**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **$50,000.00**

When was the debt incurred?   **1/21/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 43 Middle Pond Road Holding LLC**

---

<table>
<tr><td>4.6<br>08</td><td colspan="2"></td></tr>
</table>

**Susan Kass**

Nonpriority Creditor's Name

**131 Hickory Kingdom Road**
**Bedford, NY 10506**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **$50,000.00**

When was the debt incurred?   **4/14/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

<table>
<tr><td>4.6<br>09</td><td colspan="2"></td></tr>
</table>

**Tamarack Country Club**

Nonpriority Creditor's Name

**55 Locust Road**
**Greenwich, CT 06831**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        **$5,279.07**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Michael Paul Enterprises LLC**

---

Debtor 1   **Michael P. D'Alessio**                    Case number (if know)    **18-22552**

---

| 4.6 10 | **Taylor Rice** | | Last 4 digits of account number | | | **$30,000.00** |

Nonpriority Creditor's Name

**97 West Elder Avenue**
**Floral Park, NY 11001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **4/30/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - Bluestone Capital Partners LLC**

---

| 4.6 11 | **TD Auto Finance** | | Last 4 digits of account number | | | **$40,287.96** |

Nonpriority Creditor's Name

**PO Box 16035**
**Lewiston, ME 04243**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **10/15/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Auto Lease - Bruckner Transport LLC**

---

| 4.6 12 | **TD Auto Finance** | | Last 4 digits of account number | | | **$20,287.42** |

Nonpriority Creditor's Name

**PO Box 16035**
**Lewiston, ME 04243**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **10/14/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Auto Lease - Bruckner Transport**

---

Debtor 1   **Michael P. D'Alessio**                                      Case number (if know)   **18-22552**

---

| 4.6 13 | **The Debra Rein Exempt GST Trust,** | Last 4 digits of account number _____ | $67,000.00 |

Nonpriority Creditor's Name
**Debra Rein Trustee**
**12130 Norman Lane**
**Auburn, CA 95603**
Number Street City State Zip Code

When was the debt incurred?   **11/3/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

---

| 4.6 14 | **The Debra Rein Exempt GST Trust,** | Last 4 digits of account number _____ | $50,000.00 |

Nonpriority Creditor's Name
**Debra Rein Trustee**
**12130 Norman Lane**
**Auburn, CA 95603**
Number Street City State Zip Code

When was the debt incurred?   **8/29/2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.6 15 | **The Hyman Cohen Revocable Trust** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name
**1875 Julian Lane**
**Attn: David Cohen**
**Merrick, NY 11566**
Number Street City State Zip Code

When was the debt incurred?   **8/6/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1  **Michael P. D'Alessio**                                  Case number (if know)    **18-22552**

---

| 4.6 16 | **The Hyman Cohen Revocable Trust** | Last 4 digits of account number | | $52,800.00 |

Nonpriority Creditor's Name
**1875 Julian Lane**
**Attn: David Cohen**
**Merrick, NY 11566**

When was the debt incurred?     **3/6/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

| 4.6 17 | **The Joshua Epstein 2009 Trust** | Last 4 digits of account number | | $50,000.00 |

Nonpriority Creditor's Name
**c/o Ross Epstein**
**925 Monroe Lane**
**Hewlett Neck, NY 11598**

When was the debt incurred?     **8/10/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.6 18 | **The Payroll Store Investments** | Last 4 digits of account number | | $100,000.00 |

Nonpriority Creditor's Name
**Attn: Evan Steinbach**
**575 Underhill Blvd**
**Suite 205 Syosset, NY 11791**

When was the debt incurred?     **8/10/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.6 19 | **The Payroll Store Investments** | Last 4 digits of account number | | **$52,800.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Evan Steinbach**
**575 Underhill Blvd**
**Suite 205 Syosset, NY 11791**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **3/10/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - 323 East 53rd Holding LLC**

---

| 4.6 20 | **The Westchester Bank** | Last 4 digits of account number | **7980** | **$263,453.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**12 Water Street**
**White Plains, NY 10601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Magnolia Consulting LLC**

---

| 4.6 21 | **The Westchester Bank** | Last 4 digits of account number | **7410** | **$879,526.45** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**12 Water Street**
**White Plains, NY 10601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guaranty - Michael Paul Enterprises LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.6 22 | **Theodore Strange** | Last 4 digits of account number _____ | **$200,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**48 Haywood Street**
**Staten Island, NY 10307**

When was the debt incurred?    **8/11/2017**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

                                                   ☐ Disputed
■ At least one of the debtors and another

**☐ Check if this claim is for a community
debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

**Is the claim subject to offset?**

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify    **Guaranty - 2800 Bruckner Holding LLC**

---

| 4.6 23 | **Theodore Strange** | Last 4 digits of account number _____ | **$100,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**48 Haywood Street**
**Staten Island, NY 10307**

When was the debt incurred?    **3/31/2017**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

                                                   ☐ Disputed
■ At least one of the debtors and another

**☐ Check if this claim is for a community
debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

**Is the claim subject to offset?**

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify    **Guaranty - Purchase Capital Partners LLC**

---

| 4.6 24 | **Thomas Orrico** | Last 4 digits of account number _____ | **$100,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1840 Edison Ave**
**Bronx, NY 10461**

When was the debt incurred?    **4/5/2017**

Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                       ☐ Unliquidated

                                                   ☐ Disputed
■ At least one of the debtors and another

**☐ Check if this claim is for a community
debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

**Is the claim subject to offset?**

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify    **Guaranty - 15-17 Circle Holding LLC**

---

Debtor 1    **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

---

| 4.6 25 | **ThyssenKrupp Elevator Americas** | Last 4 digits of account number | **$207,446.58** |

Nonpriority Creditor's Name
**519 8th Avenue**
**New York, NY 10018**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 26 | **Times Buildings PC** | Last 4 digits of account number | **$20,000.00** |

Nonpriority Creditor's Name
**85-34 Grand Avenue**
**2nd Floor Elmhurst, NY 11373**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 27 | **Timothy Gold** | Last 4 digits of account number | **$50,000.00** |

Nonpriority Creditor's Name
**4 Rolling Hill Road**
**Old Westbury, NY 11568**
Number Street City State Zip Code

When was the debt incurred?    **7/20/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**      Case number (if know)    **18-22552**

---

**4.6 28**

**Tina Jebaily-Post**           Last 4 digits of account number        **$93,000.00**

Nonpriority Creditor's Name

**152 Beach 139 Street**      When was the debt incurred?    **4/30/2015**

**Belle Harbor, NY 11694**

Number Street City State Zip Code      As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                 ☐ Contingent

☐ Debtor 2 only                 ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ☐ Disputed

■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**    ☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No                  ☐ Debts to pension or profit-sharing plans, and other similar debts

                           ■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

☐ Yes

---

**4.6 29**

**TLM Holdings LLC**          Last 4 digits of account number        **$150,000.00**

Nonpriority Creditor's Name

**215 East 68th Street**        When was the debt incurred?    **8/19/2015**

**Apt#17-Y New York, NY 10065**

Number Street City State Zip Code      As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                 ☐ Contingent

☐ Debtor 2 only                 ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ☐ Disputed

■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**    ☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No                  ☐ Debts to pension or profit-sharing plans, and other similar debts

                           ■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

☐ Yes

---

**4.6 30**

**Todd Hazelkorn**           Last 4 digits of account number        **$50,000.00**

Nonpriority Creditor's Name

**239 East 79th Street Apt#7N**     When was the debt incurred?    **7/7/2016**

**New York, NY 10075**

Number Street City State Zip Code      As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                 ☐ Contingent

☐ Debtor 2 only                 ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only       ☐ Disputed

■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**    ☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No                  ☐ Debts to pension or profit-sharing plans, and other similar debts

                           ■ Other. Specify   **Guaranty - 3 Sandpiper Court Holding LLC**

☐ Yes

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

| 4.6 31 | | | |
|---|---|---|---|

**Todd Hazelkorn**
Nonpriority Creditor's Name
**239 East 79th Street Apt#7N**
**New York, NY 10075**
Number Street City State Zip Code

Last 4 digits of account number _____   **$50,000.00**

When was the debt incurred?   **12/23/2016**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty - 43 Middle Pond Road Holding LLC**

| 4.6 32 | | | |
|---|---|---|---|

**Todd Hazelkorn**
Nonpriority Creditor's Name
**239 East 79th Street Apt#7N**
**New York, NY 10075**
Number Street City State Zip Code

Last 4 digits of account number _____   **$33,500.00**

When was the debt incurred?   **10/31/2014**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty - 227 E 67th Street Holding LLC**

| 4.6 33 | | | |
|---|---|---|---|

**Todd Hazelkorn**
Nonpriority Creditor's Name
**239 East 79th Street Apt#7N**
**New York, NY 10075**
Number Street City State Zip Code

Last 4 digits of account number _____   **$52,800.00**

When was the debt incurred?   **3/12/2015**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

Debtor 1    **Michael P. D'Alessio**                                          Case number (if know)    **18-22552**

---

| 4.6 34 | **Total Comfort Inc** | Last 4 digits of account number _____ | $29,800.00 |

Nonpriority Creditor's Name

**44 Kenosia Avenue Danbury**
**Danbury, CT 06810**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 35 | **Tuchman, Korngold, Weiss,** | Last 4 digits of account number _____ | $2,500.00 |

Nonpriority Creditor's Name

**Liebman & Linde**
**6 East 45th Street**
**New York, NY 10017**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Legal fees - 163-165 East 62nd Street**
**Associates LLC**

---

| 4.6 36 | **Twomey, Latham, Shea,** | Last 4 digits of account number _____ | $5,741.50 |

Nonpriority Creditor's Name

**Kelley, Dubin & Quartararo LLP**
**33 West Second Street**
**P.O. Box 9398**
**Riverhead, NY 11901**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Legal fees - 41 Middle Pond Road, 43**
**Middle Pond Road & 45 Middle Pond Road**
**Associates LLC**

☐ Yes

■ Other. Specify

---

Debtor 1    **Michael P. D'Alessio**                                      Case number (if know)    **18-22552**

---

| 4.6 37 | **United Overhead Door Corp** | Last 4 digits of account number | | | $6,797.34 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**21 A Saw Mill River Road**
**Yonkers, NY 10701**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                             ☐ Contingent

☐ Debtor 1 and Debtor 2 only               ☐ Unliquidated

                                            ☐ Disputed
■ At least one of the debtors and another
                                            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**    ☐ Student loans

Is the claim subject to offset?             ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                            ■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 38 | **Unity Servicing LLC** | Last 4 digits of account number | **24** | | $555,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**830 Third Avenue 5th Floor**
**New York, NY 10022**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                             ☐ Contingent

☐ Debtor 1 and Debtor 2 only               ☐ Unliquidated

                                            ☐ Disputed
■ At least one of the debtors and another
                                            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**    ☐ Student loans

Is the claim subject to offset?             ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                            ■ Other. Specify    **Guaranty - 41 Middle Pond Road Associates LLC**

---

| 4.6 39 | **Unity Servicing LLC** | Last 4 digits of account number | **22** | | $687,500.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

**831 Third Avenue 5th Floor**
**New York, NY 10022**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                             ☐ Contingent

☐ Debtor 1 and Debtor 2 only               ☐ Unliquidated

                                            ☐ Disputed
■ At least one of the debtors and another
                                            **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community debt**    ☐ Student loans

Is the claim subject to offset?             ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                            ■ Other. Specify    **Guaranty - 45 Middle Pond Road Associates LLC**

---

Debtor 1    **Michael P. D'Alessio**      Case number (if know)    **18-22552**

---

| 4.6 40 | **Unity Servicing LLC** | Last 4 digits of account number   **23** | **$200,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**832 Third Avenue 5th Floor**
**New York, NY 10022**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty - 1232 Avenida de las Casas LLC**

---

| 4.6 41 | **Up Construction and Restoration Inc** | Last 4 digits of account number | **$55,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**396 Kent Avenue**
**Lidenhurst, NY 11757**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 42 | **Vail Associates Architects** | Last 4 digits of account number | **$68,566.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**59 West 94th Street - Suite GF**
**New York, NY 10025**

When was the debt incurred?    **6/27/2016**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Trade debt - 163-165 East 62nd Street Associates LLC**

---

Debtor 1  **Michael P. D'Alessio**                                    Case number (if know)  **18-22552**

---

<table>
<tr><td>4.6<br>43</td><td colspan="2"><b>Vail Associates Architects</b></td><td>Last 4 digits of account number</td><td></td><td>$30,540.00</td></tr>
</table>

Nonpriority Creditor's Name
**59 West 94th Street - Suite GF**
**New York, NY 10025**

When was the debt incurred?  **7/20/2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                      ☐ Unliquidated

                                                   ☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**

Is the claim subject to offset?                    ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                   report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify  **Trade debt - 145-147 East 62nd Street**
                                                                     **Associates LLC**

---

<table>
<tr><td>4.6<br>44</td><td colspan="2"><b>Victoria Strange</b></td><td>Last 4 digits of account number</td><td></td><td>$50,000.00</td></tr>
</table>

Nonpriority Creditor's Name
**48 Haywood Street**
**Staten Island, NY 10307**

When was the debt incurred?  **8/11/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                      ☐ Unliquidated

                                                   ☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**

Is the claim subject to offset?                    ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                   report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify  **Guaranty - 2800 Bruckner Holding LLC**

---

<table>
<tr><td>4.6<br>45</td><td colspan="2"><b>Virtual Services</b></td><td>Last 4 digits of account number</td><td></td><td>$34,514.86</td></tr>
</table>

Nonpriority Creditor's Name
**104 W. 40th Street - 10th Floor**
**New York, NY 10018**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                    ☐ Contingent

☐ Debtor 1 and Debtor 2 only                      ☐ Unliquidated

                                                   ☐ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**       ☐ Student loans
**debt**

Is the claim subject to offset?                    ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                   report as priority claims

■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                              ■ Other. Specify  **Trade debt - Michael Paul Enterprises, LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

| 4.6 46 | **Vivian Cardia** | Last 4 digits of account number _____ | **$93,000.00** |

Nonpriority Creditor's Name

**10402 Stonebridge Blvd**
**Boca Raton, FL 33498**

When was the debt incurred?   **5/7/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

■ At least one of the debtors and another

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.6 47 | **Wayside Fence Co** | Last 4 digits of account number _____ | **$2,232.08** |

Nonpriority Creditor's Name

**63 Third Avenue**
**Bayshore, NY 11706**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

■ At least one of the debtors and another

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 48 | **Westminster Asset Management Corp** | Last 4 digits of account number _____ | **$52,800.00** |

Nonpriority Creditor's Name

**2930 Bay Drive**
**Attn: Sheri Daniels**
**Merrick, NY 11566**

When was the debt incurred?   **2/27/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

■ At least one of the debtors and another

☐ Unliquidated

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 323 East 53rd Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)   **18-22552**

---

| 4.6 49 | **William Bonomo** | | Last 4 digits of account number | | **$150,000.00** |

Nonpriority Creditor's Name
**21 Sunset Blvd**
**Massapequa, NY 11758**

When was the debt incurred?   **8/8/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.6 50 | **William Bonomo** | | Last 4 digits of account number | | **$50,000.00** |

Nonpriority Creditor's Name
**21 Sunset Blvd**
**Massapequa, NY 11758**

When was the debt incurred?   **4/25/2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 15-17 Circle Holding LLC**

---

| 4.6 51 | **William Jebaily** | | Last 4 digits of account number | | **$100,000.00** |

Nonpriority Creditor's Name
**81 Iron Mine Drive**
**Staten Island, NY 10304**

When was the debt incurred?   **4/30/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**

Case number (if know)   **18-22552**

---

| 4.6 52 | **William Jebaily** | Last 4 digits of account number _____ | $186,000.00 |

Nonpriority Creditor's Name

**81 Iron Mine Drive**
**Staten Island, NY 10304**

When was the debt incurred?   **4/30/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ☑ Other. Specify   **Guaranty - 184 East 64th Street Holding LLC**

---

| 4.6 53 | **Window Fix Inc** | Last 4 digits of account number _____ | $32,000.00 |

Nonpriority Creditor's Name

**335-347  38th Street**
**Brooklyn, NY 11232**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ☑ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 54 | **Yehuda Biber** | Last 4 digits of account number _____ | $100,000.00 |

Nonpriority Creditor's Name

**1016 Crestwood Road**
**Woodmere, NY 11598**

When was the debt incurred?   **8/5/2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

- ☐ **Check if this claim is for a community debt**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

- ☑ No
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ☑ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

Debtor 1   **Michael P. D'Alessio**                                Case number (if know)   **18-22552**

