**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone: (516) 826-6500
Salvatore LaMonica, Esq.
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| MICHAEL P. D'ALESSIO, et al., | Case No.: 18-22552 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------x

**CHAPTER 7 TRUSTEE'S APPLICATION FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 721, AUTHORIZING THE CHAPTER 7 TRUSTEE TO CONTINUE TO OPERATE THE BUSINESSES AND TO PAY THE OPERATING EXPENSES OF THE 184 EAST 64th STREET ASSOCIATES LLC AND 227 E 67th STREET ASSOCIATES LLC DEBTORS' RESPECTIVE ESTATES**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE

Marianne T. O'Toole, solely as Chapter 7 Trustee ("Trustee") of the estates of 184 East 64th Street Associates LLC ("184 Debtor") and 227 E 67th Street Associates LLC ("227 Debtor" and, together with 184 Debtor, "184&227 Debtors"), by her undersigned counsel, submits this application for the entry of an Order, pursuant to sections 105(a) and 721 of Title 11 of the United States Code ("Bankruptcy Code"), authorizing the Trustee: (i) to continue to operate the 184&227 Debtors' businesses, which are comprised of the management of the 184 Debtor's real property located at 184 East 64th Street, New York, New York 10065 ("184 Property") and the management of the 227 Debtor's real property located at 227 E 67th Street, New York, New York 10065 ("227 Property" and, together with 184 Property, the "184&227 Properties"), *nunc pro tunc* to October 1, 2018 through January 16, 2019; (ii) to pay certain operating expenses of the 184&227 Debtors as may be required for the 184&227 Properties to include, without

1

limitation, insurance, management, utilities, repairs and maintenance of the 184&227 Properties, and any and all other debts and obligations that he Trustee, in her business judgment, deems necessary; (iii) to perform such ordinary course transactions as may be required or necessary; and (iv) for such other and further relief as this Court deems just and proper ("Application"). In support of the Application, the Trustee respectfully represents as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over these cases and this Application pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

2. Venue of these cases and this Application are proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

3. The statutory predicates for the relief sought in this Application include sections 105(a) and 721 of the Bankruptcy Code.

## BACKGROUND

4. On June 7, 2018 ("Petition Date"), the 184&227 Debtors each filed voluntary petitions for relief under Chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.

5. Marianne T. O'Toole is the Chapter 7 Trustee of the 184&227 Debtors' estates.

6. Pursuant to an Order of the Court dated July 17, 2017, the 184&227 Debtors' cases are being jointly administered under the *In re: Michael P. D'Alessio* bankruptcy case.

7. As of the Petition Date: (a) the 184 Debtor owned the 184 Property, which consists of a 5-unit, residential luxury building in New York City; and (b) the 227 Debtor owned the 227 Property, which consists of a 5-unit, residential luxury building in New York City.

8. Preferred Bank holds first mortgages to the 184&227 Properties.

9. Pursuant to Orders of the Court dated July 2, 2018, the Trustee was authorized (but not directed) to operate the 184&227 Debtors' businesses through and including October 1, 2018, without prejudice to the Trustee's right to seek additional authority.

10. Pursuant to a Stipulation and Order dated July 30, 2018 between the Trustee and Preferred Bank, the Trustee was authorized to use Preferred Bank's cash collateral from the 184&227 Properties to operate the 184&227 Debtors' businesses through and including October 1, 2018. Pursuant to a Stipulation dated October 12, 2018 that is subject to Court approval, the Trustee and Preferred Bank agreed to an extension of the Trustee's use of cash collateral through and including January 16, 2019. See Dkt. No. 180.

11. Subject to Court approval, the Trustee and Preferred Bank have also entered into stipulations providing for, inter alia, the sale of the 184&227 Properties and carve-outs from Preferred Bank's secured liens for the benefit of the 184&227 Debtors' estates. By motions dated October 10, 2018, the Trustee seeks the entry of Orders approving the stipulations and, inter alia, authorizing the public auction sale of the 184&227 Properties. See Dkt. Nos. 173, 174. It is anticipated that the public auction sale will be conducted on December 12, 2018. The proposed terms and conditions of sale provide that the successful bidders must close title to the 184&227 Properties on or before January 16, 2019. See id.

**RELIEF REQUESTED AND BASIS FOR RELIEF**

12. By this Application, the Trustee seeks authority to continue to operate the 184&227 Debtors' businesses *nunc pro tunc* to October 1, 2018 through January 16, 2019, to pay certain expenses in connection with the operation of the 184&227 Debtors' businesses, and to take such actions as may be required in the ordinary course operation of the 184&227 Debtors' businesses. A proposed Order is annexed as Exhibit A.

18-22552-shl    Doc 181    Filed 10/12/18    Entered 10/12/18 12:27:39    Main Document
Pg 4 of 5

13. Pursuant to section 721 of the Bankruptcy Code, a court "may authorize the trustee to operate the business of the debtor for a limited period, if such operation is in the best interest of the estate and consistent with the orderly liquidation of the estate." 11 U.S.C. § 721. Pursuant to section 105(a) of the Bankruptcy Code "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. §105(a).

14. Here, the Trustee has been operating the 184&227 Debtors' businesses in accordance with Orders of this Court. The Trustee and Preferred Bank have recently entered into stipulations providing for, inter alia, the consensual sale of the 184&227 Properties and an extension of the Trustee's use of cash collateral. The Trustee submits that it is in the best interests of the 184&227 Debtors' estates for the Trustee to continue to operate the 184&227 Debtors' businesses in order to preserve and maximize the assets of the 184&227 Debtors' estates pending the upcoming sales.

15. Operating orders have been entered by Courts where, as here, the circumstances require that a Chapter 7 trustee continue operations. See, e.g., In re Narco Freedom, Inc., 16-10123 (smb) (Bankr. S.D.N.Y., Jan. 2016); In re Transcare Corporation, et al., 16-10407 (smb) (Bankr. S.D.N.Y., March 2016); In re Budget Travel, 12-14815 (alg) (Bankr. S.D.N.Y., March 22, 2013); In re Equisearch Acquisition Inc., 12-10223 (Bankr. S.D.N.Y. March 26, 2012); In re Probulk Inc., et al., 09-14014 (alg) (Bankr S.D.N.Y. June 25, 2009).

16. Accordingly, the Trustee seeks authorization: (a) to continue to operate the 184&227 Debtors' businesses *nunc pro tunc* to October 1, 2018 through January 16, 2019; and (b) to, without limitation: (i) pay certain operating expenses for the 184&227 Properties; and (ii) perform such ordinary course transactions as may be required that the Trustee, in her business judgment, deems necessary in connection with the operation of the 184&227 Properties.

17. Except as set forth herein, no prior application for the relief sought herein has been previously made to this or to any other Court.

**WHEREFORE**, the Trustee respectfully requests that this Court enter the annexed proposed Order approving the relief requested herein, and for such other, further and different relief as this Court may deem just and proper.

Dated: October 12, 2018
      Wantagh, New York

          **LaMONICA HERBST & MANISCALCO, LLP**
          *Counsel to Marianne T. O'Toole, as Trustee*

By:   *s/ Salvatore LaMonica*
       Salvatore LaMonica, Esq.
       Holly R. Holecek, Esq.
       3305 Jerusalem Avenue, Suite 201
       Wantagh, New York 11793
       Telephone: (516) 826-6500