**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Salvatore LaMonica, Esq.
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                              Chapter 7

MICHAEL P. D'ALESSIO, et al.,                                    Case No.: 18-22552 (RDD)
                                                                                     Jointly-Administered
    Debtors.
-------------------------------------------------------------x

**APPLICATION TO EMPLOY MALTZ AUCTIONS, INC. D/B/A MALTZ AUCTIONS AS AUCTIONEER TO THE TRUSTEE TO SELL THE 184 EAST 64TH STREET ASSOCIATES LLC DEBTOR'S REAL PROPERTY LOCATED AT
<u>184 EAST 64TH STREET, NEW YORK, NEW YORK 10065</u>**

  Marianne T. O'Toole, the Chapter 7 Trustee ("<u>Trustee</u>"), of the estate of 184 East 64th Street Associates LLC ("<u>184 Debtor</u>"), by her counsel, seeks the entry of an Order, pursuant to 11 U.S.C. § 327(a) ("<u>Bankruptcy Code</u>") and Rule 2014 of the Federal Rules of Bankruptcy Procedure, authorizing the Trustee's employment of Maltz Auctions, Inc. d/b/a Maltz Auctions ("<u>Maltz Auctions</u>") as her auctioneer to market and sell the 184 Debtor's real property known as and located at 184 East 64th Street, New York, New York 10065 ("<u>184 Property</u>") and respectfully sets forth the following:

## BACKGROUND

1. On June 7, 2018 ("<u>Petition Date</u>"), the 184 Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code ("<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Southern District of New York ("<u>Court</u>").

2. Marianne T. O'Toole is the Chapter 7 Trustee of the 184 Debtor's estate.

3. Pursuant to an Order of the Court dated July 17, 2017, the 184 Debtor's case is being jointly administered under the *In re: Michael P. D'Alessio* bankruptcy case.

4. As of the Petition Date, the 184 Debtor owned the 184 Property.

**RELIEF REQUESTED**

5. By this Application, the Trustee seeks to employ Maltz Auctions as her auctioneer to market and sell the 184 Property. In support of this Application, the Trustee submits the annexed affidavit of Richard B. Maltz, the President of Maltz Auctions ("Affidavit").

6. The 184 Property has value that can be realized through a public sale. In order to comply with her statutory duties, the Trustee believes that the retention of Maltz Auctions to market and sell the 184 Property is in the best interests of the 184 Debtor's estate and its creditors. Maltz Auctions regularly conducts public auction sales of similar properties and is well equipped to market and sell the 184 Property.

7. Subject to separate Court approval, the Trustee has entered into a stipulation with Preferred Bank respecting the sale of the 184 Property and a carve-out from its secured liens for the benefit of the 184 Debtor's estate ("Stipulation"). The carve-out in the Stipulation includes, inter alia, the commission and expenses of the Trustee's auctioneer. By motion dated October 10, 2018, the Trustee seeks entry of an Order, inter alia, approving the stipulation and authorizing the public auction sale of the 184 Property. See Dkt. No. 173.

8. To the best of the Trustee's knowledge, information and belief, Maltz Auctions has no connection with the 184 Debtor, the 184 Debtor's creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee or any person employed by the United States Trustee.

9. As set forth in the Affidavit, Maltz Auctions is a "disinterested person" within the meaning of Bankruptcy Code sections 101(14) and 327(a).

10. As set forth in the Affidavit, Maltz Auctions shall seek compensation and reimbursement of its expenses consistent with the provisions of the Bankruptcy Code, the

Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, or such other basis as the Court may approve, and shall only be paid after notice and a hearing.

11.  No prior application for the relief sought herein has been previously made to this or any other court.

12.  For the reasons set forth herein, the Trustee believes that the employment of Maltz Auctions to market and sell the 184 Property is in the best interests of the 184 Debtor's estate and its creditors.

**WHEREFORE**, the Trustee requests that this Court enter an Order: (I) authorizing the Trustee to employ Maltz Auctions to market and sell the 184 Property; and (II) granting the Trustee such other and further relief as this Court deems just and proper.

Dated: October 23, 2018
Wantagh, New York

**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to Marianne T. O'Toole, as Chapter 7 Trustee*

By:   *s/ Holly R. Holecek*
Holly R. Holecek, Esq.
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500