---

| 4.6 55 | **Yorkshire Stone Inc** | Last 4 digits of account number | | $30,056.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**175 Marcus Blvd**
**Hauppauge, NY 11788**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                     ☐ Contingent

☐ Debtor 2 only                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only        ☐ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**   ☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes   ■ Other. Specify   **Trade debt - Michael Paul Enterprises, LLC**

---

| 4.6 56 | **Yoser & Elisheva Oratz** | Last 4 digits of account number | | $100,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**201 Davis Ave**
**White Plains, NY 10605**

When was the debt incurred?   **8/31/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                     ☐ Contingent

☐ Debtor 2 only                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only        ☐ Disputed

■ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes   ■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| 4.6 57 | **Yvonne Schettino** | Last 4 digits of account number | | $1,229,118.49 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**20 Scott Circle**
**Purchase, NY 10577**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                     ☐ Contingent

☐ Debtor 2 only                     ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only        ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No   ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes   ■ Other. Specify   **Promissory Note**

---

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)    **18-22552**

| | |
|---|---|
| 4.6 58 | |

**Yvonne Schettino**
Nonpriority Creditor's Name
**20 Scott Circle**
**Purchase, NY 10577**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **$970,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 1 Katsura Drive, Purchase, NY**

---

| | |
|---|---|
| 4.6 59 | |

**Zachary Stone**
Nonpriority Creditor's Name
**1 Upland Woods Circle #301**
**Norwood, MA 02062**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____                    **$50,000.00**

When was the debt incurred?   **11/18/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guaranty - 163-165 East 62nd Street Holding LLC**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Albanese & Albanese LLP**
**Attn: Michael McDermott**
**1050 Franklin Ave**
**Garden City, NY 11530**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.534** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**Cooper Levenson P.A.**
**C/o Russell L. Lichtenstein**
**1125 Atlantic Ave, 3rd FL**
**Atlantic City, NJ 08401**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.393** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**Cullen and Dykman LLP**
**100 Quentin Roosevelt Blvd**
**Garden City, NY 11530**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.267** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**Elliot Phillips Esq**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.349** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

Debtor 1    **Michael P. D'Alessio**                                                Case number (if know)    **18-22552**

**40 Daniel Street**
**PO Box 9000**
**Farmingdale, NY 11735**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Emmet Marvin & Martin LLP**<br>**120 Broadway**<br>**New York, NY 10271** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.621** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Jaspan Schlesinger LLP**<br>**Attn: Jeffrey H. Schwartz**<br>**300 Garden City Plaza**<br>**Garden City, NY 11530** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.518** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Kye Law Group P.C.**<br>**201 Old County Road**<br>**Suite 120**<br>**Melville, NY 11747** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.486** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Kye Law Group P.C.**<br>**201 Old County Road**<br>**Suite 120**<br>**Melville, NY 11747** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.487** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Kye Law Group P.C.**<br>**201 Old County Road**<br>**Suite 120**<br>**Melville, NY 11747** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.488** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Kye Law Group P.C.**<br>**201 Old County Road**<br>**Suite 120**<br>**Melville, NY 11747** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.490** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Law Of Judd R. Spray**<br>**450 Seventh Ave, 33rd Fl**<br>**New York, NY 10123** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.74** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Law Of Judd R. Spray**<br>**450 Seventh Ave, 33rd Fl**<br>**New York, NY 10123** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.275** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Law Of Judd R. Spray**<br>**450 Seventh Ave, 33rd Fl**<br>**New York, NY 10123** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.276** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address<br>**Law Of Judd R. Spray**<br>**450 Seventh Ave, 33rd Fl**<br>**New York, NY 10123** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.277** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

Debtor 1   **Michael P. D'Alessio**                                        Case number (if know)   **18-22552**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Meyer Suozzi English & Klein P**<br>**1180 Ave of Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.92** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **7309** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Meyer Suozzi English & Klein P**<br>**1180 Ave of Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.93** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **6168** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.53** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.54** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.55** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.56** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.57** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.58** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.59** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | Line **4.60** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

| | |
|---|---|
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.61** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.89** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.191** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.198** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.209** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.210** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.211** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.212** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.251** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.291** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Official Form 106 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 224 of 228**

Debtor 1   **Michael P. D'Alessio**                                Case number (if know)   **18-22552**

| | |
|---|---|
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.325** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.333** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.334** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.335** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.336** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.343** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.344** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.345** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.346** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.347** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

Debtor 1    **Michael P. D'Alessio**                                        Case number (if know)    **18-22552**

| | |
|---|---|
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.348** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.388** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.389** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.390** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.391** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.470** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.475** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.476** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.477** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Rosenfeld & Kaplan LLP**<br>**1180 Ave of the Americas**<br>**Suite 1920**<br>**New York, NY 10036** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.502** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

Official Form 106 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 226 of 228**

Debtor 1   **Michael P. D'Alessio**                                    Case number (if know)   **18-22552**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.506** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.509** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.510** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.511** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.559** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.560** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Rosenfeld & Kaplan LLP** | Line **4.590** of (Check one): |
| **1180 Ave of the Americas** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 1920** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10036** | |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Schwartz Sladkus Reich Greenbe** | Line **4.409** of (Check one): |
| **rg & Atlas LLP** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **270 Madison Ave, 9th Fl** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Schwartz Sladkus Reich Greenbe** | Line **4.410** of (Check one): |
| **rg & Atlas LLP** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **270 Madison Ave, 9th Fl** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Schwartz Sladkus Reich Greenbe** | Line **4.501** of (Check one): |
| **rg & Atlas LLP** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **270 Madison Ave, 9th Fl** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | |

Debtor 1   **Michael P. D'Alessio**                                          Case number (if know)   **18-22552**

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each
    type of unsecured claim.

|   | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 7,200.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 7,200.00 |

|   | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 163,733,051.02 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 163,733,051.02 |

**Fill in this information to identify your case:**

Debtor 1        **Michael P. D'Alessio**
                First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number    **18-22552**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **GS Mark LLC**<br>**1201 Hays Street**<br>**Tallahassee, FL 32301** | **Apartment (FL)** |
| 2.2 **Townhouse Compnay II LLC**<br>**9 West 57th St.**<br>**New York, NY 10019** | **Apartment** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael P. D'Alessio** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | **18-22552** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|---|
| 3.1 | **1232 Avenida de las Casas LLC** <br> **12 Water Street** <br> **Suite 204** <br> **White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.640__ <br> ☐ Schedule G _____ <br> **Unity Servicing LLC** |
| 3.2 | **145-147 East 62nd Street** <br> **Associates LLC  12 Water St** <br> **Suite 204** <br> **White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.589__ <br> ☐ Schedule G _____ <br> **SS&C Mortgage Service** |
| 3.3 | **145-147 East 62nd Street** <br> **Associates LLC  12 Water St** <br> **Suite 204** <br> **White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.643__ <br> ☐ Schedule G _____ <br> **Vail Associates Architects** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

<span style="background:black">    </span> **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

3.4 **145-147 East 62nd Street Holding LLC  12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.55___
☐ Schedule G _____
**Attis Properties Inc**

---

3.5 **145-147 East 62nd Street Holding LLC  12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.209___
☐ Schedule G _____
**Ellen Goldstein Living Trust 11/30/10, E**

---

3.6 **145-147 East 62nd Street Holding LLC  12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.251___
☐ Schedule G _____
**Glen Feller**

---

3.7 **145-147 East 62nd Street Holding LLC  12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.319___
☐ Schedule G _____
**John Pantanelli**

---

3.8 **145-147 East 62nd Street Holding LLC  12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.333___
☐ Schedule G _____
**Joshua & Angie Brown**

---

3.9 **145-147 East 62nd Street Holding LLC  12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.379___
☐ Schedule G _____
**Macquesten Construction**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.10    **145-147 East 62nd Street Holding LLC  12 Water Street<br>Suite 204<br>White Plains, NY 10601**

☐ Schedule D, line _____<br>
☑ Schedule E/F, line   **4.388**<br>
☐ Schedule G _____<br>
**Marilyn Shendell**

3.11    **145-147 East 62nd Street Holding LLC  12 Water Street<br>Suite 204<br>White Plains, NY 10601**

☐ Schedule D, line _____<br>
☑ Schedule E/F, line   **4.413**<br>
☐ Schedule G _____<br>
**Melvin & Karen Adler**

3.12    **145-147 East 62nd Street Holding LLC  12 Water Street<br>Suite 204<br>White Plains, NY 10601**

☐ Schedule D, line _____<br>
☑ Schedule E/F, line   **4.440**<br>
☐ Schedule G _____<br>
**Neil Greenberg**

3.13    **145-147 East 62nd Street Holding LLC  12 Water Street<br>Suite 204<br>White Plains, NY 10601**

☐ Schedule D, line _____<br>
☑ Schedule E/F, line   **4.516**<br>
☐ Schedule G _____<br>
**Robert Rosen**

3.14    **145-147 East 62nd Street Holding LLC  12 Water Street<br>Suite 204<br>White Plains, NY 10601**

☐ Schedule D, line _____<br>
☑ Schedule E/F, line   **4.559**<br>
☐ Schedule G _____<br>
**Sanley Company**

3.15    **15 Circle Rd - MBI LLC<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601**

☐ Schedule D, line _____<br>
☑ Schedule E/F, line   **4.216**<br>
☐ Schedule G _____<br>
**Fairfield County Bank**

3.16    **15 Circle Rd - MBI LLC<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601**

☐ Schedule D, line _____<br>
☑ Schedule E/F, line   **4.217**<br>
☐ Schedule G _____<br>
**Fairfield County Bank**

Debtor 1  **Michael P. D'Alessio**                                Case number *(if known)*   **18-22552**

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.17  **15 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.546__<br>☐ Schedule G _____<br>**RVB Construction Inc** |
| 3.18  **15-17 Circle Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**Antonia Polcini** |
| 3.19  **15-17 Circle Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.57__<br>☐ Schedule G _____<br>**Attis Properties Inc** |
| 3.20  **15-17 Circle Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>**Barry Blitstein** |
| 3.21  **15-17 Circle Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.99__<br>☐ Schedule G _____<br>**Bruce Azus** |
| 3.22  **15-17 Circle Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.107__<br>☐ Schedule G _____<br>**Carl Bonomo** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.23 **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.124**
☐ Schedule G _____
**Charles Barovian**

3.24 **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.135**
☐ Schedule G _____
**Clifford & Gail Bassett**

3.25 **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.140**
☐ Schedule G _____
**Costello & Goldan LLC**

3.26 **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.166**
☐ Schedule G _____
**David S. Cohen**

3.27 **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.176**
☐ Schedule G _____
**Diamond Enterprises LLC**

3.28 **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.253**
☐ Schedule G _____
**Glenn Messinger**

3.29 **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.271**
☐ Schedule G _____
**Harrilyn Dolman**

Debtor 1  **Michael P. D'Alessio**                                      Case number *(if known)*  **18-22552**

---

| ██ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.30  **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.334___
☐ Schedule G _____
**Joshua & Angie Brown**

---

3.31  **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.443___
☐ Schedule G _____
**Neil Ptashnik**

---

3.32  **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.475___
☐ Schedule G _____
**Philip Goldstein Living Trust 11/30/10**

---

3.33  **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.478___
☐ Schedule G _____
**Philip Iervolino**

---

3.34  **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.541___
☐ Schedule G _____
**Ross Weissman**

---

3.35  **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.553___
☐ Schedule G _____
**Salvatore Como**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.36 **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.557__
☐ Schedule G _____
**Samantha West**

3.37 **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.560__
☐ Schedule G _____
**Sanley Company**

3.38 **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.608__
☐ Schedule G _____
**Susan Kass**

3.39 **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.624__
☐ Schedule G _____
**Thomas Orrico**

3.40 **15-17 Circle Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.650__
☐ Schedule G _____
**William Bonomo**

3.41 **163-165 East 62nd Street**
**Associates LLC 12 Water St**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.120__
☐ Schedule G _____
**Celtic Services NYC Inc**

3.42 **163-165 East 62nd Street**
**Associates LLC 12 Water St**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.138__
☐ Schedule G _____
**Consolidated Scaffold & Bridge Corp**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.43 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.184____
☐ Schedule G _____
**Dominick R. Pilla Associates PC**

3.44 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.196____
☐ Schedule G _____
**Dynaire Corporation**

3.45 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.243____
☐ Schedule G _____
**GeoLand Corp**

3.46 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.401____
☐ Schedule G _____
**Masters Exterminating & Pest Control Inc**

3.47 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.500____
☐ Schedule G _____
**Regional Testing Corp**

3.48 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.545____
☐ Schedule G _____
**RVB Construction Inc**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.49 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.586**
☐ Schedule G _____
**SLC Construction Inc**

3.50 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.625**
☐ Schedule G _____
**ThyssenKrupp Elevator Americas**

3.51 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.635**
☐ Schedule G _____
**Tuchman, Korngold, Weiss,**

3.52 **163-165 East 62nd Street Associates LLC 12 Water St Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.642**
☐ Schedule G _____
**Vail Associates Architects**

3.53 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.2**
☐ Schedule G _____
**1516 Realty Group LLC**

3.54 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.6**
☐ Schedule G _____
**Adam Fields**

3.55 **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.20**
☐ Schedule G _____
**Allan Miller**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

3.56 **163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.24___
☐ Schedule G _____
**Allstate Sprinkler Corp**

3.57 **163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.36___
☐ Schedule G _____
**Andrew West**

3.58 **163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.39___
☐ Schedule G _____
**Anita Gupta**

3.59 **163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.42___
☐ Schedule G _____
**Anthony Bastone**

3.60 **163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.43___
☐ Schedule G _____
**Anthony Sr Bonomo**

3.61 **163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.45___
☐ Schedule G _____
**Anthony, Jr. Bonomo**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.62 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**Antonio Zaino** |
| 3.63 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**Arnold Waldman** |
| 3.64 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.53__<br>☐ Schedule G _____<br>**Attis Properties Inc** |
| 3.65 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.71__<br>☐ Schedule G _____<br>**Barbara J. Fiederlein Trust for David, D** |
| 3.66 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.76__<br>☐ Schedule G _____<br>**Barry Blitstein** |
| 3.67 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>**Barry Drucker** |
| 3.68 **163-165 East 62nd Street Holding LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>**Barry Ipp** |

Debtor 1    **Michael P. D'Alessio**                                Case number *(if known)*    **18-22552**

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.69    **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.97___
☐ Schedule G _____
**Bruce Azus**

---

3.70    **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.102___
☐ Schedule G _____
**Canzone Contracting Corp**

---

3.71    **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.108___
☐ Schedule G _____
**Carl Bonomo**

---

3.72    **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.109___
☐ Schedule G _____
**Carmine Lippolis**

---

3.73    **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.112___
☐ Schedule G _____
**Carol Merkel**

---

3.74    **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.121___
☐ Schedule G _____
**Chantal Pick**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1   **Michael P. D'Alessio**                              Case number *(if known)*   **18-22552**

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.75   **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.125**
☐ Schedule G _____
**Charles Barovian**

---

3.76   **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.134**
☐ Schedule G _____
**Clifford & Gail Bassett**

---

3.77   **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.136**
☐ Schedule G _____
**Cohen Children Trust**

---

3.78   **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.137**
☐ Schedule G _____
**Conrad Strohl**

---

3.79   **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.142**
☐ Schedule G _____
**Cy Blanco**

---

3.80   **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.143**
☐ Schedule G _____
**Cynthia Petretti**

---

3.81   **163-165 East 62nd Street Holdi**
**ng LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.147**
☐ Schedule G _____
**Daniel Rifkin**

---

Official Form 106H                     Schedule H: Your Codebtors                     Page  13 of 109

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.82 **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.150___
☐ Schedule G _____
**Darren Kay**

3.83 **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.154___
☐ Schedule G _____
**David & Susan Diamond**

3.84 **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.158___
☐ Schedule G _____
**David Bauer**

3.85 **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.161___
☐ Schedule G _____
**David Katz**

3.86 **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.162___
☐ Schedule G _____
**David Levy**

3.87 **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.167___
☐ Schedule G _____
**David S. Cohen**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.88 **163-165 East 62nd Street Holding LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.170__
☐ Schedule G _____
**David Tesser**

3.89 **163-165 East 62nd Street Holding LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.174__
☐ Schedule G _____
**Dennis Korchinski**

3.90 **163-165 East 62nd Street Holding LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.177__
☐ Schedule G _____
**Diamond Enterprises LLC**

3.91 **163-165 East 62nd Street Holding LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.182__
☐ Schedule G _____
**Dodd Farber**

3.92 **163-165 East 62nd Street Holding LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.187__
☐ Schedule G _____
**Donald Konrad**

3.93 **163-165 East 62nd Street Holding LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.191__
☐ Schedule G _____
**Douglas Scibelli**

3.94 **163-165 East 62nd Street Holding LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.192__
☐ Schedule G _____
**Dov Kesselman**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.95  **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601**

☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.201**____<br>☐ Schedule G _____<br>**Ed Tesser**

---

3.96  **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601**

☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.204**____<br>☐ Schedule G _____<br>**Elizabeth Armstrong**

---

3.97  **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601**

☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.213**____<br>☐ Schedule G _____<br>**Erin Diamond**

---

3.98  **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601**

☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.220**____<br>☐ Schedule G _____<br>**Fallon Rose LLC**

---

3.99  **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601**

☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.221**____<br>☐ Schedule G _____<br>**Federlein Family 2012 Gift Trust, Barbar**

---

3.100  **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601**

☐ Schedule D, line _____<br>■ Schedule E/F, line ____**4.235**____<br>☐ Schedule G _____<br>**Friedricks Associates LTD**

---

Debtor 1   **Michael P. D'Alessio**                                                Case number *(if known)*   **18-22552**

⬛ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.10
1   **163-165 East 62nd Street Holding LLC 12 Water Street**
     **Suite 204**
     **White Plains, NY 10601**

☐ Schedule D, line _____
⬛ Schedule E/F, line   **4.245**
☐ Schedule G   _____
**Gerald Levy**

---

3.10
2   **163-165 East 62nd Street Holding LLC 12 Water Street**
     **Suite 204**
     **White Plains, NY 10601**

☐ Schedule D, line _____
⬛ Schedule E/F, line   **4.254**
☐ Schedule G   _____
**Glenn Messinger**

---

3.10
3   **163-165 East 62nd Street Holding LLC 12 Water Street**
     **Suite 204**
     **White Plains, NY 10601**

☐ Schedule D, line _____
⬛ Schedule E/F, line   **4.258**
☐ Schedule G   _____
**Golden Touch Investments, LLC**

---

3.10
4   **163-165 East 62nd Street Holding LLC 12 Water Street**
     **Suite 204**
     **White Plains, NY 10601**

☐ Schedule D, line _____
⬛ Schedule E/F, line   **4.264**
☐ Schedule G   _____
**Grant & Fox LLC**

---

3.10
5   **163-165 East 62nd Street Holding LLC 12 Water Street**
     **Suite 204**
     **White Plains, NY 10601**

☐ Schedule D, line _____
⬛ Schedule E/F, line   **4.268**
☐ Schedule G   _____
**Gregory Calabro**

---

3.10
6   **163-165 East 62nd Street Holding LLC 12 Water Street**
     **Suite 204**
     **White Plains, NY 10601**

☐ Schedule D, line _____
⬛ Schedule E/F, line   **4.272**
☐ Schedule G   _____
**Harrilyn Dolman**

---

3.10
7   **163-165 East 62nd Street Holding LLC 12 Water Street**
     **Suite 204**
     **White Plains, NY 10601**

☐ Schedule D, line _____
⬛ Schedule E/F, line   **4.273**
☐ Schedule G   _____
**Harvey Stevens**

---

Debtor 1   **Michael P. D'Alessio**                                          Case number *(if known)*   **18-22552**

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.10
8
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.276**
☐ Schedule G _____
**Herminio Torres**

---

3.10
9
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.278**
☐ Schedule G _____
**Hewlett Trading Co. LLC**

---

3.11
0
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.281**
☐ Schedule G _____
**Integrated Electronic Solutions Inc**

---

3.11
1
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.288**
☐ Schedule G _____
**Jack Perlman**

---

3.11
2
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.289**
☐ Schedule G _____
**Jaclyn Bonomo**

---

3.11
3
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.291**
☐ Schedule G _____
**Jacqueline Martinez**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt
Check all schedules that apply: |

**3.11 4**  **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.294___
☐ Schedule G _____
**Jason Griffith**

**3.11 5**  **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.299___
☐ Schedule G _____
**Jeffrey Mortman**

**3.11 6**  **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.301___
☐ Schedule G _____
**Jeffrey Pinsky**

**3.11 7**  **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.306___
☐ Schedule G _____
**Jerry Pinsky**

**3.11 8**  **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.312___
☐ Schedule G _____
**John Bonito**

**3.11 9**  **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.315___
☐ Schedule G _____
**John Ernenwein**

**3.12 0**  **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.324___
☐ Schedule G _____
**Jon Hansburg**

| Debtor 1 **Michael P. D'Alessio** | Case number *(if known)* **18-22552** |
|---|---|

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12<br>1
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.325**___
☐ Schedule G _____
**Joseph Breda**

3.12<br>2
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.330**___
☐ Schedule G _____
**Joseph Dinoia**

3.12<br>3
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.332**___
☐ Schedule G _____
**Josh Manson**

3.12<br>4
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.335**___
☐ Schedule G _____
**Joshua & Angie Brown**

3.12<br>5
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.337**___
☐ Schedule G _____
**Judah Hammer**

3.12<br>6
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.339**___
☐ Schedule G _____
**Julianne Bonomo**

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.12 7
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.345**
☐ Schedule G _____
**Keith Hummel**

---

3.12 8
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.351**
☐ Schedule G _____
**Kurt Voellmicke**

---

3.12 9
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.356**
☐ Schedule G _____
**Lawrence & Fara Tesser**

---

3.13 0
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.357**
☐ Schedule G _____
**Lawrence Dolin**

---

3.13 1
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.365**
☐ Schedule G _____
**Lillian Fazio**

---

3.13 2
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.372**
☐ Schedule G _____
**Lisa West**

---

3.13 3
**163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.376**
☐ Schedule G _____
**Luis Flores**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13<br>4 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.377___<br>☐ Schedule G _____<br>**Luise Barrack** |
| 3.13<br>5 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.380___<br>☐ Schedule G _____<br>**MAF Realty Ventures LLC** |
| 3.13<br>6 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.385___<br>☐ Schedule G _____<br>**Maria Pedersen** |
| 3.13<br>7 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.389___<br>☐ Schedule G _____<br>**Marilyn Shendell** |
| 3.13<br>8 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.396___<br>☐ Schedule G _____<br>**Mark Engel** |
| 3.13<br>9 | **163-165 East 62nd Street Holding LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.400___<br>☐ Schedule G _____<br>**Mary Middelton** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.140 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.404**___ <br> ☐ Schedule G _____ <br> **Matthew Engel** |
| 3.141 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.416**___ <br> ☐ Schedule G _____ <br> **Michael & Virginia Salvemini** |
| 3.142 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.417**___ <br> ☐ Schedule G _____ <br> **Michael Burden** |
| 3.143 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.422**___ <br> ☐ Schedule G _____ <br> **Michael Eigner** |
| 3.144 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.424**___ <br> ☐ Schedule G _____ <br> **Michael Kesselman** |
| 3.145 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.429**___ <br> ☐ Schedule G _____ <br> **Michael Shenker** |
| 3.146 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.433**___ <br> ☐ Schedule G _____ <br> **Michele DeFranco** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.147 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.434____<br>☐ Schedule G _____<br>**Monica Spier as Trustee of the Monica** |
| 3.148 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.437____<br>☐ Schedule G _____<br>**Nadia Nedelcheva** |
| 3.149 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.438____<br>☐ Schedule G _____<br>**Nathan & Pearl Halegua** |
| 3.150 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.441____<br>☐ Schedule G _____<br>**Neil Levy** |
| 3.151 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.444____<br>☐ Schedule G _____<br>**Neil Ptashnik** |
| 3.152 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.447____<br>☐ Schedule G _____<br>**Nellie Giblaint** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.153 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.453__ <br> ☐ Schedule G _____ <br> **Nicholas Guerriero** |

| 3.154 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.454__ <br> ☐ Schedule G _____ <br> **P&R Family LLC** |

| 3.155 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.457__ <br> ☐ Schedule G _____ <br> **Paul Bunt** |

| 3.156 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.458__ <br> ☐ Schedule G _____ <br> **PCJ Investments LLC** |

| 3.157 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.462__ <br> ☐ Schedule G _____ <br> **Pensco Trust Company FBO Howard Rosen** |

| 3.158 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.464__ <br> ☐ Schedule G _____ <br> **Pensco Trust Company FBO James Wacht** |

| 3.159 | **163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.465__ <br> ☐ Schedule G _____ <br> **Peter Dreyfuss** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | Additional Page to List More Codebtors |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.16 0
**163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.467___
☐ Schedule G _____
**Peter Rosenthal**

3.16 1
**163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.471___
☐ Schedule G _____
**Philip Fiederlein**

3.16 2
**163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.476___
☐ Schedule G _____
**Philip Goldstein Living Trust 11/30/10**

3.16 3
**163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.479___
☐ Schedule G _____
**Philip Malakoff**

3.16 4
**163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.482___
☐ Schedule G _____
**Phyllis C. Cohen Irrevocable Trust,**

3.16 5
**163-165 East 62nd Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.495___
☐ Schedule G _____
**Ram Gupta**

Debtor 1   **Michael P. D'Alessio**                                    Case number *(if known)*   **18-22552**

| | **Additional Page to List More Codebtors** |
|---|---|
| | Column 1: **Your codebtor** |

| | | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.16<br>6 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.501**___<br>☐ Schedule G _____<br>**Rejis Realty LLC** |
| 3.16<br>7 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.502**___<br>☐ Schedule G _____<br>**Rella Fogliano** |
| 3.16<br>8 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.503**___<br>☐ Schedule G _____<br>**Richard Giliotti** |
| 3.16<br>9 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.506**___<br>☐ Schedule G _____<br>**RNG WEA LLC** |
| 3.17<br>0 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.509**___<br>☐ Schedule G _____<br>**Robert Cicero** |
| 3.17<br>1 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.512**___<br>☐ Schedule G _____<br>**Robert Feldman** |
| 3.17<br>2 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.513**___<br>☐ Schedule G _____<br>**Robert Hochman** |

| Debtor 1  **Michael P. D'Alessio** | Case number *(if known)*  **18-22552** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.17
3
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.517___
☐ Schedule G _____
**Robert Rosen**

3.17
4
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.518___
☐ Schedule G _____
**Robert Rosenthal**

3.17
5
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.523___
☐ Schedule G _____
**Rochelle Kesselman**

3.17
6
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.524___
☐ Schedule G _____
**Roger Colonna**

3.17
7
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.525___
☐ Schedule G _____
**Roger Schneier**

3.17
8
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.531___
☐ Schedule G _____
**Ronald Garfunkel**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▉ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.17 9 | **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.536__<br>☐ Schedule G _____<br>**Ross Epstein** |
|---|---|---|
| 3.18 0 | **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.538__<br>☐ Schedule G _____<br>**Ross Goldenberg** |
| 3.18 1 | **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.542__<br>☐ Schedule G _____<br>**Ross Weissman** |
| 3.18 2 | **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.561__<br>☐ Schedule G _____<br>**Saulyco LLC** |
| 3.18 3 | **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.564__<br>☐ Schedule G _____<br>**Scott DeCarolis** |
| 3.18 4 | **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.573__<br>☐ Schedule G _____<br>**Shoshana Abramoff** |
| 3.18 5 | **163-165 East 62nd Street Holdi ng LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.585__<br>☐ Schedule G _____<br>**Six Six Holdings 62nd St LLC** |

Debtor 1    **Michael P. D'Alessio**                                    Case number *(if known)*    **18-22552**

---

| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.18<br>6 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.592**___<br>☐ Schedule G _____<br>**Stephen Nardoni** |
| 3.18<br>7 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.593**___<br>☐ Schedule G _____<br>**Stephen Wolinetz** |
| 3.18<br>8 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.603**___<br>☐ Schedule G _____<br>**Steven Napoli** |
| 3.18<br>9 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.615**___<br>☐ Schedule G _____<br>**The Hyman Cohen Revocable Trust** |
| 3.19<br>0 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.617**___<br>☐ Schedule G _____<br>**The Joshua Epstein 2009 Trust** |
| 3.19<br>1 | **163-165 East 62nd Street Holdi**<br>**ng LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.618**___<br>☐ Schedule G _____<br>**The Payroll Store Investments** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| | Check all schedules that apply: |

3.19
2
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.627__
☐ Schedule G _____
**Timothy Gold**

---

3.19
3
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.629__
☐ Schedule G _____
**TLM Holdings LLC**

---

3.19
4
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.649__
☐ Schedule G _____
**William Bonomo**

---

3.19
5
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.651__
☐ Schedule G _____
**William Jebaily**

---

3.19
6
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.654__
☐ Schedule G _____
**Yehuda Biber**

---

3.19
7
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.656__
☐ Schedule G _____
**Yoser & Elisheva Oratz**

---

3.19
8
**163-165 East 62nd Street Holdi
ng LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.659__
☐ Schedule G _____
**Zachary Stone**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

◼ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.19
9

**17 Circle Rd - MBI LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
◼ Schedule E/F, line ___4.37___
☐ Schedule G _____
**Angelo Spray Foam Corp**

3.20
0

**17 Circle Rd - MBI LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
◼ Schedule E/F, line ___4.144___
☐ Schedule G _____
**Daimler Construction LLC**

3.20
1

**17 Circle Rd - MBI LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
◼ Schedule E/F, line ___4.200___
☐ Schedule G _____
**Eastern Metal Works Inc**

3.20
2

**17 Circle Rd - MBI LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
◼ Schedule E/F, line ___4.218___
☐ Schedule G _____
**Fairfield County Bank**

3.20
3

**17 Circle Rd - MBI LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
◼ Schedule E/F, line ___4.219___
☐ Schedule G _____
**Fairfield County Bank**

3.20
4

**17 Circle Rd - MBI LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
◼ Schedule E/F, line ___4.450___
☐ Schedule G _____
**New Plumbing & Heating Corp**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.20<br>5 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.456**<br>☐ Schedule G _____<br>**P.S. Electrical Contracting Corp** |
| 3.20<br>6 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.527**<br>☐ Schedule G _____<br>**Rogliano Construction** |
| 3.20<br>7 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.546**<br>☐ Schedule G _____<br>**RVB Construction Inc** |
| 3.20<br>8 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.634**<br>☐ Schedule G _____<br>**Total Comfort Inc** |
| 3.20<br>9 | **17 Circle Rd - MBI LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.637**<br>☐ Schedule G _____<br>**United Overhead Door Corp** |
| 3.21<br>0 | **184 East 64th Street**<br>**Associates LLC 12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.105**<br>☐ Schedule G _____<br>**Carefree Air & Water Management Inc** |
| 3.21<br>1 | **184 East 64th Street**<br>**Associates LLC 12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.145**<br>☐ Schedule G _____<br>**Daimler Construction LLC** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.21
2

**184 East 64th Street
Associates LLC 12 Water St
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.229**___
☐ Schedule G _____
**Fort Cica**

---

3.21
3

**184 East 64th Street
Associates LLC 12 Water St
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.369**___
☐ Schedule G _____
**Lippolis Electric Inc**

---

3.21
4

**184 East 64th Street
Associates LLC 12 Water St
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.448**___
☐ Schedule G _____
**New Plumbing & Heating Corp**

---

3.21
5

**184 East 64th Street
Associates LLC 12 Water St
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.487**___
☐ Schedule G _____
**Preferred Bank**

---

3.21
6

**184 East 64th Street
Associates LLC 12 Water St
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.544**___
☐ Schedule G _____
**Rufo A. Arias Corp**

---

3.21
7

**184 East 64th Street Holding
LLC  12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.1**___
☐ Schedule G _____
**1516 Realty Group LLC**

---

Schedule H: Your Codebtors

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.218 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**Adam Cohen** |
| 3.219 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Adam Fields** |
| 3.220 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Alyse Lefton** |
| 3.221 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**Anita Gupta** |
| 3.222 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>**Anthony Sr Bonomo** |
| 3.223 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Anthony, Jr. Bonomo** |
| 3.224 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Arlene Blatt** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.22
5
**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.51___
☐ Schedule G _____
**Arnold Waldman**

---

3.22
6
**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.72___
☐ Schedule G _____
**Barbara J. Fiederlein Trust for David, D**

---

3.22
7
**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.82___
☐ Schedule G _____
**Beverly Hazelkorn**

---

3.22
8
**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.88___
☐ Schedule G _____
**BMG Consulting Group LLC**

---

3.22
9
**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.96___
☐ Schedule G _____
**Bruce Azus**

---

3.23
0
**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.113___
☐ Schedule G _____
**Carol Merkel**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.23<br>1 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.122**<br>☐ Schedule G _____<br>**Chantal Pick** |
| 3.23<br>2 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.148**<br>☐ Schedule G _____<br>**Daniel Rifkin** |
| 3.23<br>3 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.152**<br>☐ Schedule G _____<br>**David & Rita Levy** |
| 3.23<br>4 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.171**<br>☐ Schedule G _____<br>**David Tesser** |
| 3.23<br>5 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.178**<br>☐ Schedule G _____<br>**Diamond Enterprises LLC** |
| 3.23<br>6 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.198**<br>☐ Schedule G _____<br>**East 64th Street Realty Partners LLC** |
| 3.23<br>7 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.222**<br>☐ Schedule G _____<br>**Federlein Family 2012 Gift Trust, Barbar** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.23 8
**184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.227___
☐ Schedule G _____
**Fiederlein Family LLC**

---

3.23 9
**184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.236___
☐ Schedule G _____
**Frima Edelstein**

---

3.24 0
**184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.240___
☐ Schedule G _____
**Gamor Company LLC**

---

3.24 1
**184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.247___
☐ Schedule G _____
**Gerald Levy**

---

3.24 2
**184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.269___
☐ Schedule G _____
**Gregory Calabro**

---

3.24 3
**184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.290___
☐ Schedule G _____
**Jaclyn Bonomo**

---

Debtor 1  **Michael P. D'Alessio**

Case number *(if known)*  **18-22552**

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.24<br>4 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.295**_<br>☐ Schedule G _____<br>**Jason Griffith** |
| 3.24<br>5 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.314**_<br>☐ Schedule G _____<br>**John Cannon** |
| 3.24<br>6 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.316**_<br>☐ Schedule G _____<br>**John Ernenwein** |
| 3.24<br>7 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.329**_<br>☐ Schedule G _____<br>**Joseph Dinoia** |
| 3.24<br>8 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.340**_<br>☐ Schedule G _____<br>**Julianne Bonomo** |
| 3.24<br>9 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.358**_<br>☐ Schedule G _____<br>**Lawrence Dolin** |
| 3.25<br>0 | **184 East 64th Street Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.373**_<br>☐ Schedule G _____<br>**Lisa West** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.25
1

**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.392___
☐ Schedule G _____
**Marilyn Yukelson**

---

3.25
2

**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.397___
☐ Schedule G _____
**Mark Engel**

---

3.25
3

**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.405___
☐ Schedule G _____
**Matthew Engel**

---

3.25
4

**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.409___
☐ Schedule G _____
**Mautner-Glick Corp Profit Sharing Plan**

---

3.25
5

**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.425___
☐ Schedule G _____
**Michael Kesselman**

---

3.25
6

**184 East 64th Street Holding
LLC 12 Water Street
Suite 204
White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.428___
☐ Schedule G _____
**Michael Rothschild**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.25<br>7 | **184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.439__<br>☐ Schedule G _____<br>**Nathan & Pearl Halegua** |
| 3.25<br>8 | **184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.463__<br>☐ Schedule G _____<br>**Pensco Trust Company FBO Howard Rosen** |
| 3.25<br>9 | **184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.472__<br>☐ Schedule G _____<br>**Philip Fiederlein** |
| 3.26<br>0 | **184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.496__<br>☐ Schedule G _____<br>**Ram Gupta** |
| 3.26<br>1 | **184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.519__<br>☐ Schedule G _____<br>**Robert Rosenthal** |
| 3.26<br>2 | **184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.526__<br>☐ Schedule G _____<br>**Roger Schneier** |
| 3.26<br>3 | **184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.532__<br>☐ Schedule G _____<br>**Ronald Garfunkel** |

Debtor 1  **Michael P. D'Alessio**                                    Case number *(if known)*  **18-22552**

▌ **Additional Page to List More Codebtors**

| | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

3.26 4  **184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.537___
☐ Schedule G _____
**Ross Epstein**

3.26 5  **184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.549___
☐ Schedule G _____
**S.T.V. Realty, LLC**

3.26 6  **184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.562___
☐ Schedule G _____
**Saulyco LLC**

3.26 7  **184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.563___
☐ Schedule G _____
**Scott & Ella Chick**

3.26 8  **184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.569___
☐ Schedule G _____
**Scott Silberman**

3.26 9  **184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.574___
☐ Schedule G _____
**Sierra Real Estate LLC**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.27 0
**184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**
- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.598__
- ☐ Schedule G _____
**Steven Engel**

3.27 1
**184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**
- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.628__
- ☐ Schedule G _____
**Tina Jebaily-Post**

3.27 2
**184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**
- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.646__
- ☐ Schedule G _____
**Vivian Cardia**

3.27 3
**184 East 64th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**
- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.652__
- ☐ Schedule G _____
**William Jebaily**

3.27 4
**227 E 67th Street Associates LLC  12 Water Street Suite 204 White Plains, NY 10601**
- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.370__
- ☐ Schedule G _____
**Lippolis Electric Inc**

3.27 5
**227 E 67th Street Associates LLC  12 Water Street Suite 204 White Plains, NY 10601**
- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.486__
- ☐ Schedule G _____
**Preferred Bank**

3.27 6
**227 E 67th Street Holding LLC 12 Water Street Suite 204 White Plains, NY 10601**
- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.5__
- ☐ Schedule G _____
**Adam Cohen**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.27
7
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.8___
☐ Schedule G _____
**Adam Fields**

---

3.27
8
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
**Alan Snider, Trustee of the Alan Snider**

---

3.27
9
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.21___
☐ Schedule G _____
**Allan Miller**

---

3.28
0
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.29___
☐ Schedule G _____
**Alyse Lefton**

---

3.28
1
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.41___
☐ Schedule G _____
**Anita Gupta**

---

3.28
2
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.52___
☐ Schedule G _____
**Arnold Waldman**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.28 3 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.60__ ☐ Schedule G _____ **Attis Properties Inc** |
| 3.28 4 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.80__ ☐ Schedule G _____ **Beverly Griffith** |
| 3.28 5 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.84__ ☐ Schedule G _____ **Beverly Hazelkorn** |
| 3.28 6 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.89__ ☐ Schedule G _____ **Bonni Stanley** |
| 3.28 7 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.94__ ☐ Schedule G _____ **Bruce Azus** |
| 3.28 8 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.114__ ☐ Schedule G _____ **Carol Merkel** |
| 3.28 9 | **227 E 67th Street Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.117__ ☐ Schedule G _____ **Caroline Graves** |

Debtor 1    **Michael P. D'Alessio**                                        Case number *(if known)*    **18-22552**

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

**3.290**
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.129**___
☐ Schedule G _____
**Chris Canzone**

---

**3.291**
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.159**___
☐ Schedule G _____
**David Cohen**

---

**3.292**
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.163**___
☐ Schedule G _____
**David Levy**

---

**3.293**
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.164**___
☐ Schedule G _____
**David Miller**

---

**3.294**
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.169**___
☐ Schedule G _____
**David Samuels**

---

**3.295**
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.179**___
☐ Schedule G _____
**Diamond Enterprises LLC**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| ▌ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.29<br>6 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.195__<br>☐ Schedule G _____<br>**Dynaire Corporation** |
| 3.29<br>7 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.197__<br>☐ Schedule G _____<br>**EAA Investments** |
| 3.29<br>8 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.205__<br>☐ Schedule G _____<br>**Elizabeth Armstrong** |
| 3.29<br>9 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.206__<br>☐ Schedule G _____<br>**Elizabeth Canzone** |
| 3.30<br>0 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.210__<br>☐ Schedule G _____<br>**Ellen Goldstein Living Trust 11/30/10, E** |
| 3.30<br>1 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.228__<br>☐ Schedule G _____<br>**Fiederlein Family LLC** |
| 3.30<br>2 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.233__<br>☐ Schedule G _____<br>**Frank Canzone** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.30<br>3
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.234___
☐ Schedule G _____
**Frank Delucia**

3.30<br>4
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.248___
☐ Schedule G _____
**Gerald Levy**

3.30<br>5
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.259___
☐ Schedule G _____
**Golden Touch Investments, LLC**

3.30<br>6
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.274___
☐ Schedule G _____
**Herbert Ash**

3.30<br>7
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.283___
☐ Schedule G _____
**Ira Gordon**

3.30<br>8
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.292___
☐ Schedule G _____
**James Slattery**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Schedule H: Your Codebtors
Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.309 **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.296**
☐ Schedule G _____
**Jason Griffith**

3.310 **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.297**
☐ Schedule G _____
**Jason Lieberman**

3.311 **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.300**
☐ Schedule G _____
**Jeffrey Mortman**

3.312 **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.307**
☐ Schedule G _____
**Jerry Pinsky**

3.313 **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.317**
☐ Schedule G _____
**John Ernenwein**

3.314 **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.331**
☐ Schedule G _____
**Joseph Raab**

3.315 **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.346**
☐ Schedule G _____
**Keith Hummel**

Debtor 1    **Michael P. D'Alessio**    Case number *(if known)*    **18-22552**

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.31<br>6 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.359**___<br>☐ Schedule G _____<br>**Lawrence Dolin** |
| 3.31<br>7 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.366**___<br>☐ Schedule G _____<br>**Lillian Fazio** |
| 3.31<br>8 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.374**___<br>☐ Schedule G _____<br>**Lisa West** |
| 3.31<br>9 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.381**___<br>☐ Schedule G _____<br>**Marc Engel** |
| 3.32<br>0 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.390**___<br>☐ Schedule G _____<br>**Marilyn Shendell** |
| 3.32<br>1 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.398**___<br>☐ Schedule G _____<br>**Mark Engel** |

Debtor 1   **Michael P. D'Alessio**                                          Case number *(if known)*   **18-22552**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.32<br>2 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.406__<br>☐ Schedule G _____<br>**Matthew Engel** |
| 3.32<br>3 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.408__<br>☐ Schedule G _____<br>**Matthew Levy** |
| 3.32<br>4 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.410__<br>☐ Schedule G _____<br>**Mautner-Glick Corp Profit Sharing Plan** |
| 3.32<br>5 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.427__<br>☐ Schedule G _____<br>**Michael Klarman** |
| 3.32<br>6 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.430__<br>☐ Schedule G _____<br>**Michael Strauss** |
| 3.32<br>7 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.431__<br>☐ Schedule G _____<br>**Michael Wurf** |
| 3.32<br>8 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.435__<br>☐ Schedule G _____<br>**Monica Spier as Trustee of the Monica** |

Debtor 1    **Michael P. D'Alessio**                                          Case number *(if known)*    **18-22552**

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.329    **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
▮ Schedule E/F, line _____ **4.442**
☐ Schedule G _____
**Neil Levy**

3.330    **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
▮ Schedule E/F, line _____ **4.473**
☐ Schedule G _____
**Philip Fiederlein**

3.331    **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
▮ Schedule E/F, line _____ **4.477**
☐ Schedule G _____
**Philip Goldstein Living Trust 11/30/10**

3.332    **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
▮ Schedule E/F, line _____ **4.497**
☐ Schedule G _____
**Ram Gupta**

3.333    **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
▮ Schedule E/F, line _____ **4.499**
☐ Schedule G _____
**Rebecca Levy**

3.334    **227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
▮ Schedule E/F, line _____ **4.505**
☐ Schedule G _____
**Rita Levy**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.33 5
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.510**
☐ Schedule G _____
**Robert Cicero**

---

3.33 6
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.534**
☐ Schedule G _____
**Ronald Marchand**

---

3.33 7
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.539**
☐ Schedule G _____
**Ross Goldenberg**

---

3.33 8
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.550**
☐ Schedule G _____
**S.T.V. Realty, LLC**

---

3.33 9
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.570**
☐ Schedule G _____
**Scott Silberman**

---

3.34 0
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.571**
☐ Schedule G _____
**Sheldon Mann**

---

3.34 1
**227 E 67th Street Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.572**
☐ Schedule G _____
**Sheri Daniels**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

█ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.34<br>2 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.590**___<br>☐ Schedule G _____<br>**Stacy Gendels** |
|---|---|---|
| 3.34<br>3 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.599**___<br>☐ Schedule G _____<br>**Steven Engel** |
| 3.34<br>4 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.601**___<br>☐ Schedule G _____<br>**Steven Gutenplan** |
| 3.34<br>5 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.602**___<br>☐ Schedule G _____<br>**Steven Hertz** |
| 3.34<br>6 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.604**___<br>☐ Schedule G _____<br>**Steven Napoli** |
| 3.34<br>7 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.613**___<br>☐ Schedule G _____<br>**The Debra Rein Exempt GST Trust,** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
| --- | --- | --- | --- |

| ▮ | **Additional Page to List More Codebtors** |
| --- | --- |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- | --- |
| 3.348 | **227 E 67th Street Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.632__<br>☐ Schedule G _____<br>**Todd Hazelkorn** |
| 3.349 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Allan Miller** |
| 3.350 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**Attis Properties Inc** |
| 3.351 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>**B.A.T. Man LLC** |
| 3.352 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>**B.E. Kopaskie** |
| 3.353 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.116__<br>☐ Schedule G _____<br>**Carol Scibelli** |
| 3.354 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.130__<br>☐ Schedule G _____<br>**Christine Phillips** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.35<br>5 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.156**___<br>☐ Schedule G _____<br>**David & Susan Diamond** |
|---|---|---|

| 3.35<br>6 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.165**___<br>☐ Schedule G _____<br>**David Miller** |
|---|---|---|

| 3.35<br>7 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.173**___<br>☐ Schedule G _____<br>**Denise Zollo** |
|---|---|---|

| 3.35<br>8 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.180**___<br>☐ Schedule G _____<br>**Diamond Enterprises LLC** |
|---|---|---|

| 3.35<br>9 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.188**___<br>☐ Schedule G _____<br>**Donato Ciaccia** |
|---|---|---|

| 3.36<br>0 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.208**___<br>☐ Schedule G _____<br>**Elizabeth Strange** |
|---|---|---|

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36<br>1 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.212**<br>☐ Schedule G _____<br>**Ellen Goldstein Living Trust 11/30/10, E** |
| 3.36<br>2 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.214**<br>☐ Schedule G _____<br>**Erin Diamond** |
| 3.36<br>3 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.231**<br>☐ Schedule G _____<br>**Francis Carbone** |
| 3.36<br>4 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.238**<br>☐ Schedule G _____<br>**Gabriel Carbone** |
| 3.36<br>5 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.242**<br>☐ Schedule G _____<br>**Gene Greenfest** |
| 3.36<br>6 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.277**<br>☐ Schedule G _____<br>**Herminio Torres** |
| 3.36<br>7 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.302**<br>☐ Schedule G _____<br>**Jeffrey Rosenthal** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.36
8
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
▪ Schedule E/F, line ___**4.305**___
☐ Schedule G _____
**Jennifer Chervin**

---

3.36
9
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
▪ Schedule E/F, line ___**4.311**___
☐ Schedule G _____
**John & Catherine Strange Irrevocable**

---

3.37
0
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
▪ Schedule E/F, line ___**4.321**___
☐ Schedule G _____
**John Quattrochi**

---

3.37
1
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
▪ Schedule E/F, line ___**4.322**___
☐ Schedule G _____
**John Strange**

---

3.37
2
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
▪ Schedule E/F, line ___**4.336**___
☐ Schedule G _____
**Joshua & Angie Brown**

---

3.37
3
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
▪ Schedule E/F, line ___**4.341**___
☐ Schedule G _____
**Karen Greenbaum**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▆ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.37<br>4 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.342__<br>☐ Schedule G _____<br>**Karen Greenbaum** |
| 3.37<br>5 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.347__<br>☐ Schedule G _____<br>**Keith Hummel** |
| 3.37<br>6 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.350__<br>☐ Schedule G _____<br>**Kuldeepak Acharya** |
| 3.37<br>7 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.353__<br>☐ Schedule G _____<br>**Lance Kuba** |
| 3.37<br>8 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.378__<br>☐ Schedule G _____<br>**Luise Barrack** |
| 3.37<br>9 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.384__<br>☐ Schedule G _____<br>**Marc Strange** |
| 3.38<br>0 | **2800 Bruckner Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.386__<br>☐ Schedule G _____<br>**Marianne Tesler** |

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.38
1
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.421___
☐ Schedule G _____
**Michael Cirenza**

3.38
2
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.480___
☐ Schedule G _____
**Philip Malakoff**

3.38
3
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.507___
☐ Schedule G _____
**Robert Blanda**

3.38
4
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.511___
☐ Schedule G _____
**Robert Cicero**

3.38
5
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.514___
☐ Schedule G _____
**Robert Palestra**

3.38
6
**2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.521___
☐ Schedule G _____
**Robert Rosenthal**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.387 **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____**4.552**_____
☐ Schedule G _____
**Salvatore Barone**

---

3.388 **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____**4.566**_____
☐ Schedule G _____
**Scott Levine**

---

3.389 **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____**4.591**_____
☐ Schedule G _____
**Stephanie Milo**

---

3.390 **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____**4.606**_____
☐ Schedule G _____
**Steven Napoli**

---

3.391 **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____**4.614**_____
☐ Schedule G _____
**The Debra Rein Exempt GST Trust,**

---

3.392 **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____**4.622**_____
☐ Schedule G _____
**Theodore Strange**

---

3.393 **2800 Bruckner Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____**4.644**_____
☐ Schedule G _____
**Victoria Strange**

---

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.39<br>4 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>**Alyse Lefton** |
| 3.39<br>5 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>**Anita Gupta** |
| 3.39<br>6 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.54___<br>☐ Schedule G _____<br>**Attis Properties Inc** |
| 3.39<br>7 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>**Beverly Hazelkorn** |
| 3.39<br>8 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>**Bruce Azus** |
| 3.39<br>9 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.111___<br>☐ Schedule G _____<br>**Carol Merkel** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

3.40
0

**3 Sandpiper Court Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.153**
☐ Schedule G _____
**David & Rita Levy**

---

3.40
1

**3 Sandpiper Court Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.225**
☐ Schedule G _____
**Fiederlein Family LLC**

---

3.40
2

**3 Sandpiper Court Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.246**
☐ Schedule G _____
**Gerald Levy**

---

3.40
3

**3 Sandpiper Court Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.343**
☐ Schedule G _____
**Keith Hummel**

---

3.40
4

**3 Sandpiper Court Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.363**
☐ Schedule G _____
**Leonard Shendell**

---

3.40
5

**3 Sandpiper Court Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.382**
☐ Schedule G _____
**Marc Engel**

---

3.40
6

**3 Sandpiper Court Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.395**
☐ Schedule G _____
**Mark Engel**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

| ■ Additional Page to List More Codebtors | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.40<br>7 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.403**___<br>☐ Schedule G _____<br>**Matthew Engel** |
|---|---|---|
| 3.40<br>8 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.494**___<br>☐ Schedule G _____<br>**Ram Gupta** |
| 3.40<br>9 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.568**___<br>☐ Schedule G _____<br>**Scott Silberman** |
| 3.41<br>0 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.597**___<br>☐ Schedule G _____<br>**Steven Engel** |
| 3.41<br>1 | **3 Sandpiper Court Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.630**___<br>☐ Schedule G _____<br>**Todd Hazelkorn** |
| 3.41<br>2 | **3 Sandpiper Court LLC**<br>**12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.185**___<br>☐ Schedule G _____<br>**Dominick R. Pilla Associates PC** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.41<br>3 | **3 Sandpiper Court LLC**<br>**12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.303**<br>☐ Schedule G _____<br>**Jeffrey T. Butler, P.E. P.C.** |
| 3.41<br>4 | **3 Sandpiper Court LLC**<br>**12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.326**<br>☐ Schedule G _____<br>**Joseph Crocco Architect PC** |
| 3.41<br>5 | **3 Sandpiper Court LLC**<br>**12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.483**<br>☐ Schedule G _____<br>**Pilot Real Estate Group** |
| 3.41<br>6 | **3 Sandpiper Court LLC**<br>**12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.587**<br>☐ Schedule G _____<br>**Squires, Holden Weisenbacher** |
| 3.41<br>7 | **3100 Tremont Associates Inc**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.575**<br>☐ Schedule G _____<br>**Signature Bank** |
| 3.41<br>8 | **3100 Tremont Associates Inc**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.576**<br>☐ Schedule G _____<br>**Signature Bank** |
| 3.41<br>9 | **3100 Tremont Associates LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Meyer Suozzi English & Klein P.C.** |

Debtor 1  **Michael P. D'Alessio**                              Case number *(if known)*  **18-22552**

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.42
0
**3200 Tremont Associates Inc**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.577**___
☐ Schedule G _____
**Signature Bank**

---

3.42
1
**3200 Tremont Associates Inc**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.578**___
☐ Schedule G _____
**Signature Bank**

---

3.42
2
**3219 Tremont Corp.**
**12 Water Steet**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G _____
**Meyer Suozzi, English & Klein P.C.**

---

3.42
3
**3219 Tremont Corp.**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.579**___
☐ Schedule G _____
**Signature Bank**

---

3.42
4
**3219 Tremont Corp.**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.580**___
☐ Schedule G _____
**Signature Bank**

---

3.42
5
**3225 East Tremont Associates**
**LLC  12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.582**___
☐ Schedule G _____
**Signature Bank**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.42<br>6 | **3225 East Tremont Associates LLC  12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.581**___<br>☐ Schedule G _____<br>**Signature Bank** |
| 3.42<br>7 | **3225 East Tremont Associates LLC 12 Water Street Suite 24 White Plains, NY 10601** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Meyer Suozzi, English & Klein P.C.** |
| 3.42<br>8 | **323 East 53rd Associates LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.14**___<br>☐ Schedule G _____<br>**AirSeal Insulation Systems** |
| 3.42<br>9 | **323 East 53rd Associates LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.15**___<br>☐ Schedule G _____<br>**AirSeal Insulation Systems** |
| 3.43<br>0 | **323 East 53rd Associates LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.17**___<br>☐ Schedule G _____<br>**All Star Security & Communications Inc** |
| 3.43<br>1 | **323 East 53rd Associates LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.23**___<br>☐ Schedule G _____<br>**Allstate Sprinkler Corp** |
| 3.43<br>2 | **323 East 53rd Associates LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.30**___<br>☐ Schedule G _____<br>**Alyse Lefton** |

---

Schedule H: Your Codebtors

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.43
3
**323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.104**___
☐ Schedule G _____
**Carefree Air & Water Management Inc**

---

3.43
4
**323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.3**___
☐ Schedule G _____
**323 E 53rd Street Lender LLC**

---

3.43
5
**323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.139**___
☐ Schedule G _____
**Consolidated Scaffold & Bridge Corp**

---

3.43
6
**323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.146**___
☐ Schedule G _____
**Daimler Construction LLC**

---

3.43
7
**323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.186**___
☐ Schedule G _____
**Dominick R. Pilla Associates PC**

---

3.43
8
**323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.286**___
☐ Schedule G _____
**Irwin Associates Inc**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.439 **323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.287**
☐ Schedule G _____
**J.S.K. Construction Corp**

---

3.440 **323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.368**
☐ Schedule G _____
**Lippolis Electric Inc**

---

3.441 **323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.449**
☐ Schedule G _____
**New Plumbing & Heating Corp**

---

3.442 **323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.547**
☐ Schedule G _____
**S.R. Interiors, Inc**

---

3.443 **323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.626**
☐ Schedule G _____
**Times Buildings PC**

---

3.444 **323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.641**
☐ Schedule G _____
**Up Construction and Restoration Inc**

---

3.445 **323 East 53rd Associates LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.645**
☐ Schedule G _____
**Virtual Services**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.44<br>6 | **323 East 53rd Associates LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.653___<br>☐ Schedule G _____<br>**Window Fix Inc** |
| 3.44<br>7 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**Adam Fields** |
| 3.44<br>8 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>**Barbara J. Fiederlein Trust for David, D** |
| 3.44<br>9 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.81___<br>☐ Schedule G _____<br>**Beverly Griffith** |
| 3.45<br>0 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.95___<br>☐ Schedule G _____<br>**Bruce Azus** |
| 3.45<br>1 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.115___<br>☐ Schedule G _____<br>**Carol Merkel** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.45<br>2 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.118**<br>☐ Schedule G _____<br>**Caroline Graves** |
| 3.45<br>3 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.123**<br>☐ Schedule G _____<br>**Chantal Pick** |
| 3.45<br>4 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.151**<br>☐ Schedule G _____<br>**Darren Kay** |
| 3.45<br>5 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.155**<br>☐ Schedule G _____<br>**David & Susan Diamond** |
| 3.45<br>6 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.157**<br>☐ Schedule G _____<br>**David Azus** |
| 3.45<br>7 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.160**<br>☐ Schedule G _____<br>**David Cohen** |
| 3.45<br>8 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.190**<br>☐ Schedule G _____<br>**Douglas & Diane Simon** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.45
9

**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.203___
☐ Schedule G _____
**Elizabeth Armstrong**

---

3.46
0

**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.207___
☐ Schedule G _____
**Elizabeth Canzone**

---

3.46
1

**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.211___
☐ Schedule G _____
**Ellen Goldstein Living Trust 11/30/10, E**

---

3.46
2

**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.223___
☐ Schedule G _____
**Federlein Family 2012 Gift Trust, Barbar**

---

3.46
3

**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.249___
☐ Schedule G _____
**Gerald Levy**

---

3.46
4

**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.252___
☐ Schedule G _____
**Glen Irwin**

---

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.46<br>5 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.260**___<br>☐ Schedule G _____<br>**Golden Touch Investments, LLC** |
| 3.46<br>6 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.270**___<br>☐ Schedule G _____<br>**Gregory Calabro** |
| 3.46<br>7 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.282**___<br>☐ Schedule G _____<br>**Integrated Electronic Solutions Inc** |
| 3.46<br>8 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.284**___<br>☐ Schedule G _____<br>**Ira Gordon** |
| 3.46<br>9 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.298**___<br>☐ Schedule G _____<br>**Jason Lieberman** |
| 3.47<br>0 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.318**___<br>☐ Schedule G _____<br>**John Ernenwein** |
| 3.47<br>1 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.323**___<br>☐ Schedule G _____<br>**Joint Venture MBP, LLC** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **Michael P. D'Alessio**                                    Case number *(if known)*  **18-22552**

▉ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.47
2
**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.338**___
☐ Schedule G _____
**Judah Hammer**

3.47
3
**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.360**___
☐ Schedule G _____
**Lawrence Dolin**

3.47
4
**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.375**___
☐ Schedule G _____
**Lisa West**

3.47
5
**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.383**___
☐ Schedule G _____
**Marc Engel**

3.47
6
**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.391**___
☐ Schedule G _____
**Marilyn Shendell**

3.47
7
**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.399**___
☐ Schedule G _____
**Mark Engel**

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |
|---|---|---|---|---|

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| | |
|---|---|
| 3.47<br>8 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.407**___<br>☐ Schedule G _____<br>**Matthew Engel** |
| 3.47<br>9 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.412**___<br>☐ Schedule G _____<br>**Meir Milgraum** |
| 3.48<br>0 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.420**___<br>☐ Schedule G _____<br>**Michael Callari** |
| 3.48<br>1 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.426**___<br>☐ Schedule G _____<br>**Michael Kesselman** |
| 3.48<br>2 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.432**___<br>☐ Schedule G _____<br>**Michael Wurf** |
| 3.48<br>3 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.455**___<br>☐ Schedule G _____<br>**P&R Family LLC** |
| 3.48<br>4 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.459**___<br>☐ Schedule G _____<br>**PCJ Investments LLC** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.48 5 **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.460___
☐ Schedule G _____
**Pearl Halegua Family Trust**

---

3.48 6 **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.461___
☐ Schedule G _____
**Pearl Halegua Family Trust**

---

3.48 7 **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.466___
☐ Schedule G _____
**Peter Dreyfuss**

---

3.48 8 **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.468___
☐ Schedule G _____
**Peter Rosenthal**

---

3.48 9 **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.474___
☐ Schedule G _____
**Philip Fiederlein**

---

3.49 0 **323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.498___
☐ Schedule G _____
**Ram Gupta**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.49<br>1 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.504__<br>☐ Schedule G _____<br>**Richard Giliotti** |
| 3.49<br>2 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.520__<br>☐ Schedule G _____<br>**Robert Rosenthal** |
| 3.49<br>3 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.533__<br>☐ Schedule G _____<br>**Ronald Garfunkel** |
| 3.49<br>4 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.540__<br>☐ Schedule G _____<br>**Ross Goldenberg** |
| 3.49<br>5 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.551__<br>☐ Schedule G _____<br>**S.T.V. Realty, LLC** |
| 3.49<br>6 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.565__<br>☐ Schedule G _____<br>**Scott DeCarolis** |
| 3.49<br>7 | **323 East 53rd Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.595__<br>☐ Schedule G _____<br>**Steven & Lvana Alesio** |

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.49
8

**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.600**___
☐ Schedule G _____
**Steven Engel**

---

3.49
9

**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.605**___
☐ Schedule G _____
**Steven Napoli**

---

3.50
0

**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.616**___
☐ Schedule G _____
**The Hyman Cohen Revocable Trust**

---

3.50
1

**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.619**___
☐ Schedule G _____
**The Payroll Store Investments**

---

3.50
2

**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.633**___
☐ Schedule G _____
**Todd Hazelkorn**

---

3.50
3

**323 East 53rd Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
☑ Schedule E/F, line ___**4.648**___
☐ Schedule G _____
**Westminster Asset Management Corp**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▇ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.50 4 | **3600 Tremont Associates Inc**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.583__<br>☐ Schedule G _____<br>**Signature Bank** |
| 3.50 5 | **3600 Tremont Associates Inc**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.584__<br>☐ Schedule G _____<br>**Signature Bank** |
| 3.50 6 | **39 Middle Pond Road**<br>**Associates LLC  12 Water St**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.488__<br>☐ Schedule G _____<br>**Preferred Bank** |
| 3.50 7 | **41 Middle Pond Road Associates**<br>**LLC  12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.119__<br>☐ Schedule G _____<br>**Case's Creek** |
| 3.50 8 | **41-45 MPR Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>**Attis Ventures LLC** |
| 3.50 9 | **41-45 MPR Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.110__<br>☐ Schedule G _____<br>**Carol Merkel** |
| 3.51 0 | **41-45 MPR Holding LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.181__<br>☐ Schedule G _____<br>**Diane Rosenberg** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| Additional Page to List More Codebtors |
|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.51 1 | **41-45 MPR Holding LLC** **12 Water Street** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.361__ ☐ Schedule G _____ **LDSP LLC Attn: Phil Healy** |
| 3.51 2 | **41Middle Pond Road Associates** **LLC  12 Water St** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.304__ ☐ Schedule G _____ **Jeffrey T. Butler, P.E. P.C.** |
| 3.51 3 | **41Middle Pond Road Associates** **LLC  12 Water St** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.327__ ☐ Schedule G _____ **Joseph Crocco Architect PC** |
| 3.51 4 | **41Middle Pond Road Associates** **LLC  12 Water St** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.371__ ☐ Schedule G _____ **Lippolis Electric Inc** |
| 3.51 5 | **41Middle Pond Road Associates** **LLC  12 Water St** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.492__ ☐ Schedule G _____ **R. W. Behan Contracting Inc** |
| 3.51 6 | **41Middle Pond Road Associates** **LLC  12 Water St** **Suite 204** **White Plains, NY 10601** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.588__ ☐ Schedule G _____ **Squires, Holden Weisenbacher** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.51<br>7 | **41Middle Pond Road Associates LLC  12 Water St<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.636___<br>☐ Schedule G _____<br>**Twomey, Latham, Shea,** |
| 3.51<br>8 | **41Middle Pond Road Associates LLC  12 Water St<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.638___<br>☐ Schedule G _____<br>**Unity Servicing LLC** |
| 3.51<br>9 | **43 Middle Pond Road Associates LLC  12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.304___<br>☐ Schedule G _____<br>**Jeffrey T. Butler, P.E. P.C.** |
| 3.52<br>0 | **43 Middle Pond Road Associates LLC  12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.327___<br>☐ Schedule G _____<br>**Joseph Crocco Architect PC** |
| 3.52<br>1 | **43 Middle Pond Road Associates LLC  12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.371___<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.52<br>2 | **43 Middle Pond Road Associates LLC  12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.411___<br>☐ Schedule G _____<br>**Maxim Capital Group** |
| 3.52<br>3 | **43 Middle Pond Road Associates LLC  12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.588___<br>☐ Schedule G _____<br>**Squires, Holden Weisenbacher** |

Debtor 1  **Michael P. D'Alessio**                                    Case number *(if known)*  **18-22552**

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.52
4
**43 Middle Pond Road Associates**
**LLC  12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.636**___
☐ Schedule G _____
**Twomey, Latham, Shea,**

---

3.52
5
**43 Middle Pond Road Holding**
**LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.19**___
☐ Schedule G _____
**Allan Miller**

---

3.52
6
**43 Middle Pond Road Holding**
**LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.26**___
☐ Schedule G _____
**Alyse Lefton**

---

3.52
7
**43 Middle Pond Road Holding**
**LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.74**___
☐ Schedule G _____
**Barbara Vega**

---

3.52
8
**43 Middle Pond Road Holding**
**LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.119**___
☐ Schedule G _____
**Case's Creek**

---

3.52
9
**43 Middle Pond Road Holding**
**LLC 12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.168**___
☐ Schedule G _____
**David Samuels**

---

Debtor 1   **Michael P. D'Alessio**      Case number *(if known)*   **18-22552**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.53<br>0   **43 Middle Pond Road Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   __4.226__<br>☐ Schedule G _____<br>**Fiederlein Family LLC** |
| 3.53<br>1   **43 Middle Pond Road Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   __4.244__<br>☐ Schedule G _____<br>**Gerald Dolman** |
| 3.53<br>2   **43 Middle Pond Road Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   __4.275__<br>☐ Schedule G _____<br>**Herminio Torres** |
| 3.53<br>3   **43 Middle Pond Road Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   __4.344__<br>☐ Schedule G _____<br>**Keith Hummel** |
| 3.53<br>4   **43 Middle Pond Road Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   __4.364__<br>☐ Schedule G _____<br>**Lillian Fazio** |
| 3.53<br>5   **43 Middle Pond Road Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   __4.394__<br>☐ Schedule G _____<br>**Mark Engel** |
| 3.53<br>6   **43 Middle Pond Road Holding<br>LLC 12 Water Street<br>Suite 204<br>White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   __4.402__<br>☐ Schedule G _____<br>**Matthew Engel** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

| 3.53<br>7 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.419**___<br>☐ Schedule G _____<br>**Michael Callari** |
|---|---|---|

| 3.53<br>8 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.452**___<br>☐ Schedule G _____<br>**Nicholas Guerriero** |
|---|---|---|

| 3.53<br>9 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.548**___<br>☐ Schedule G _____<br>**S.T.V. Realty, LLC** |
|---|---|---|

| 3.54<br>0 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.558**___<br>☐ Schedule G _____<br>**Samantha West** |
|---|---|---|

| 3.54<br>1 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.596**___<br>☐ Schedule G _____<br>**Steven Engel** |
|---|---|---|

| 3.54<br>2 | **43 Middle Pond Road Holding**<br>**LLC 12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.607**___<br>☐ Schedule G _____<br>**Steven Samuels** |
|---|---|---|

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.54 3 | **43 Middle Pond Road Holding LLC 12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.631___ <br> ☐ Schedule G _____ <br> **Todd Hazelkorn** |
| 3.54 4 | **45 Middle Pond Road Associates LLC  12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.119___ <br> ☐ Schedule G _____ <br> **Case's Creek** |
| 3.54 5 | **45 Middle Pond Road Associates LLC  12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.304___ <br> ☐ Schedule G _____ <br> **Jeffrey T. Butler, P.E. P.C.** |
| 3.54 6 | **45 Middle Pond Road Associates LLC  12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.327___ <br> ☐ Schedule G _____ <br> **Joseph Crocco Architect PC** |
| 3.54 7 | **45 Middle Pond Road Associates LLC  12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.371___ <br> ☐ Schedule G _____ <br> **Lippolis Electric Inc** |
| 3.54 8 | **45 Middle Pond Road Associates LLC  12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.493___ <br> ☐ Schedule G _____ <br> **R. W. Behan Contracting Inc** |
| 3.54 9 | **45 Middle Pond Road Associates LLC  12 Water Street Suite 204 White Plains, NY 10601** | ☐ Schedule D, line _____ <br> ☑ Schedule E/F, line ___4.588___ <br> ☐ Schedule G _____ <br> **Squires, Holden Weisenbacher** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.55<br>0

**45 Middle Pond Road Associates**
**LLC  12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.636___
☐ Schedule G _____
**Twomey, Latham, Shea,**

---

3.55<br>1

**45 Middle Pond Road Associates**
**LLC  12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.639___
☐ Schedule G _____
**Unity Servicing LLC**

---

3.55<br>2

**937 Post Road Holding LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.320___
☐ Schedule G _____
**John Pantanelli**

---

3.55<br>3

**American Dream Realty LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.65___
☐ Schedule G _____
**Bank of America**

---

3.55<br>4

**Aspen Management Group LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.66___
☐ Schedule G _____
**Bank of America**

---

3.55<br>5

**Bluestone 163-165 LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.58___
☐ Schedule G _____
**Attis Properties Inc**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.55
6

**Bluestone 163-165 LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.85**
☐ Schedule G _____
**Bianca D'Alessio**

---

3.55
7

**Bluestone 163-165 LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.183**
☐ Schedule G _____
**Domenick Schettino**

---

3.55
8

**Bluestone 163-165 LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.349**
☐ Schedule G _____
**KMT Group**

---

3.55
9

**Bluestone 163-165 LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.445**
☐ Schedule G _____
**Neil Ptashnik**

---

3.56
0

**Bluestone 163-165 LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.470**
☐ Schedule G _____
**Phil Healy**

---

3.56
1

**Bluestone 163-165 LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.528**
☐ Schedule G _____
**Ronald & Irene D'Alessio**

---

3.56
2

**Bluestone 163-165 LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.554**
☐ Schedule G _____
**Salvatore Como**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.56
3

**Bluestone 184 LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.262___
☐ Schedule G _____
**Golden Touch Investments, LLC**

---

3.56
4

**Bluestone 53 LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.261___
☐ Schedule G _____
**Golden Touch Investments, LLC**

---

3.56
5

**Bluestone 67 LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.555___
☐ Schedule G _____
**Salvatore Como**

---

3.56
6

**Bluestone Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.423___
☐ Schedule G _____
**Michael Finamore**

---

3.56
7

**Bluestone Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.469___
☐ Schedule G _____
**Peter Rosenthal**

---

3.56
8

**Bluestone Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.522___
☐ Schedule G _____
**Robert Rosenthal**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.56<br>9 | **Bluestone Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.529**_<br>☐ Schedule G _____<br>**Ronald & Irene D'Alessio** |
| 3.57<br>0 | **Bluestone Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.556**_<br>☐ Schedule G _____<br>**Salvatore Como** |
| 3.57<br>1 | **Bluestone Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.610**_<br>☐ Schedule G _____<br>**Taylor Rice** |
| 3.57<br>2 | **Bruckner East LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.489**_<br>☐ Schedule G _____<br>**Preferred Bank** |
| 3.57<br>3 | **Bruckner Transport LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.611**_<br>☐ Schedule G _____<br>**TD Auto Finance** |
| 3.57<br>4 | **Bruckner Transport LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.612**_<br>☐ Schedule G _____<br>**TD Auto Finance** |
| 3.57<br>5 | **D'Alessio Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line _**4.67**_<br>☐ Schedule G _____<br>**Bank of America** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.576 | **D'Alessio Enterprises LLC**<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>**Bank of America** |
| 3.577 | **Katsura Consulting Group LLC**<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.490__<br>☐ Schedule G _____<br>**Preferred Bank** |
| 3.578 | **Katsura Consulting Group LLC**<br>12 Water Street<br>Suite 201<br>White Plains, NY 10601 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.658__<br>☐ Schedule G _____<br>**Yvonne Schettino** |
| 3.579 | **Magnolia Consulting LLC**<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.620__<br>☐ Schedule G _____<br>**The Westchester Bank** |
| 3.580 | **Michael Paul Enterprises LLC**<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**All Star Security & Communications Inc** |
| 3.581 | **Michael Paul Enterprises LLC**<br>12 Water Street<br>Suite 204<br>White Plains, NY 10601 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**Allstate Sprinkler Corp** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▐ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.58<br>2 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.24**__<br>☐ Schedule G _____<br>**Allstate Sprinkler Corp** |
| 3.58<br>3 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.25**__<br>☐ Schedule G _____<br>**Ally** |
| 3.58<br>4 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.69**__<br>☐ Schedule G _____<br>**Bank of America** |
| 3.58<br>5 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.86**__<br>☐ Schedule G _____<br>**Blackman Plumbing** |
| 3.58<br>6 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.87**__<br>☐ Schedule G _____<br>**Blue Tarp Financial Inc** |
| 3.58<br>7 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.90**__<br>☐ Schedule G _____<br>**Boston Road Equipment Rental** |
| 3.58<br>8 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.91**__<br>☐ Schedule G _____<br>**Braga Hardwood Flooring Inc** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.58
9

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.93___
☐ Schedule G _____
**Bridgehampton National Bank**

3.59
0

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.100___
☐ Schedule G _____
**Cancos Tile and Stone**

3.59
1

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.101___
☐ Schedule G _____
**Cancos Tile and Stone**

3.59
2

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.103___
☐ Schedule G _____
**Capital Industries Corp**

3.59
3

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.104___
☐ Schedule G _____
**Carefree Air & Water Management Inc**

3.59
4

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.105___
☐ Schedule G _____
**Carefree Air & Water Management Inc**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.59 5 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.106___<br>☐ Schedule G _____<br>**Carefree Air & Water Management Inc** |
| 3.59 6 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.119___<br>☐ Schedule G _____<br>**Case's Creek** |
| 3.59 7 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.120___<br>☐ Schedule G _____<br>**Celtic Services NYC Inc** |
| 3.59 8 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.132___<br>☐ Schedule G _____<br>**City Ironsmith Corp** |
| 3.59 9 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.133___<br>☐ Schedule G _____<br>**City Ironsmith Corp** |
| 3.60 0 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.139___<br>☐ Schedule G _____<br>**Consolidated Scaffold & Bridge Corp** |
| 3.60 1 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.144___<br>☐ Schedule G _____<br>**Daimler Construction LLC** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.60
2

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.145___
☐ Schedule G _____
**Daimler Construction LLC**

3.60
3

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.146___
☐ Schedule G _____
**Daimler Construction LLC**

3.60
4

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.149___
☐ Schedule G _____
**Danisi Energy Company**

3.60
5

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.172___
☐ Schedule G _____
**Decorama Building & Plumbing Supply Inc**

3.60
6

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.175___
☐ Schedule G _____
**Despatch of Southampton M & S LLC**

3.60
7

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.184___
☐ Schedule G _____
**Dominick R. Pilla Associates PC**

| Debtor 1 | **Michael P. D'Alessio** | Case number (if known) | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.608 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.185__<br>☐ Schedule G _____<br>**Dominick R. Pilla Associates PC** |
| 3.609 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.186__<br>☐ Schedule G _____<br>**Dominick R. Pilla Associates PC** |
| 3.610 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.196__<br>☐ Schedule G _____<br>**Dynaire Corporation** |
| 3.611 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.199__<br>☐ Schedule G _____<br>**East End Country Kitchens Cabinets Inc** |
| 3.612 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.200__<br>☐ Schedule G _____<br>**Eastern Metal Works Inc** |
| 3.613 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.202__<br>☐ Schedule G _____<br>**Edge & Corner Tile & Marble** |
| 3.614 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.215__<br>☐ Schedule G _____<br>**Erwin & Bielinski, PLLC** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.61 5

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.224___
☐ Schedule G _____
**Feldman Lumber**

---

3.61 6

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.229___
☐ Schedule G _____
**Fort Cica**

---

3.61 7

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.230___
☐ Schedule G _____
**Fort Cica**

---

3.61 8

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.237___
☐ Schedule G _____
**Gabor M. Szakal Consulting Engineers, P.**

---

3.61 9

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.239___
☐ Schedule G _____
**Gabriel E. Senor, P.C.**

---

3.62 0

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.241___
☐ Schedule G _____
**GC Warehouse LLC**

---

Debtor 1   **Michael P. D'Alessio**                              Case number *(if known)*   **18-22552**

---

▌ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.62
1   **Michael Paul Enterprises LLC**
    **12 Water Street**
    **Suite 204**
    **White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.243**
☐ Schedule G _____
**GeoLand Corp**

---

3.62
2   **Michael Paul Enterprises LLC**
    **12 Water Street**
    **Suite 204**
    **White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.255**
☐ Schedule G _____
**GM Financial Leasing**

---

3.62
3   **Michael Paul Enterprises LLC**
    **12 Water Street**
    **Suite 204**
    **White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.256**
☐ Schedule G _____
**GM Financial Leasing**

---

3.62
4   **Michael Paul Enterprises LLC**
    **12 Water Street**
    **Suite 204**
    **White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.257**
☐ Schedule G _____
**GM Financial Leasing**

---

3.62
5   **Michael Paul Enterprises LLC**
    **12 Water Street**
    **Suite 204**
    **White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.267**
☐ Schedule G _____
**Greater Hudson Bank**

---

3.62
6   **Michael Paul Enterprises LLC**
    **12 Water Street**
    **Suite 204**
    **White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.279**
☐ Schedule G _____
**Hilti Inc**

---

3.62
7   **Michael Paul Enterprises LLC**
    **12 Water Street**
    **Suite 204**
    **White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.280**
☐ Schedule G _____
**Infiniti Financial Services**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.62<br>8
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.287**___
☐ Schedule G _____
**J.S.K. Construction Corp**

3.62<br>9
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.293**___
☐ Schedule G _____
**Janovic**

3.63<br>0
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.303**___
☐ Schedule G _____
**Jeffrey T. Butler, P.E. P.C.**

3.63<br>1
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.309**___
☐ Schedule G _____
**Jilco Window Corp**

3.63<br>2
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.328**___
☐ Schedule G _____
**Joseph Crocco Architect PC**

3.63<br>3
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.362**___
☐ Schedule G _____
**Leiberts Royal Green**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

| | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.63<br>4 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.367**<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.63<br>5 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.368**<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.63<br>6 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.369**<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.63<br>7 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.370**<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.63<br>8 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.371**<br>☐ Schedule G _____<br>**Lippolis Electric Inc** |
| 3.63<br>9 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.401**<br>☐ Schedule G _____<br>**Masters Exterminating & Pest Control Inc** |
| 3.64<br>0 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.414**<br>☐ Schedule G _____<br>**Mercedes Benz Financial Svc** |

Debtor 1   **Michael P. D'Alessio**                                   Case number *(if known)*   **18-22552**

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.64
1
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.415___
☐ Schedule G _____
**Mercedes Benz Financial Svc**

3.64
2
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.436___
☐ Schedule G _____
**Mr. John Inc**

3.64
3
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.448___
☐ Schedule G _____
**New Plumbing & Heating Corp**

3.64
4
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.449___
☐ Schedule G _____
**New Plumbing & Heating Corp**

3.64
5
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.450___
☐ Schedule G _____
**New Plumbing & Heating Corp**

3.64
6
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.451___
☐ Schedule G _____
**NFR/SO**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

 **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.647 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.456__<br>☐ Schedule G _____<br>**P.S. Electrical Contracting Corp** |
| 3.648 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.484__<br>☐ Schedule G _____<br>**Planet Waste Services Inc** |
| 3.649 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.485__<br>☐ Schedule G _____<br>**Ponce DeLeon Bank** |
| 3.650 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.491__<br>☐ Schedule G _____<br>**Pro Glass Solutions Corp** |
| 3.651 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.492__<br>☐ Schedule G _____<br>**R. W. Behan Contracting Inc** |
| 3.652 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.493__<br>☐ Schedule G _____<br>**R. W. Behan Contracting Inc** |
| 3.653 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.500__<br>☐ Schedule G _____<br>**Regional Testing Corp** |

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.65
4

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.527__
☐ Schedule G _____
**Rogliano Construction**

3.65
5

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.544__
☐ Schedule G _____
**Rufo A. Arias Corp**

3.65
6

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.545__
☐ Schedule G _____
**RVB Construction Inc**

3.65
7

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.546__
☐ Schedule G _____
**RVB Construction Inc**

3.65
8

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.547__
☐ Schedule G _____
**S.R. Interiors, Inc**

3.65
9

**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.586__
☐ Schedule G _____
**SLC Construction Inc**

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

---

| | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.66<br>0 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.587__<br>☐ Schedule G  _____<br>**Squires, Holden Weisenbacher** |
| 3.66<br>1 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.588__<br>☐ Schedule G  _____<br>**Squires, Holden Weisenbacher** |
| 3.66<br>2 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.594__<br>☐ Schedule G  _____<br>**Sterling National Bank** |
| 3.66<br>3 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.609__<br>☐ Schedule G  _____<br>**Tamarack Country Club** |
| 3.66<br>4 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.621__<br>☐ Schedule G  _____<br>**The Westchester Bank** |
| 3.66<br>5 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.625__<br>☐ Schedule G  _____<br>**ThyssenKrupp Elevator Americas** |
| 3.66<br>6 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  __4.626__<br>☐ Schedule G  _____<br>**Times Buildings PC** |

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

⬛ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.66 7
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
⬛ Schedule E/F, line ___4.634___
☐ Schedule G _____
**Total Comfort Inc**

3.66 8
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
⬛ Schedule E/F, line ___4.635___
☐ Schedule G _____
**Tuchman, Korngold, Weiss,**

3.66 9
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
⬛ Schedule E/F, line ___4.636___
☐ Schedule G _____
**Twomey, Latham, Shea,**

3.67 0
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
⬛ Schedule E/F, line ___4.637___
☐ Schedule G _____
**United Overhead Door Corp**

3.67 1
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
⬛ Schedule E/F, line ___4.641___
☐ Schedule G _____
**Up Construction and Restoration Inc**

3.67 2
**Michael Paul Enterprises LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
⬛ Schedule E/F, line ___4.642___
☐ Schedule G _____
**Vail Associates Architects**

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.67<br>3 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.643**<br>☐ Schedule G _____<br>**Vail Associates Architects** |
| 3.67<br>4 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.645**<br>☐ Schedule G _____<br>**Virtual Services** |
| 3.67<br>5 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.647**<br>☐ Schedule G _____<br>**Wayside Fence Co** |
| 3.67<br>6 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.653**<br>☐ Schedule G _____<br>**Window Fix Inc** |
| 3.67<br>7 | **Michael Paul Enterprises LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.655**<br>☐ Schedule G _____<br>**Yorkshire Stone Inc** |
| 3.67<br>8 | **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.56**<br>☐ Schedule G _____<br>**Attis Properties Inc** |
| 3.67<br>9 | **Purchase Capital Partners LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line   **4.79**<br>☐ Schedule G _____<br>**Barry Ipp** |

Debtor 1  **Michael P. D'Alessio**

Case number *(if known)*  **18-22552**

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.68
0

**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.189**___
☐ Schedule G _____
**Donato Ciaccia**

3.68
1

**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.232**___
☐ Schedule G _____
**Francis Carbone**

3.68
2

**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.250**___
☐ Schedule G _____
**Gianbattista Davi**

3.68
3

**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.265**___
☐ Schedule G _____
**Grazia DeFranco**

3.68
4

**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.310**___
☐ Schedule G _____
**Joanna Blum**

3.68
5

**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.348**___
☐ Schedule G _____
**Keith Hummel**

Debtor 1   **Michael P. D'Alessio**                                Case number *(if known)*   **18-22552**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.68
6
**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.352**
☐ Schedule G _____
**Kurt Voellmicke**

---

3.68
7
**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.354**
☐ Schedule G _____
**Lance Kuba**

---

3.68
8
**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.355**
☐ Schedule G _____
**Laurie Waters**

---

3.68
9
**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.387**
☐ Schedule G _____
**Marianne Tesler**

---

3.69
0
**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.418**
☐ Schedule G _____
**Michael Burden**

---

3.69
1
**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.446**
☐ Schedule G _____
**Neil Ptashnik**

---

3.69
2
**Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.481**
☐ Schedule G _____
**Philippe Tesler**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|

3.69 3 **Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.508**
☐ Schedule G _____
**Robert Blanda**

---

3.69 4 **Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.515**
☐ Schedule G _____
**Robert Palestra**

---

3.69 5 **Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.543**
☐ Schedule G _____
**Ross Weissman**

---

3.69 6 **Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.567**
☐ Schedule G _____
**Scott Levine**

---

3.69 7 **Purchase Capital Partners LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.623**
☐ Schedule G _____
**Theodore Strange**

---

3.69 8 **Schurz 9 LLC**
**12 Water Street**
**Suite 204**
**White Plains, NY 10601**

☐ Schedule D, line _____
■ Schedule E/F, line _____ **4.266**
☐ Schedule G _____
**Greater Hudson Bank**

---

| Debtor 1 | **Michael P. D'Alessio** | Case number *(if known)* | **18-22552** |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.69<br>9 | **Schurz Avenue Development LLC**<br>**12 Water Street**<br>**Suite 204**<br>**White Plains, NY 10601** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.92__<br>☐ Schedule G _____<br>**Bridgehampton National Bank** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Michael P. D'Alessio** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (If known) | **18-22552** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | General contractor | |
| | Employer's name | Michael Paul Enterprises LLC | |
| | Employer's address | 12 Water Street<br>Suite 204<br>White Plains, NY 10601 | |
| | How long employed there? | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $ 0.00 | $ N/A |

Debtor 1   **Michael P. D'Alessio**                    Case number (*if known*)   **18-22552**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ N/A |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ N/A |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 0.00 + $ N/A | = $ 0.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____                    11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                    12.  $ 0.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:   **Debtor expects to earn income from future development activities**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Michael P. D'Alessio** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (If known) | **18-22552** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | Daughter | 22 | ■ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4. $     **5,666.00**

   **If not included in line 4:**

   4a.   Real estate taxes      4a. $     **0.00**
   4b.   Property, homeowner's, or renter's insurance      4b. $     **0.00**
   4c.   Home maintenance, repair, and upkeep expenses      4c. $     **0.00**
   4d.   Homeowner's association or condominium dues      4d. $     **0.00**
5. **Additional mortgage payments for your residence,** such as home equity loans      5. $     **0.00**

Debtor 1   **Michael P. D'Alessio**                                    Case number (if known)   **18-22552**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 360.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 800.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 250.00 |
| 10. | **Personal care products and services** | | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | 12. $ | 150.00 |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 0.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 3,600.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | 0.00 |
| | Specify: | | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 10,926.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | 10,926.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 10,926.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | -10,926.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.   | Explain here: |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael P. D'Alessio** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | 18-22552 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Michael P. D'Alessio**                          X _____
**Michael P. D'Alessio**                                        Signature of Debtor 2
Signature of Debtor 1

Date  **May 30, 2018**                                       Date _____

Official Form 106Dec              Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael P. D'Alessio** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | 18-22552 | | |
| (if known) | | | |

☐ Check if this is an
  amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☐  Married
    ■  Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐  No
    ■  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **1 Katsura Drive Purchase, NY 10577** | From-To: **02/2015 - 10/2017** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■  No
    ☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $31,200.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio** _____    Case number *(if known)*  **18-22552**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$124,800.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | **$124,800.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | **K1 Income** | **$408,627.00** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | **K1 Income** | **$614,096.00** | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ■ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ■ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1   **Michael P. D'Alessio**                                     Case number *(if known)*   **18-22552**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Throgs Neck Debt LLC**<br>**c/o Bluestone Group**<br>**225 Broadway, 32nd Fl.**<br>**New York, NY 10007** | **3/1, 3/23, 3/28, 4/1.** | **$1,869,960.4 7** | **$1,265,857.7 3** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☐  No
    ■  Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Carolyn D'Alessio**<br>**21 D'Alessio Court**<br>**Scarsdale, NY 10583** | **04/01/2017 -**<br>**04/01/2018** | **$43,200.00** | **$10,800.00** | **Child support** |
| **Yvonne Schettino - D'Alessio**<br>**20 Scott Circle**<br>**Purchase, NY 10577** | **12/18/17** | **$0.00** | **$0.00** | **Divorce Judgement-**<br>**Transfer of debtor's**<br>**interest in 3200 Tremont**<br>**Associates Inc and 3600**<br>**Tremont Associates Inc** |
| **Yvonne Schettino - D'Alessio**<br>**20 Scott Circle**<br>**Purchase, NY 10577** | **12/18/17** | **$191,150.00** | **$408,850.00** | **Debtor caused Scott**<br>**Consultants II LLC to**<br>**convey proceeds of sale of**<br>**real property located at 20**<br>**Scott Circle, Purchase, NY.**<br>**Divorce Judgement** |
| **Yvonne Schettino - D'Alessio**<br>**20 Scott Circle**<br>**Purchase, NY 10577** | **12/18/17** | **$0.00** | **$970,000.00** | **Debtor caused Katsura**<br>**Consulting Group LLC to**<br>**convey mortgage for**<br>**$970,000 to Yvonne to**<br>**secure debtors obligation**<br>**to pay 40% net proceeds of**<br>**sale of Katsura.**<br>**Divorce Judgement** |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■  No
    ☐  Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Debtor 1 | **Michael P. D'Alessio** | | Case number *(if known)* | **18-22552** |

---

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection actions, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Rella Fogliano, Marilyn Shendell, Attis Properties Inc, Glen Feller, Joshua Brown, Angie Brown, Philip Goldstein, Ellen Goldstein & Sanley Company**<br>**v.**<br>**145-147 East 62nd Street Holding LLC, 145-147 East 62nd Street Associates LLC, Michael P. D'Alessio, Anthony Carbone, Michael Paul Enterprises LLC and FCP 145 Holding LLC**<br>**53635/2018** | | **Supreme Court, Weschester County**<br>**111 Dr. Martin Luther King Jr. Blvd.**<br>**White Plains, NY 10601** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Rella Fogliano, Joseph Breda, Marilyn Shendell & Attis Properties Inc, RNG WEA LLC, Jacqueline Martinez, Douglas Scibelli, Joshua Brown, Angie Brown, Philip Goldstein, Ellen Goldstein, Robert Cicero, Keith Hummel & Philip Healy**<br>**v.**<br>**163-165 East 62nd Street Holding LLC & Bluestone 163-165 LLC, Michael Paul D'Alessio, Michael Paul Enterprises LLC and 163-165 East 62nd Associates LLC,**<br>**53540/2018** | | **Supreme Court, Westchester County**<br>**111 Dr. Martin Luther King Jr. Blvd.**<br>**White Plains, NY 10601** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **East 64th Street Realty Partners LLV**<br>**v.**<br>**184 East 64th Street Holding LLC & Bluestone 184 LLC, Michael Paul D'Alessio, Michael Paul Enterprises LLC and 184 East 64th Associates LLC**<br>**53547/2018** | | **Supreme Court, Westchester County**<br>**111 Dr. Martin Luther King Jr. Blvd.**<br>**White Plains, NY 10601** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Michael P. D'Alessio**    Case number *(if known)*    **18-22552**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Stacey Gendels, Bonni Stanley, Marilyn Shendell, Attis Properties Inc, Philip Goldstein, Ellen Goldstein Robert Cicero & Keith Hummel**<br>**v.**<br>**227 E 67th Street Holding LLC & Bluestone 67 LLC, Michael Paul D'Alessio, Michael Paul Enterprises LLC and 227 East 67th Associates LLC**<br>**53520/2018** | | **Supreme Court, Westchester County**<br>**111 Dr. Martin Luther King Jr. Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ronald Marchand Jr.**<br>**v.**<br>**227 E. 67th Street Holding LLC, Michael P. D'Alessio**<br>**613617/2017** | | **Supreme Court, New York County**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **The Mautner-Glick Profit Corp. Sharing Plans, Individually and Deivatively on Behalf of 184 East 64th Street Holding LLC and 227 East 67th Holding LLC**<br>**v.**<br>**Michael Paul D'Alessio, Michael Paul Enterprises, 184 East 64th Street Holding LLC, 184 East 64th Street Associates LLC, Bluestone 184 LLC, 227 East 67th Street Holding LLC and 227 East 67th Street Associates LLC**<br>**651184/2018** | | **Supreme Court, New York County**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **BNB Bank, as successor-in-interest to Bridgehampton National Bank**<br>**v.**<br>**Michael Paul Enterprises LLC and Michael D'Alessio**<br>**604688/2018** | | **Supreme Court, County of Suffolk**<br>**1 Court Street**<br>**Riverhead, NY 11901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **KMT Group LLC**<br>**v.**<br>**Bluestone 163-165 LLC and Michael P. D'Alessio**<br>**604933/2018** | | **Supreme Court, County of Suffolk**<br>**1 Court Street**<br>**Riverhead, NY 11901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Lawrence L. Moulton and Margaret J. Moulton**<br>**v.**<br>**Michael D'Alessio and Four Seasons Sotheby's International Realty** | Breach of real estate purchase agreement | **Superior Court Windham Unit Vermont**<br>**7 Court Street**<br>**Newfane, VT 05345** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Michael P. D'Alessio**                                                    Case number *(if known)*    **18-22552**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **The Westchester Bank**<br>**v.**<br>**Michael P. D'Alessio A/K/A Michael**<br>**P. Dalessio and Michael Paul**<br>**Enterprises LLC**<br>**53400/2018** | | **Supreme Court,**<br>**Westchester County**<br>**111 Dr. Martin Luther King**<br>**Jr. Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Herminio Torres and Barbara Vega**<br>**v.**<br>**Michael P. D'Alessio, Michael Paul**<br>**Enterprises LLC, 163-165 East**<br>**62nd Street Holding LLC, 163-165**<br>**East 62nd Street Associates LLC,**<br>**Bluestone 163-165 LLC, 43 Middle**<br>**Pond Road LLC, 43 Middle Pond**<br>**Road Holding LLC**<br>**651423/2018** | | **Supreme Court, New York**<br>**County**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Attis Prperties Inc, Keith Hummel &**<br>**Philip Healy**<br>**v.**<br>**41-45 MPR Holding LLC, 41 Middle**<br>**Pond Road Associates LLC, 43**<br>**Middle Pond Road Associates LLC,**<br>**45 Middle Pond Road Associates**<br>**LLC, Michael Paul D'Alessio,**<br>**Michael Paul Enterprises LLC &**<br>**3700 Tremont Associates Inc**<br>**54513/2018** | | **Supreme Court,**<br>**Westchester County**<br>**111 Dr. Martin Luther King**<br>**Jr. Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Marilyn Shendell, Attis Properties**<br>**Inc & Keith Hummel**<br>**v.**<br>**3 Sandpiper Court Holding LLC, 3**<br>**Sandpiper Court LLC, Michael Paul**<br>**D'Alessio, Michael Paul**<br>**Enterprises LLC & Bluestone**<br>**Sandpiper LLC**<br>**54501/2018** | | **Supreme Court,**<br>**Westchester County**<br>**111 Dr. Martin Luther King**<br>**Jr. Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Planned Security Services Inc**<br>**v.**<br>**Michael Paul D'Alessio, Michael**<br>**Paul Enterprises LLC, 336 East 54**<br>**Street Associates LLC, 336 East 54**<br>**Street Associates Holding LLC**<br>**Docket No.: ESX-L-2709-17** | **Breach of contract**<br>**for services**<br>**rendered and**<br>**disputed by**<br>**Michael Paul**<br>**D'Alessio** | **Supreme Court Essex**<br>**County**<br>**50 W Market St**<br>**Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Attis Properties Inc, Joshua**<br>**Brown, Angie Brown, Philip**<br>**Goldstein, Ellen Goldstein &**<br>**Sanley Company**<br>**vs.**<br>**15-17 Circle Holding LLC, 15 Circle**<br>**Rd-MBI LLC, 17 Circle Rd-MBI LLC,**<br>**Michael P. D'Alessio, William**<br>**Orrico, Michael Paul Enterprises**<br>**LLC & MBI Partners LLC**<br>**54583/2018** | | **Supreme Court, County of**<br>**Westchester**<br>**111 Dr. Martin Luther King**<br>**Jr. Blvd.**<br>**White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                    Case number *(if known)*    **18-22552**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa Vs. Michael P. D'Alessio ATL-L-531-18** | | **Superior Court NJ, Atlantic County 1201 Bacharach Blvd. Atlantic City, NJ 08401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Preferred Bank vs. 184 East 64th Street Associates LLC, W Financial Fund LP, North American Mortgage Company, Carefree Air & Water Management, Inc., City Ironsmith Corporation, Michael D'Alessio and John Does One through John Does Ten 850122-2018** | | **Supreme Court, County of New York 60 Centre Street White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Preferred Bank vs. 227 E 67th Street Associates LLC, Maxim Credit Group LLC, Michael D'Alessio and John Does One through John Does Ten 850123-2018** | | **Supreme Court, County of New York 60 Centre Street White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ponce Bank, formerly known as Ponce De Leon Federal Bank v. Michael Paul Enterprises LLC & Michael P. D'Alessio Index: 56085/2018** | | **Supreme Court, County of Westchester 111 Dr. Martin Luther King Blvd. White Plains, NY 10601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Preferred Bank v. 39 Middle Pond Road Associates LLC, Michael P. D'Alessio and John Does One through John Does Ten Index No.: 608873/2018** | **Foreclosure** | **Supreme Court, County of Suffork 1 Court Street Riverhead, NY 11901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☐ No
■ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| **The Westchester Bank 12 Water Street White Plains, NY 10601** | Last 4 digits of account number: __3474__ | 03/07/2018 | $773.54 |

Debtor 1    **Michael P. D'Alessio**

Case number *(if known)*    18-22552

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| **The Westchester Bank**<br>**12 Water Street**<br>**White Plains, NY 10601** | Last 4 digits of account number:   __3417__ | 03/07/2018 | $515.36 |
| **The Westchester Bank**<br>**12 Water Street**<br>**White Plains, NY 10601** | Last 4 digits of account number:   __3508__ | 03/07/2018 | $491.77 |
| **The Westchester Bank**<br>**12 Water Street**<br>**White Plains, NY 10601** | Last 4 digits of account number:   __261__ | 03/07/2018 | $941.91 |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No

☐ Yes

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No

☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

■ No

☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1   **Michael P. D'Alessio**                                    Case number *(if known)*   **18-22552**

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Irene & Ronald D'Alessio**<br>**55 North Broadway**<br>**Apt. 2-9**<br>**White Plains, NY 10601**<br><br>**Parents** | **Membership Interest in Magnolia Consulting LLC** | **$200,000.00 - Paid down from Promissory Note** | **05/05/2017** |
| **Ronald D'Alessio**<br>**4 Wendover Road**<br>**Eastchester, NY 10709**<br><br>**Brother** | **Membership Interest in Schurz Avenue Development LLC** | **50,000.00** | **3/27/18** |
| **Ronald D'Alessio**<br>**4 Wendover Road**<br>**Eastchester, NY 10709**<br><br>**Brother** | **Membership Interest in Schurz 9 LLC** | **50,000.00** | **3/27/18** |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☐ No
- ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                     Case number (*if known*)    __18-22552__

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of America 1107 Third Avenue New York, NY 10065** | XXXX-0758 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 04/04/2018 | $106,544.94 |
| **Sun Trust 4899 N Federal Hwy Boca Raton, FL 33431** | XXXX-0000 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 04/04/2018 | $15,018.41 |
| **Chase 1100 Third Avenue New York, NY 10065** | XXXX-2386 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 04/04/2018 | $3,353.82 |
| **Citibank, N.A. 1078 Third Avenue New York, NY 10065** | XXXX-4388 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 04/04/2018 | $44,467.94 |
| **TD Ameritrade Clearing P.O. Box 2226 Omaha, NE 68103** | XXXX-1905 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 04/04/2018 | $15,311.03 |
| **Iberia Bank 1180 N Federal Hwy Boca Raton, FL 33432** | XXXX-8156 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 04/04/2018 | $14,003.49 |
| **The Westchester Bank 12 Water Street White Plains, NY 10601** | XXXX-6718 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 02/15/2018 | $20.79 |
| **Floridian Community Bank 140 N. Federal Hwy Boca Raton, FL 33432** | XXXX-0461 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | 4/03/18 | $14,852.55 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Debtor 1   **Michael P. D'Alessio** _____   Case number *(if known)*   **18-22552**

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Paradise Bank**<br>**2420 N. Federal Hwy**<br>**Boca Raton, FL 33431** | XXXX-5922 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/2/18** | **$9,999.04** |
| **TD Bank**<br>**1091 Third Avenue**<br>**New York, NY 10065** | XXXX-0581 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/02/18** | **$106,790.71** |
| **Suma Federal Credit Union**<br>**125 Corporate Blvd.**<br>**Yonkers, NY 10701** | XXXX-502 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/11/18** | **$882.45** |
| **Santander Bank**<br>**1062 Third Ave.**<br>**New York, NY 10065** | XXXX-1420 | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/11/18** | **$3,359.92** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|
| **SunTrust**<br>**4899 N Federal Hwy**<br>**Boca Raton, FL 33431** | **Michael P. D'Alessio** | **Empty** | ☐ No<br>■ Yes |
| **Iberia Bank**<br>**1180 N Federal Hwy**<br>**Boca Raton, FL 33432** | **Michael P. D'Alessio** | **Empty** | ☐ No<br>■ Yes |
| **Floridian Community Bank**<br>**140 N. Federal Hwy**<br>**Boca Raton, FL 33432** | **Michael P. D'Alessio** | **Empty** | ☐ No<br>■ Yes |
| **Paradise Bank**<br>**2420 N. Federal Hwy**<br>**Boca Raton, FL 33431** | **Michael P. D'Alessio** | **Empty** | ☐ No<br>■ Yes |
| **TD Bank**<br>**1091 Third Avenue**<br>**New York, NY 10065** | **Michael P. D'Alessio** | **Empty** | ☐ No<br>■ Yes |

Debtor 1    **Michael P. D'Alessio**    Case number (*if known*)    **18-22552**

---

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

---

Debtor 1    **Michael P. D'Alessio** _____    Case number *(if known)*    **18-22552**

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No.** None of the above applies. Go to Part 12.

■ **Yes.** Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **See attached.** | | EIN:<br><br>From-To |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**

■ **Yes.** Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **The Westchester Bank<br>12 Water Street<br>White Plains, NY 10601** | |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Michael P. D'Alessio** _____    _____
**Michael P. D'Alessio**    **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **May 30, 2018** _____    Date    _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
■ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| | Name of Entity | Business Address | Nature Of Business | Accountant | Tax ID | Dates Existed | |
|---|---|---|---|---|---|---|---|
| 1 | 3100 Tremont Associates Inc | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 13-4100155 | Feb-00 | Current |
| 2 | 3200 Tremont Associates Inc | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 13-4002554 | Apr-98 | 12/18/2017 |
| 3 | 3219 Tremont Corp. | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 13-3790693 | May-94 | Current |
| 4 | 3600 Tremont Associates Inc | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 13-3988314 | Jan-98 | 12/18/2017 |
| 5 | 3700 Tremont Associates Inc | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 13-4055547 | Mar-99 | Current |
| 6 | Raymond Peters Holding Corp. | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 13-4146238 | Dec-00 | Current |
| 7 | Ski Ya Later Inc | 12 Water Street, Suite 204 White Plains, NY 10601 | | Anthony Capeci | 81-3268554 | Jul-16 | Current |
| 6 | 3 Sandpiper Court Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2870224 | Jun-16 | Current |
| 7 | 3 Sandpiper Court LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2451138 | Mar-16 | Current |
| 8 | 5D Freestyle Circle Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1889962 | Jun-17 | Current |
| 9 | 15 Circle Road - MBI LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-0838221 | Mar-18 | Current |
| 10 | 15-17 Circle Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-0954873 | Mar-18 | Current |
| 11 | 17 Circle Road - MBI LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-0783360 | Mar-18 | Current |

| 12 | 28 Middle Pond Road Associates, LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1679627 | Aug-14 | Current |
| 13 | 28 Middle Pond Road Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1695485 | Aug-14 | Current |
| 14 | 39 Middle Pond Road Associates, LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1706117 | Aug-14 | Current |
| 15 | 39 Middle Pond Road Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1713018 | Aug-14 | Current |
| 16 | 39-43 Middle Pond Road Associates | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2686786 | Sep-17 | Current |
| 17 | 39-43 Middle Pond Road Holding, L | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2700165 | Sep-17 | Current |
| 18 | 41 Middle Pond Road Associates, LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1206307 | Apr-17 | Current |
| 19 | 41-43 Middle Pond Road Holding LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2753782 | Sep-17 | Current |
| 20 | 41-45 MPR Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2801400 | Sep-17 | Current |
| 21 | 41-45 MPR Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2781431 | Sep-17 | Current |
| 22 | 43 Middle Pond Road Associates LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-3986005 | Sep-16 | Current |

| 23 | 43 Middle Pond Road Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-4430915 | Nov-16 | Current |
| 24 | 45 Middle Pond Road Associates LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1702551 | May-17 | Current |
| 25 | 69 Little Neck Road Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2955274 | Jun-16 | Current |
| 26 | 69 Little Neck Road LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2621018 | May-16 | Current |
| 27 | 145-147 East 62nd Street Associates | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Daniel Rifkin | 81-2985763 | Jun-16 | Current |
| 28 | 145-147 East 62nd Street Holding LL | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Daniel Rifkin | 81-2969585 | Jun-16 | Current |
| 29 | 161 - 167 East 62nd Street Associate | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4483911 | Jul-15 | Current |
| 30 | 161 - 167 East 62nd Street Holding I | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4505501 | Jul-15 | Current |
| 31 | 163 - 165 East 62nd Street Associate | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4090042 | May-15 | Current |
| 32 | 163 - 165 East 62nd Street Holding I | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4102688 | May-15 | Current |
| 33 | 167 East 62nd Street Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-4705138 | Dec-16 | Current |

| 34 | 184 East 64th Street Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3709163 | Apr-15 | Current |
| 35 | 184 East 64th Street Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3693516 | Apr-15 | Current |
| 36 | 225 East 81 Street Associates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 46-2587863 | Apr-13 | Current |
| 37 | 227 E 67PH LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-4447505 | Nov-16 | Current |
| 38 | 227 E 67th Street Associates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1336728 | Jul-14 | Current |
| 39 | 227 E 67th Street Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1345591 | Jul-14 | Current |
| 40 | 230 E 63rd  Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 45-4967162 | Mar-12 | Current |
| 41 | 323 East 53rd Associates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-2887974 | Jan-15 | Current |
| 42 | 323 East 53rd Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-2867555 | Jan-15 | Current |
| 43 | 554 E 82nd Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 46-0961473 | Sep-12 | Current |
| 44 | 937 Post Road Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-5324495 | Feb-17 | Current |

| 45 | 937 Post Road Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-5378895 | Feb-17 | Current |
| 46 | 2299 W Silver Palm Associates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3422290 | Mar-15 | Current |
| 47 | 2299 W Silver Palm Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3387955 | Mar-15 | Current |
| 48 | 2627 Webster Ave Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1620710 | May-17 | Current |
| 49 | 2627 Webster Ave Holdings LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1652679 | May-17 | Current |
| 50 | 2667 N Ocean Boulevard I201 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-5100540 | Jan-17 | Current |
| 51 | 2667 N Ocean Boulevard I203 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2860706 | Jun-16 | Current |
| 52 | 2667 N Ocean Boulevard I208 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2892246 | Jun-16 | Current |
| 53 | 2701 N Ocean Boulevard E605 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-1752047 | Feb-16 | Current |
| 54 | 2707 N Ocean Boulevard D405 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-1486285 | Feb-16 | Current |
| 55 | 2800 Bruckner Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2203690 | Jul-17 | Current |

| 56 | 2800 Bruckner Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2235428 | Jul-17 | Current |
| 57 | 3225 East Tremont Associates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3434930 | Jan-15 | Current |
| 58 | 3225 East Tremont Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3378415 | Mar-15 | Current |
| 59 | 4300 Purchase Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2817737 | Sep-17 | Current |
| 60 | 3800 Tremont Assocaites LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-4277419 | Oct-16 | Current |
| 61 | A & G Realty Consultants, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3401308 | Mar-15 | Current |
| 62 | American Dream Realty, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate Cor | Anthony Capeci | 13-4131163 | Jan-00 | 1/15/2018 |
| 63 | Aspen Management Group, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Property Manag | Anthony Capeci | 20-5871111 | Nov-06 | 1/15/2018 |
| 64 | Beechwood 5 Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-4062152 | Oct-16 | Current |
| 65 | Bella Condo 830 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-0888986 | Mar-17 | Current |
| 66 | Blue Lilly 4 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-0950035 | Mar-17 | Current |

| 67 | Blue Maize 44 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-0889107 | Mar-17 | Current |
| 68 | Bluestone 28 Middle Pond , LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3333172 | Mar-15 | Current |
| 69 | Bluestone 41-45 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 83-3077192 | Sep-17 | Current |
| 70 | Bluestone 53, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-2939857 | Jan-15 | Current |
| 71 | Bluestone 54 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1855907 | Sep-14 | Current |
| 72 | Bluestone 59 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1867147 | Sep-14 | Current |
| 73 | Bluestone 67 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-1875834 | Sep-14 | Current |
| 74 | Bluestone 145 E 62 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-3611619 | Nov-17 | Current |
| 75 | Bluestone 145-147 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 812988784 | Jun-16 | Current |
| 76 | Bluestone 161 -167 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4511638 | Jul-15 | Current |
| 77 | Bluestone 163 - 165 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4114738 | May-15 | Current |

| 78 | Bluestone 184 LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3685913 | Apr-15 | Current |
|---|---|---|---|---|---|---|---|
| 79 | Bluestone 3225, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3342757 | May-18 | Current |
| 80 | Bluestone Boca, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3363890 | Mar-18 | Current |
| 81 | Bluestone Capital LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 61-1711382 | Apr-13 | Current |
| 82 | Bluestone Equity Partners LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2935442 | Jun-16 | Current |
| 83 | Bluestone Little Neck LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2945032 | Apr-18 | Current |
| 84 | Bluestone LRF LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3827557 | Apr-18 | Current |
| 85 | Bluestone Sandpiper LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2919255 | Jun-16 | Current |
| 86 | Boulevard MBI Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1257481 | Apr-18 | Current |
| 87 | Bruckner East LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 05-0572357 | May-03 | Current |
| 88 | Bruckner Transport LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | . | Anthony Capeci | 82-2547155 | Aug-17 | Current |

| 89 | CMF Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-2265800 | Jul-17 | Current |
|---|---|---|---|---|---|---|---|
| 90 | D'Alessio Enterprises LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | General Contra | Anthony Capeci | 13-4071609 | Jul-99 | Current |
| 91 | FCP 145 Holding LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Daniel Rifkin | 81-5116197 | Jul-18 | Current |
| 92 | Grand Post Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1515653 | May-18 | Current |
| 93 | Halsey South Asociates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 45-4967233 | Mar-18 | Current |
| 94 | Katsura Consulting Group LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4494271 | Jul-15 | Current |
| 95 | Lee Post Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1504063 | May-17 | Current |
| 96 | Lee Rd MBI Associates LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 82-1261916 | Apr-18 | Current |
| 97 | Little Rest Farm LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3797527 | Apr-18 | Current |
| 98 | LRF Holding, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3823089 | Apr-18 | Current |
| 99 | LRF Services LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-3805315 | Apr-18 | Current |

| 100 | Magnolia Consulting, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 46-5343880 | Mar-14 | 5/5/2017 |
| 101 | MBI Partners LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-5313930 | Feb-17 | Current |
| 102 | Meeting House Associates, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 46-4575534 | Jan-18 | Current |
| 103 | Meeting House Holdings, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 46-5077911 | Mar-18 | Current |
| 104 | Michael Paul Enterprises, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | General Contra | Anthony Capeci | 20-5871001 | Nov-06 | Current |
| 105 | Office Suites NYC, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 45-2548321 | Jun-18 | Current |
| 106 | Purchase Capital Partners LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-5345254 | Feb-17 | Current |
| 107 | RDR Park Drive LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-5146563 | Jan-18 | Current |
| 108 | RMD Racing Stable LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 47-4399080 | Jun-18 | Current |
| 109 | Rose Hill Holding,, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 20-0289206 | May-18 | Current |
| 110 | Saturn Equity Partners LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-2898178 | Jun-18 | Current |

| 111 | Schurz Avenue Development LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 33-1061379 | May-03 | 3/27/18 |
|---|---|---|---|---|---|---|---|
| 112 | Schurz 9, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-0922959 | | 3/27/18 |
| 113 | Scott Consultants LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-3779804 | Sep-16 | Current |
| 114 | Sky Meadow Farm LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 81-4146396 | Oct-18 | Current |
| 115 | The Water Mill Club, LLC | 12 Water Street, Suite 204 White Plains, NY 10601 | Real Estate | Anthony Capeci | 45-3177972 | Sep-18 | Current |

**Fill in this information to identify your case:**

Debtor 1    **Michael P. D'Alessio**
_____
First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)   _____
First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK
_____

Case number    18-22552
(if known)     _____

☐ Check if this is an
  amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Throgs Neck Debt LLC**<br><br>Description of property securing debt: **Stock certificates for 3100 Tremont Associates & 3219 Tremont Corp.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name: | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Michael P. D'Alessio**                                        Case number *(if known)*    **18-22552**

Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X**  **/s/ Michael P. D'Alessio**                                **X**
      **Michael P. D'Alessio**                                        Signature of Debtor 2
      Signature of Debtor 1

      Date    **May 30, 2018**                                Date

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re   **Michael P. D'Alessio** _____   Case No.   **18-22552** _____
                                              Debtor(s)                   Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .............................................   $   **125,000.00**

Prior to the filing of this statement I have received ...........................   $   **125,000.00**

Balance Due .............................................................................................   $   **0.00**

2.   The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **N/A**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 30, 2018** _____          **/s/ Sanford P. Rosen** _____
*Date*                                              **Sanford P. Rosen (SR-4966)**
                                                    *Signature of Attorney*
                                                    **Rosen & Associates, P.C.**
                                                    **747 Third Avenue**
                                                    **Floor 20**
                                                    **New York, NY 10017-2803**
                                                    **(212) 223-1100  Fax: (212) 223-1102**
                                                    **srosen@rosenpc.com**
                                                    *Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re  **Michael P. D'Alessio**                                    Case No.  __18-22552__

                                               Debtor(s)          Chapter  __7__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **May 30, 2018**                          **/s/ Michael P. D'Alessio**
                                                 **Michael P. D'Alessio**
                                                 Signature of Debtor